M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

_William Lanier Ellis Sr._
Full name and prison name of
Plaintiff(s)

2007 OCT 12 A 9: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

_Russell County Jail_
_Tina Pelfrey, Riley_
_Dr. Spud Warr_
_Danny Bussey_

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:07cv920-MHT
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Prentiss L Griffith Detention Facility*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Prentiss L Griffith Detention Facility*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Nurse Tina Pelfrey Riley | 305 Prentiss Dr. Phenix City, Al |
| 2. | Doctor Spud Warr | 305 Prentiss Dr Phenix City Al |
| 3. | Danny Bussy | 305 Prentiss Dr. Phenix City Al |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *March 9th, 2007 To Current Date*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Violation of 8th amendment, Violation of right to U.S. Mail, & Violation of Privacy Act*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attachment 1(a)

March 9 2007, I was admitted to this facility. upon Coming in the Institution medical was well aware of my medical history. I Came from Muscogee County Jail on my pain medication, Anxiety medication, and Seizure medication. Automatically my pain and anxiety medication were Cut out. The dose of my Seizure medication was cut

GROUND TWO: Violating all Moral and Ethical Medical Codes by letting inmates suffer needlessly. Health Code Violations, you have as many as 18 people using 1 toilet.

2(B)
2(C)

SUPPORTING FACTS: Dr. Ware Took an Ethical Code to Practice medicine. To refuse to give me my regular prescribed medication and let me suffer Chronic Pain every day is Cruel. That Code bounds him to do whatever is in his power to make my pain level fair and humane. After 7 months the pain has gotten worse and im on something for mild pain. I have more than enough medical facts to support my claim. Not those of opinion or Theory. Facts.

GROUND THREE: Forged medical ledgers for medication, Violation of the Patients Bill of Rights. Violation of right to Privacy of U.S mail

SUPPORTING FACTS: Every day my medical ledgers are signed by someone else for medication. Therefore all of my Prescription ledgers are no good they Can just sign and say that medications were given and were not. Needless to say its against the law. Those Records are a legal Binding Document which may be Called in to a Court of law. If they have been forged in any way they are no longer any good. Fact two of this Claim is if they will forge medical Prescription ledgers then any Common thinking individual would assume that the medical records themselves are no good. There have been plain out Violations of the medical Privacy act. which guarntees all patients privacy to thier medical records. Here you have the nurse treating patients and Calling the D.A. on other grounds It is not up to her or at her discretion to Call the D.A. in any sort.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. H(P) Attached
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the Court to step in assess my medical Records and History and Compare to the Current treatment. I would like to be put back on my regular prescribed medication. Address the issue with my eyeglasses. A new MRI needs to be done to determine the damage in my back. Most of all this facility needs someone to govern medical. If you get into a situation on the weekend or after hours your in real trouble.

William Lanier Ellis Sr.
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/10/07
(Date)

William Lanier Ellis Sr.
Signature of plaintiff(s)

Upon entering the facility, Ground one I came with my own medical records. In those records they plainly state i suffered from Chronic Aniexty and Chronic pain. and also panic attacks. Nurse Pelfrey would not even make an effort to gather my remaining medical records.

On June 11th I seen Dr. Warr, finally he wants my records. The weight factor is the Nurse is the one who writes the orders and the Dr. signs off on it. I do not sign a medical release form until June 26th.

On Thursday June 28th, I go back to see Dr. Warr they got some of my medical records. My records plainly show a severe back Injury. They also have a referal from Dr. Andrew Mecca, M.D, that i be placed in high level pain management. As early a June 11th the Aniexty and Depression are discussed. Nothing is done.

The best answer that i Can get is they or Dr. Warr Cant give me any thing stronger than "Ultram" because this is "Jail."

Tuesday July 24th went to see a neurologist about my back and my MRI from 2005. Moderate damage is confirmed. My Chronic pain and symptoms are right on with the injury. The remaining factor was that the neurologist Couldnt tell me how much deterioration had occoured since 2005.

Monday August 6th I asked nurse Pelfrey about helping me get the Depression and aniexty off me.

August 13th filed a Grievance on medical

Continued →

Ground Two (B) Supporting

The role of the Nurse is to assist the Doctor in treatment. Not go in to my legal issues. In this facility it goes on daily without incident.

The orders are written down by the nurse and the Doctor signs off. Therefore she may or may not put down his orders or her own idea of treatment.

The only way i can get a responce from medical is file a grievance.

These actions are unprofessional and dangerous to inmates with serious health problems. So to make this part of the record. Dr. Ware's opion is that i cant recieve my regular medication because this is jail. I will submit a grievance to see if he will sign off on his statement.

A follow up Grievance will go to the United States Department of Health and Human Services Atlanta Federal Center.

This is a brief statement upon the FACTS not opion.

Signed on this, 10/10/07

The refusal to administer those regular medications are based on his personal opinion. Along with the fact that the only way to deal with my pain level is with a narcotic. I can only assume that his idea is that i may enjoy myself.

It has to be, I take a narcotic for my seizures. That medication was cut soon as i came into the facility.

Oct 5, 2006. upon entering the facility i was on schedule two narcotics for chronic pain. The nurse not the Doctor made the determination of what and how it would be given. Medical fact, Methadone treatment is highly effective for chronic pain. I was also on morphine for break through. I was stripped on the spot and went threw 21 Horrific days of withdrawal.

This is highly dangerous and not a sound way to practice medicine. These medications have to be dealt with seriously, not here. You have to reduce the dosage weekly. It stores in your bone marrow and feeds the body to shut down the pain receptors in the brain.

Dr. Warr Does not agree with pain management but it is a sound medical practice. over 80% of all patients with back injurys. With in less than 5 years end up in pain management.

