IN THE U.S. MIDDLE DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

RECEIVED 2007 OCT 13 P 1:48 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Plantiff
William Lanier Ellis SR.

3:07CV920-MHT

Comes now to the Honorable Court on this 10, day of October, 2007

(1) The said plantiff/movant is deemed indigent. With no said funds for Council.

(2) The plaintiff is Petitioning this Court to Assign Council on his behalf.

(3) To help further investigate his claim upon the facts Provided to Said Court.

(4) The said plaintiff, under the Penalty of Perjury these facts are accurate and true to the best of his Knowledge.

Signed x William Lanier Ellis Sr. on this 10TH Day October 2007