- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Spud Warr
   RUSSELL COUNTY JAIL
   307 Prentiss Drive
   Phenix City, AL 36868

2. Article Number
   (Transfer from service label)
   7007 1490 0000 0024 9667

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X Ashlea Mincim
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Ashlea Mincim

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:07cv920
   C, D + rec
   18

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Danny Bussy
RUSSELL COUNTY JAIL
307 Prentiss Drive
Phenix City, AL 36868

2. Article Number
(Transfer from service label)   7007 1490 0000 0024 9650

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ashlea Mangum   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Ashlea Mangum

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:
3:07cv920
C, & rec

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Riley
   RUSSELL COUNTY JAIL
   307 Prentiss Drive
   Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ashlea Kirkum
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ashlea Kirkum

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   3:07CV 920
   C+0 + rec

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 1490 0000 0024 9674

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540