In The United States District Court for
The Middle District of Alabama
Eastern Division

RECEIVED
2007 OCT 24  A 10: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff: William Lanier Ellis Sr.
v
Defendants: Russell County Jail.
Tina Riley Pelfrey, Dr. Warr

Civil Action # 3:07-CV-920-MHT

## Motion To Amend Complaint

(1) The plaintiff seeks a second opinion who is not affiliated with this Institution and can not be swayed by the power of (a) Dr. Spud Warr (b) Tina Riley Pelfrey, or the ranking officals of this institution.

(2) Additionaly the plaintiff seeks Compensation for everyday that "HE" needlessly suffered. With the defendants having full Knowledge of his pain and suffering.

(A) Seeks a new MRI be ordered to ascertain the full amount of damage to his back Namely Disc. S1. L3 and L4.

(B) This Court take in full Consideration of his suffering

(C) That Dr. Spud Warr be reported to the Alabama Board of Medicene for (1) Violation of his oath to his patients (2) He be barred from practicing medicene (3) A tribunal Investigate all his methods and practices with Inmates and give a full accounting to this Honorable Court.

(3) That R.N Tina Riley Pelfrey be reported to the (a) Alabama State Board of Nursing that she give a full accounting to the Board for her actions

(B) That it be on record that Tina Riley Pelfrey and Dr. Spud Ware on 10/12/07 were reported to the U.S. Dept. of Human and Health services

(4) That page (3) paragraph (5) be corrected for the record "as" Russell County not Montgomery County

Respectfully Submitted on this 21st Day of October 2007.

William Lanier Gillis Sr.