In The United States District Court for
The Middle District Of Alabama
Eastern Division

William Lanier Ellis Sr. )
      Plaintiff )
      V. )  Civil Action No. 3:07-CV-920-MHT
Russell County Jail, et al., )

## Motion To Reconsider: Order

The plaintiff filed a motion for appointment of counsel on October 12, 2007 (Court Doc. No 3). On October 16th 2007 that motion was denied.

    The plaintiff demonstrate and present circumstances and very limited resources to be allowed to properly present his claim.

    Moreover attached to this motion will present numerous names of inmates who, seek the same relif.

RECEIVED 2007 OCT 24 A 10:05  DEBRA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA

## Arguement

The plaintiff's has very limited resources and further more will not be allowed adequate time to the law library.

While the defendants have endless resources and access to legal Counsel.

The plaintiff has demonstrated to this Court that he is indigent. Moreover the plaintiff has numerous medical problems and, history.

The exceptional Circumstances justifying Counsel Clearly are Mr. Ellis is questioning the practices and unethical Conduct of a Medical Doctor. Who will undoubtably have Counsel. The plaintiff has limited education and in no way is Capable of the standings of a Lawyer to argue or defend himself.

Attached to the Recomendation will be a Class Action petetion and the named plaintiffs.

## Conclusion

Plaintiff ask that Her Honor please take in to Consideration of said motion. The plaintiff is suffering from Chronic pain. Seeking temporary relif until the Case is Concluded. Submitted this 19th day of october 2007

Respectfully William Lanier Ellis Sr.