In The District Court Of The
United States
For The Middle District Of Alabama
Eastern Division

William Lanor Ellis Sr.  )  Civil Action No. 3:07-CV-920-MHT
Plaintiff,               )  [WO]
                         )
                         )
Defendant,               )
Russell County Jail, et al )

## Objection Of Recomendation

The Plaintiff's Objection's be noted for the record.

(1) However the Jail is not a legal entity subject to suit or liability. The administration and Insurance Companies who allow these unsafe and Cruel Conditions to Continue. Moreover Should be accountable to this Court.

(2) The Plaintiff has suffered needlesly for months, with medical and regular staff having knowledge that the Plaintiff was indeed suffering.
Moreover the Plaintiff not only seeks relief from needless suffering. Also ask that the Defendant(s)

be held accountable, In light of each day the plaintiff has, and is suffering. The plaintiff Should be Compensated Under the fairness of this Court and the Constitution.

(3) The plaintiff with respect to this Court Ask this Honorable Court to make said request part of the record and that the plaintiff in accordance with this ORDER complied accordingly with that order before October 29, 2007. To further reserve his right to objection and discussion with this Court.

Conclusion:

The plaintiff ask that this Court hold those accountable. Also ask that this Court designate the Medical officer as leasion and neutral party to Copy his legal work and or medical work.

To ensure his Confidentiality and rights to privacy. The legal mail from this Court has already been violated. Following up with a grievance on that violation, the plaintiff reserves the right to privacy of any and all legal work.

Executed this 19TH day of October

Respectfully submitted

William Lanier Ellis

In the District Court of the United States
For the Middle District of Alabama
Eastern Division

Certificate of Service

: Attention to Clerk, Please mail to the Following

Doctor: Spud Warr
P.O. Box 640
Russell County Jail
36868

Tina Riley Pelfrey
P.O. Box 640
Russell County Jail
36864

Susan Russ Walker
United States Magistrate Judge

William Lanier Ellis Sr.
P.O. Box 640
Russell County Jail
36868

Done on this 21st Day of October, 2007

Respectfully submitted,
William Lanier Ellis Sr.

