IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR.,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-920-MHT |
| ) | |
| RUSSELL COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the motion for reconsideration filed by the plaintiff on October 24, 2007 (Court Doc. No. 10), in which the plaintiff seeks reconsideration of the order denying his request for appointment of counsel (Court Doc. No. 6), and as the plaintiff has failed to present any basis warranting such action, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 25th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE