IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WILLIAM LANIER ELLIS, SR.,  )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )       3:07cv920-MHT
                            )
RUSSELL COUNTY JAIL,        )
et al.,                     )
                            )
     Defendants.            )

## ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (Doc. No. 11) is overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 7) is adopted.

(3) Plaintiff's claims against defendant Russell County Jail are dismissed with prejudice.

(4) **Defendant Russell County Jail is dismissed as a party.**

(5) **In all other respects, this case is referred back to the magistrate judge for further appropriate proceedings.**

**DONE, this the 30th day of October, 2007.**

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**