IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-920-MHT-SRW |
| | ) |
| **RUSSELL COUNTY JAIL,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Nurse Tina Riley-Pelfrey, Dr. William S. Warr, and Sergeant Danny Bussey, Defendants in the above styled cause, and move this Honorable Court for an extension of time of thirty (30) days to file their Answer and Special Report. As the reason for so moving, the Defendants state that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected, and Defendants are in need of additional time in which to thoroughly address said claims.

WHEREFORE, the Defendants respectfully request an extension of thirty (30) days to file their Answer and Special Report.

Respectfully submitted this 21st day of November, 2007.

                                                            s/Scott W. Gosnell
                                                           SCOTT W. GOSNELL (GOS002)
                                                           Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will send notification of such filing to the following via United States Mail, postage prepaid, to:

William Lanier Ellis, Sr.
Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                        **s/Scott W. Gosnell**
                                        OF COUNSEL