In the United States District Court for
The Middle District Of Alabama
For the Middle Dist. Eastern Division

Plaintiff(s)  (also see undersigned Attachments)
William Ellis

V

Case # 3:07-CV-920-MHT

Defendants
Tina Riley Dr. Spud warr

## "MOTIN TO AMEND"

Comes now the Plaintiff(s) with good cause to amend original Complaint. William Ellis and the signed, Russell County inmates to amend a Complaint in to the record. All the undersigned are at the same address.

Respectfully submitted this 26TH day of November. 2007

William Lanier Ellis & the undersigned.

Certificate of service. I william Ellis have hand delivered a true and exact copy of this document. this 26TH day of November.

William Ellis Pro/se
Russell County inmate Pro/se

# In The United States District Court For The Middle District of Alabama

**Plaintiff(s)**
William Ellis, Russell County Inmates

V.

**Defendant(s)**
Tina Riley Pelfrey, Heath Taylor xx

## Class Action Petition

3:07CV920-MHT

Comes now the undersigned Inmates. Under the 8TH Amendment. Of The Russell County Jail  On this 26TH Day Of November 2007.

(1) Under the Community Corrections and Punishment act Title 15, Chapter 18, Article 9 Code of Alabama 1975 Act no. 2003-353 effective 7-30-03.

This act ensures accountability and to encourage growth of local Corrections. Under this act a large emphasis is put on mental health and treatment of those Inmates in need of it.

The Bureau of Justice, Gave an approximately 283,800 mentally ill Offenders were incarcerated in the nations Jails and prisons as of June 30 1998. That number would more than double in a decade. Sixteen percent of those in local jails reported either a mental Condition or over night stay in a mental hospital.

(2)


"A"

(2) Jail overcrowding is a common problem in the majority of the States, Counties. In Russell County Jail there is no exception. Inmates sleeping with out mats. Some on plain sheets. On concrete floors. 15 people or more using one toilet and one sink.

When poor medical treatment is put with those other factors it aggravates the situation even more.

## Ground One.

The medical screening and sick call is put in the hands of R.N. Tina Riley Jeffrey. You have to go through her to see Dr. Spud Warr.

Our physical, Mental, Dental and daily needs are placed on her to carry out. One of the main questions put to inmates during screening is, how long will you be here? What are your charges?.

Some of the best medical advice youll recieve at that time, "stay out of Jail". These grounds are well based and fact.

The medical unit is used for that of financial gain. Also to let inmates suffer the maximum amount of discomfort.

(3)

# Aurgument

A Court may at anytime correct a facility of unsafe practices with its inmates. Under the protection of the Constitution our 8TH Amendment Right may be restored.

This is no different than the long standing Federal law suit that occurred in Jefferson County in 1998. These events go unnoticed.

Let the Medical staff voice there theroy and medical opinion to this Court. The Plaintiff(s) contend that they are entitled to relif from the abuse of the medical staff.

Resolving the conflict at in house or a local level will not happen.

Under Federal law we have a right to request an accounting of any and all medical records. That we believe to be inaccurate or falsified.

The United States Department of health and human services gurantees that any and all medical records be kept in strict confidence.

The majority of felony offenders in the Russell County Jail will go a lengthy adjudication process. The majority will need mental health treatment and long standing medical treatment. In current standing you wont recieve that mental health treatment for lack of facility emphasis on those in need of treatment

(4)

The Decloration were protected under is the Patients Bill of Rights. No where in that decloration does it state should you be incarcerated that it will not apply. This decree is supposed to be posted for all patients to see.

Fact: Production Medicene, is put in a high Volume situation. To treat as many people under the same principal guidelines as possible.

Fact: Hippocratic Oath Demanded Of the Young physician about to enter upon the practice of his profession. I will prescribe regimen for the good of my patients According to my Judgment and ability and never do harm to anyone. To please no one will i prescribe a deadly drug nor give advice which may cause his death. But i will preserve the purity of my life and my art.

Fact: In medicene today, there are 4 great Moral questions involving the conduct of Medical Practice. #1 abortion #2 Euthanasia #3 Social responsibility of the Doctor to administer Care to as many people as possible. #4 Definition of Death. The interesting thing is all these problems are new. They are products of our technology. Moral and legal problems which have sprung up in the last decade or so. Due to all the advances in technology, explosion in population government involvement medical treatment

(5)

more and more is a right not a privilege. All physicians of today are being forced to reconsider their roles. No longer can he say who can and can't afford treatment his treatment or help.

It now has to be to all the people of a Community. Most importantly preventive care is a major emphasis in the Community.

Respectfully Submitted, by William Ellis
Pro/se
Russell County Inmates
Pro/se

William Lanier Ellis
Patrick Bagley
Mark Redwine
James Watson Jr.
Michael Moody
Steven M Carson
Laurean G Williams
[illegible]
Jonathan Horton
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Billy Abney

Matthew Hillyer
Steven Leggett    Shawn [illegible]
Carlos Bullard   Shawn Dickerson
Jeffrey St Medley
Demetrius [illegible]
Robert Martin
Frank Tuck
Marques A. Passmore
Jonathan Cleden
Freddie Matthews
William Rly
Charles A. Ware
[illegible]
Michael William
Daniel Terry
Gary Ellison

(6)

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

See Exb.(A)
for plaintiffs / Prentiss L Griffith
Full name and prison name of
Plaintiff(s)

v.

Doctor Spud Warr

Tina Riley Pelfrey

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

2007 NOV 27 A 9:46

~~CIVIL ACTION NO.~~
~~(To be supplied by Clerk of U.S. District~~
~~Court)~~

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) Dr Spud Warr, Tina Riley Pelfrey
William Ellis

Defendant(s) Dr. Spud Warr Tina Riley

2. Court (if federal court, name the district; if state court, name the county)

U.S. Middle Dist. Court Eastern Division
Russell County

3. Docket number #2
4. Name of judge to whom case was assigned Susan Russ Walker
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending
6. Approximate date of filing lawsuit Oct 16, 07
7. Approximate date of disposition unknown

II. PLACE OF PRESENT CONFINEMENT Prentiss L Griffith Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Prentiss L Griffith Detention Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Spud Warr | P.O. Box 640 Russell County Jail |
| 2. | Tina Riley Pelfrey | P.O. Box 640 Russell County Jail |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Undetermined # of times and events, due to multiple plaintiffs

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: We, the Russell County inmates contend not only are our Constitutional rights being violated but, moreover our health is at risk. Here they make no determination on our medical history, but more emphasis is put on punishment. A Federal Court may at any time correct a facility of unsafe practices with it's inmates. Therefore we contend that our 8TH Amendment Right be restored. The medical practices are evasive and unsafe.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Under the Community Corrections Act, we are entitled a sound mind. We can only get the bare minimum of medical treatment, Dental and psychiatric Treatment. We have numerous, over 15 people using one toilet and sink. Inmates with Staph. Tuberculosis test being administered, but not followed up. The medical practices are unsafe and Cruel

GROUND TWO: The medical unit is understaffed, after 5:00 P.m there are no medical staff on duty, and the weekends contain a minimum of 4 hours for the entire weekend of on duty LPN.

SUPPORTING FACTS: A facility this large under federal law is required to keep at least one person of medical status on duty at all times. we are as of 10/25/07 380 inmates. 1 nurse combining medical Dental and Psych. treatment. On the weekends the LPN comes in fills out request slips 2 or 3 hours then leaves. The actions of medical are malicious and intentional for that of financial gain

GROUND THREE: Medical malpractice

SUPPORTING FACTS: Medical malpractice is improper treatment or conduct by a medical Doctor. He has violated his oath as a physician and his ethical conduct is with out reprimand. His conduct is unbecoming a medical Doctor and is reportedly dangerous to those in his care. All inmates are assured a quality of life under the "Constitution" that we be able to function in a normal daily routine. As to maintain good physical health and mental health. Under the current standings of treatment it is not possible to do so.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

We, the undersigned Plaintiff(s) seek relief from the current health care treatment we receive. We also ask that we be compensated fully for each and every day that we have been subject to this treatment. We ask for a full investigation by this court, to make the Defendant(s) responsible for thier actions and conduct. Also that this Court report thier conduct to the Alabama State board of nursing and the Alabama state board of Medicine

_____
Signature of plaintiff(s)

We declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-25-07
           (Date)

EXB(A)

Signature of plaintiff(s)

William Ellis Sr.
Michael Mosley
Shaun Dickinson
Patrick Bagley
Kevin M. Carlson
Jance Simmons
Billy Folds
Billy Alday
Paul Carter
Tony J. Willis
Taureon G. Williams
Lee D. Moseley
Jason Spurlock
Josie Ainsworth
[illegible]
Harry Ellison
Elvan Thigpen II
Daniel Terry

ATTENTION, plaintiff(s) please make your name ledgeable

C/o William Eels
P.o. Box 640
Phenix City Al.
36868

Legal mail

MONTGOMERY AL 361
26 NOV 2007 PM

Office Of the Clerk
United States District Court
P.o. Box 711 Montgomery Al. 36101

36101+0711

Legal mail