In the United States District Court
For the Middle District Of Alabama
Eastern Division

Plaintiff(s) William Ellis, Julie Green

3:07-CV-920-MHT

Defendant(s) Tina Riley, Spud Warr

2007 NOV 27 A 9:38

## Motion To Consolidate

Come now the Plaintiff(s) with good cause to consolidate a new case with numerous plaintiff(s)

That one having to do with the other ask this Honorable Court to compress these new, pending cases with the same, named plaintiff(s) Furthermore to show the legality of said cases.

Respectfully submitted this 26th day of November.

William James Ellis,  Julie Ann Green

Certificate of service, I the undersigned William Ellis and Julie Ann Green have hand delivered a true and exact copy to the Defendants.

In the United States District Court
For the Middle District Of Alabama
Eastern Division

Plaintiff(s)
full name and prison name of Plaintiff(s)
William Lanier Ellis Sr., Julio Green          ) Civil Action No. _____
v.                    Tommy Boswell            ) To be Supplied by U.S. District Court.
Inv. Dennis Greene, Inv. Stanley King          )
Persons who violated your Constitutional Rights )

I. Previous Lawsuits,   (A)(yes) I have a pending Case, 3:07-CV-920-MHT
                        (B) (NO) other suits have begun relating to my imprisonment.

                        (C) 1. Parties to this previous suit
Plaintiff(s) William Lanier Ellis Sr.    / Defendant(s) Tina Riley Pelfrey, Dr. Spudware

                        2. (Court) U.S District Court for the middle
District Of Alabama, Eastern Division, Russell County, Alabama.
                        3. Docket Number 2
                        4. Name of Judge to whom Case was assigned
Susan Russ Walker, U.S Magistrate Judge.
                        5. Disposition, Pending
                        6. Approximate date of filing law suit 10/16/07
                        7. Approximate date of Disposition unknown

II. Place of Present Confinement Prentiss L Griffith Detention Facility
        Place where Incident Occured 24B Mountd Rd, Phenix City Alabama 36870
        Date upon which said Violation occured. Oct. 5, 2006
March, 2 2007

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS

   1. INVESTIGATOR, Dennis Greene. Phenix City Police Dept, Phenix City 36867
   2. INVESTIGATOR, Stanley King   Phenix City Police Dept, Phenix City 36867
   3. SHERIFF, TOMMY BOSWELL   307 Prentiss Dr. Phenix City Al. 36868

IV. The date upon which said Violation occurred Oct, 5 2006, March 2 2007

V. State briefly the grounds on which you base your Allegation.
   See pages 1-4

upon the scene. Whom later arrested Mr. Ellis on March 2 07, doing him further Bodily Harm. Putting his full weight on Mr. Ellis back where he already has documented injuries. Mr. Ellis surrendered willfully at another officers request. Their was no need for force Mr. Ellis got on the ground as ordered with a 9.M.M. drawn on him there was absolutely no need for force.

The Plaintiff(s)
William Lanier Ellis of P.O. Box 640 Phenix City Al. 36868
Julie Ann Green of 2440 46TH Ave. Longview Wa. 98632

Defendants
Dennis Greene, Phenix City Police Dept. Phenix City 36867
Stanley King    Phenix City Police Dept. Phenix City 36867
Tommy Boswell   307 Prentiss Dr. Phenix City Al. 36867

The Plaintiff(s) seek monetary damages, due them. They have paid a great price to the manifest injustice due them. As well as thier infant son. Mr. Ellis seeks legal Counsel and that this Honorable Court step in immediately, and restore his Constitutional Rights. The Plaintiff is suffering with severe medical and mental issues. Furthermore seeks to amend this complaint with his pending case.

Respectfully Submitted this 26TH day of November.

William Lanier Ellis Sr., Julie Ann Green

(4)

On October 5, 2006 Investigator(S) Dennis Greene, Stanley King and one unknown officer of the Columbus Police Dept, Detective Division. Did unlawfully and willfully enter the Plaintiff(S) home at 24B Gaunt Bdg. of William Lanier Ellis Sr. and Julie ann Green.

Upon entering the residence threatening the Plaintiff Mr Ellis of acts of rape and attempted murder. Mrs Green was not present in her person but was on the phone and strenuously objected to the presence. Mr. Ellis did tell his Common law wife whom was visiting relatives, that they had no warrant.

Mr Ellis was taken to his bedroom stripped and searched for marks and or bruises.

Not one of the Officers offered to tell Mr. Ellis upon Entering his private dwelling that he was in Jeopardy of waiving his rights upon entering

Some 10-15 minutes upon the scene the plaintiff(s) Mother Mrs. Ellis arrived. Still no warrant has been presented to Mr Ellis.

Detective Greene, being first inside Clearly seen Mr Ellis was highly intoxicated and took a half gallon of Vodka from Mr Ellis. Furthermore with the knowledge of this its a Clear violation of his fourth, fifth Sixth and Eighth Amendment Rights. That no peace officer shall interrogate a suspect while intoxicated or under the influence of drugs. Mr Ellis was also taking his prescribed pain medications, Morphine, Methadone and Xanax along with phenobarbital.

(1)

to Show this Court of the Cold Calculating events. The officers Stanley King, Ihan. Did allow the plaintiff to drive his vehicle to the liquor Store. The plaintiff Mr. Ellis had no valid tag no valid license and two Misdemenor warrants against him.

The only reason to wait was to gain entry of his private dwelling. There were no Exigent Circumstance to allow entry to his private dwelling. The plaintiff could legally be detained outside his home.

Furthermore the search and Seizure was a Violation of the integrety of the plaintiff(s) home and rights. While searching his home the officers Continue to openly Consume Strait Vodka and made no effort to restrain him. The main reason for this is they have no warrant.

It was more than Clear Eph plaintiff's State. The home was loitered with numerous more than 50 types of Alchohlic Beverages of different sorts. Although the search of his home is in process and being interrogated Mr Ellis still has not been advised of his rights.

Felicitus Greene was leading the Search. Mr. Ellis's personal Computers and E-mail was violated which are protected by federal law. These acts entitle the restoration of his fourth fifth sixth eighth and fourteenth Amendments.

With these violations in tact Officer Greene Does not get a warrant Signed for Mr. Ellis's arrest until February 20, 07.

However Mr. Ellis remained incarcerated

(2)

until February 9th in a Lee County Jail. From Oct. 5 until February 9th, all this time Mr. Ellis is incarcerated and Detective Greene Rules Motions to interview the plaintiff, or any resolution to his arrest.

Mr. Ellis has been incarcerated since March 9th 07. Mr. Ellis has no attorney, no Discovery, no Court date its a gross violation of his due process. Mr. Ellis is entitled to Monetary damages and relief for the injustice done to him.

Mr. Ellis is not even aware of the items removed from his home. The plaintiff wishes to Apply to the State Court of a Mitigating Circumstances Bond, for Medical issues. The Assistant DA Has so advised Mr. Ellis on Oct 31, 07 he has no legal Counsel.

This is a Manifest Injustice, Plain and simple.

Tommy Boswell, Signed the warrant against Mr. Ellis and is Named in these proceedings, Striking out The Judge and Clergy on the signed warrant, naming himself as the Magistrate of District Court. Mr Boswell is the Sheriff of Russell County. Furthermore tie directly to Mr. Ellis's pending Case in this Court. 3:07-CV-920 MHT.

The Plaintiff(s) William Lanier Ellis Jr. and Julie ann Green Come in good Cause for relief to this Court and motion to this Court for legal Counsel.

We Motion that a full investigation be done and the defendants Make Known th 3rd officer

(3)

c/o William Ellis
P.o. Box 640
Phenix City, AL 36868

Office Of the Clerk
United States District Court
P.o. Box 711, Montgomery AL. 36101

Legal mail

36101+0711-11 B007

Legal mail