IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-920-MHT |
| | ) |
| TINA RILEY-PELFREY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On November 27, 2007, the plaintiff filed a motion to amend in which he seeks to add several fellow inmates as plaintiffs in this cause of action (Court Doc. No. 18). The law is well settled that the Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley*, *et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, it is

ORDERED that this motion to amend be and is hereby DENIED.

Done this 28th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE