IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-920-MHT |
| ) | |
| TINA RILEY-PELFREY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to consolidate filed by the plaintiff on November 27, 2007 (Court Doc. No. 19), and as the court deems such action inappropriate under the circumstances of this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 28th day of November, 2007.

       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE