| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Officer JHay RCSO | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>12-6-07 |
| 1. Article Addressed to:<br><br>Administrator<br>RUSSELL COUNTY JAIL<br>P O Box 640<br>Phenix City, AL 36868 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07cv920<br>c, amd cmp + o   1/7/08 | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 9858 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Officer Ary RCSO_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  12-06-07 |
| 1. Article Addressed to:<br><br>Officer Stihl<br>RUSSELL COUNTY JAIL<br>P O Box 640<br>Phenix City, AL 36868 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3:07CV920<br>c, ard cmp, + o    1/7/08 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(service label)* | 7007 1490 0000 0024 9841 |

Domestic Return Receipt   102595-02-M-1540