In the United States District Court Of
The Middle District of Alabama
Eastern Division

RECEIVED

2007 DEC -7  A 9:37

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff,
William Lanier Ellis Sr.

V

Defendants
Tina Riley Pelfrey, Dr. Warr

Case # 3:07-CV-920-MHT

Citation For Contempt

## MOTION TO AMEND

Comes now the plaintiff, William L Ellis, seeks to amend and correct original Complaint.

1

Upon this Courts Consideration and amendment on 11/28/07 the plaintiff raises the issue of Dr. Warr not being in or on any of the Complaints returned from this Court.

2.

Plaintiff Comes with good Cause to have Dr. Warr amended to the Complaint. Furthermore he is the Main Care giver and is not Granted emmunity from said proceedings.

3

If he is in these proceedings he is in Contempt of this Courts order to Make Counsel known to the plaintiff. To date no known responce has been filed.

Submitted this 2nd Day of Dec.
William Lanier Ellis Sr.

# Certificate of Service

I William L Ellis have hand Delivered a exact and true Copy of this document. This 4TH day of December 2007

Submitted this 4TH day of December.

William L Ellis Jr

Federal Correctional Institution
Jobie Kirkland 11338-002
501 Capital Circle
Tallahassee, Fl. 32301



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101

36101+0711-11 B007