In the United States District Court Of
The Middle District Of Alabama
Eastern Division

Plaintiff, William Lanier Ellis
v.
Defendants, Tina Riley Pelfrey
Dr. Spud Warr.

Case # 3:07-CV-920 MHT

RECEIVED
2007 DEC -7 A 9:43
[illegible] HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA

Citation FOR CONTEMPT

# MOTION TO MODIFY

Comes NOW, William L. Ellis, Plaintiff in the above-styled action and states his Citation for Contempt and modification as follows:

**1**

Plaintiff is a resident of Prentiss L Griffith Detention Facility, Russell County, Alabama.

**2**

Defendants may be personally served with a copy of this Petition at said address and is, therefore subject to the jurisdiction of this Court.

**3**

Plaintiff filed his Complaint October 12, 2007 and furthermore was adopted as an order October 16, 2007. Defendants were issued an ORDER by this Honorable Court.

(a) That a written report be filed by the Defendants and a copy be served upon the plaintiff with in forty (40) days of the aforesaid date of of this order.

4. Defendants have willfully disobeyed the order of this Court. By not furnishing him a TRUE copy of anything Furthermore refuses to render those relevant Documents. (ii) plaintiff submitted a written request for those documents. (iii) The aforesaid REFUSE to Comply with this Court.

WHEREFORE, plaintiff prays as follows:

(a) That Defendant(s) be held in willful Contempt of this Courts order and they be punished accordingly;

(b) That this Court issue a Rule Nisi ordering Defendants to be and appear on a date and time Certain to show Cause why they should not be held in Contempt of this Court;

(C) That Defendants IMMEDIATELY render anything, raised in original Complaint.

(D) That plaintiff be awarded Legal Counsel to oversee these proceeding furthermore the Cost of these proceedings for having to bring this action, along with "any" meaning all Costs of this action.

(E) That the plaintiff has suffered long enough. This Court grant him immediate and proper relief

(F) That Defendants have one hundred (100%) percent proof of his pain and suffering and refuse to properly medicate him. Therefore violating the (8TH) Eighth amendment Granted him. Furthermore his oath as a medical Doctor.

(G) Plaintiff is entitled to monetary damages as well as relief of his suffering

Respectfully Submitted

This 29th Day of November 2007

William Lanier Ellis Sr.

Certificate of Service. I William L Ellis Sr. have personally hand delivered an exact copy of this document this 30th Day of November 2007

William L Ellis Sr.

c/o William Ellis
P.O. Box 6470
Phenix City, AL
36868

Legal Mail

Office Of The Clerk
United States Middle District Court
P O Box 711
Montgomery, AL 36101