IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-920-MHT |
| | ) |
| TINA RILEY-PELFREY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on December 7, 2007 (Court Doc. No. 24), in which the plaintiff seeks to add Dr. Warr as a defendant, and as Dr. Warr is named as a defendant in the original complaint and is therefore a party to this cause of action, it is

ORDERED that the motion to amend be and is hereby DENIED as such action is unnecessary.  The plaintiff is advised that attorney Scott Wayne Gosnell submitted a motion for extension of time on behalf of Dr. Warr on December 21, 2007.

Done this 10th day of December, 2007.

                                                         /s/ Susan Russ Walker
                                                         SUSAN RUSS WALKER
                                                         UNITED STATES MAGISTRATE JUDGE