IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-920-MHT |
| | ) |
| TINA RILEY-PELFREY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on December 7, 2007 (Court Doc. No. 25), which the court construes to contain a motion for order of contempt against the defendants, and as the defendants have been granted extensions until January 7, 2008 to file their response to the complaint, it is

ORDERED that the motion for order of contempt be and is hereby DENIED.

Done this 10th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE