IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR.,             ) | |
|                                         ) | |
|       Plaintiff,                        ) | |
|                                         ) | |
|    v.                                   ) | CIVIL ACTION NO. 3:07-CV-920-MHT |
|                                         ) | |
| TINA RILEY-PELFREY, et al.,             ) | |
|                                         ) | |
|       Defendants.                       ) | |

**ORDER ON MOTION**

In the document filed by the plaintiff on December 7, 2007, he requests that counsel be appointment to oversee the instant civil proceedings (Court Doc. No. 25 at 2). The court therefore construes this document to contain a motion for appointment of counsel. The facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *see also Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Accordingly, the interests of justice do not require the appointment of counsel and it is therefore

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 10th day of December, 2007.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE