IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

WILLIAM LANIER ELLIS, SR._____,  )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )   CASE NO. 3:07-cv-920-MHT-SRW
                                           )
RUSSELL COUNTY JAIL, et al._____,  )
                                           )
        Defendants,                        )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW LOETTA HOLLAND_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/18/2007
Date

(Signature)

Scott W. Gosnell
(Counsel's Name)

Tina Riley-Pelfrey, Danny Bussey, Loetta Holland, John Still, Dr. William Stu Warr
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u>_____ DIVISION

## CERTIFICATE OF SERVICE

I, SCOTT W. GOSNELL_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __18____ day of December_____ 20_07, to:

William Lanier Ellis, Sr.

c/o Russell County Jail

Post Office Box 640

Phenix City, Alabama 36868

12/18/2007
Date

Signature