IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN_____ DIVISION

WILLIAM LANIER ELLIS, SR.

_____ ,  )
                                     )
        Plaintiff,                   )
                                     )
                                     )  CASE NO. 3:07-cv-920-MHT-SRW
v.                                   )  CASE NO. _____
                                     )
RUSSELL COUNTY JAIL, et al.          )
_____ ,  )
                                     )
        Defendants,                  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  TINA RILEY-PELFREY _____ , a  Defendant    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✔]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____      _____

_____      _____

_____      _____

_____      _____

12/18/2007                              _____
_____                        (Signature)
        Date
                                        Scott W. Gosnell
                                        (Counsel's Name)

                                        Tina Riley-Pelfrey, Danny Bussey, Loetta Holland, John Still, Dr. William Stu Warr
                                        _____
                                        Counsel for (print names of all parties)
                                        Post Office Box 240909
                                        _____
                                        Montgomery, Alabama  36124
                                        Address, City, State Zip Code
                                        (334) 262-1850
                                        _____
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I,___SCOTT W. GOSNELL_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by __U.S. Mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this __18_____day of __December_____ 20_07_, to:

William Lanier Ellis, Sr.

c/o Russell County Jail

Post Office Box 640

Phenix City, Alabama  36868

12/18/2007
Date

Signature