IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

WILLIAM LANIER ELLIS, SR.
_____,
)
)
Plaintiff,
)
)
v.
)  CASE NO. 3:07-cv-920-MHT-SRW
)            _____
RUSSELL COUNTY JAIL, et al.
)
_____,
)
)
Defendants,
)

## CONFLICT DISCLOSURE STATEMENT

COMES NOW JOHN STILL_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/18/2007                           _____
Date                                 (Signature)

                                     Scott W. Gosnell
                                     _____
                                     (Counsel's Name)

                                     Tina Riley-Pelfrey, Danny Bussey, Loetta Holland, John Still, Dr. William Stu Warr

                                     Counsel for (print names of all parties)
                                     Post Office Box 240909
                                     Montgomery, Alabama  36124
                                     Address, City, State Zip Code
                                     (334) 262-1850
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, SCOTT W. GOSNELL, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18 day of December 20 07, to:

William Lanier Ellis, Sr.

c/o Russell County Jail

Post Office Box 640

Phenix City, Alabama 36868

12/18/2007
Date

Signature