In the United States District Court for
The Middle District of Alabama
Eastern Division

Plaintiff.

William I Ellis Sr.

2007 DEC 27 A 9: 19

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Case # 3:07 CV-920-MHT

VS.

Defendant(s)

Dr. Stewarr, Tina Rilesjefory
Loella Holland, John Sthil

_____

" Motion To Amend "

_____

Comes now the plaintiff moves this Court to amend
original Complaint with good Cause.

(1) That his DENTAL and oral hygene has
been completely ignored. Dental hygene is a part of
overall health.

(2) The plaintiff has not been allowed to floss
to ensure proper health. for the duration of his incarceration
10 months.

(3) The plaintiff has suffered permanent damage to his
adult teeth. Moves that his teeth be repaired immediately

(4) The plaintiff further moves that his optical needs have been completely ignored placing the burden upon his family.

## Discussion

The plaintiff is being detained in a state facility furthermore has made repeated written and oral request to the aforesaid matters. Oral and optical care is a major part of overall health. The plaintiff has worn prescription glasses for 25 plus years. The plaintiff has only been provided reading glasses by his family. The plaintiff moves with good cause to have his motion granted.

Executed this 24th Day of December

william Lanier Ellis Sr.

## Certificate of Service

I hereby certify that I, william Ellis have mailed an exact copy of this document to the Honorable Scott Goswell Counsel for Defendants

Executed this 24th Day of December

william Lanier Ellis Sr.

SCOTT GOSWELL
P.O. BOX 240909
MONTG. Al. 36124
Counsel for Defendants

C/o William Ellis
Russell County Jail
P.O. Box 640
Phenix City Al.
36868

MONTGOMERY AL 361
26 DEC 2007 PM

HAPPY
USA 41

Office of the Clerk
P.O. Box 711
Montgomery Al. 36101
United States District Court

Legal Mail

36101+0711

Legal Mail