**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-920-MHT-SRW** |
| | ) | |
| **RUSSELL COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT

COME NOW the Defendants, Tina Riley-Pelfrey (hereafter, "Nurse Riley"), Dr. Spud Warr (hereafter, "Dr. Warr"), Danny Bussey (hereafter, "Sgt. Bussey"), Officer John Still (incorrectly listed in Plaintiff's Amended Complaint as "Officer Stihl") (hereafter, "Deputy Still"), and Loetta Holland (hereafter, "Lieutenant Holland"), and submit their Special Report to the Court as follows:

## INTRODUCTION

The Plaintiff in this action, William Lanier Ellis, Sr. (hereafter, the "Plaintiff"), filed his Complaint on October 12, 2007. The Complaint alleges violations of his Eighth Amendment rights. On October 16, 2007, this Court ordered the Defendants to submit a Special Report concerning the factual allegations made by the Plaintiff in his Complaint. On October 24, 2007, the Plaintiff moved to amend his Complaint, which motion was granted on October 25, 2007. On November 27, 2007, the Plaintiff again moved to amend his Complaint, which motion was granted on November 28, 2007. The Complaint, the first Amended Complaint, and the second Amended Complaint, hereafter will be referred to as the "Complaints."

<div align="center">**PLAINTIFF'S ALLEGATIONS**</div>

The Plaintiff appears to be alleging that the Defendant failed to provide adequate or appropriate medical attention, in violation of the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.[1]

<div align="center">**DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS**</div>

Defendants Nurse Riley, Dr. Warr, Sgt. Bussey, Deputy Still, and Lieutenant Holland, deny the allegations made against them by the Plaintiff as said allegations are untrue and completely without basis in law or fact.

## I.    FACTS

The Plaintiff was incarcerated in the Russell County Jail on March 9, 2007 for Attempted Murder.  (See, Inmate File of William Lanier Ellis (hereafter, "Inmate File"), attached hereto as Exhibit A and incorporated herein as if fully set forth.)  The Plaintiff had been incarcerated in the Jail on several previous occasions, and on this occasion, was being transferred from the Muscogee County Jail.  Id.  At the time he was booked into the jail, the Plaintiff's medical history was taken and a mental and physical assessment done.  (Id.; Affidavit of Tina Riley dated January 4, 2008 (hereafter, "Riley Aff."), attached herewith as Exhibit B and incorporated herein as if fully set forth, at ¶ 7; Medical File of William Lanier Ellis (hereafter, "Medical File"), attached hereto as Exhibit C and incorporated herein as if fully set forth.)  During the intake medical screen, the Plaintiff indicated that he was not sick in any way, but that he suffered from a ruptured disc.  Id.  He also indicated that he was taking Zantez and Phenobarbital.  Id.  The only medication the Plaintiff brought with him from the Muscogee County Jail was Phenobarbital.  Id.

---

[1] This statement of the Plaintiff's Allegations is based upon Plaintiff's Complaint and Amended Complaints, and the undersigned's interpretation of the issues raised.  If other issues are presented, Defendants request that this Honorable Court grant Defendants an opportunity to answer and address those issues.

The Plaintiff did not bring any prescriptions with him, and the Plaintiff never requested the Russell County Jail medical staff to call a doctor or pharmacist to check on any prescriptions. Id.

Beginning with his admission in the Russell County Jail in March, 2007, the Plaintiff was administered Phenobarbital for seizures, and Naproxen for pain. (Medical File.) The Russell County Jail actually increased the Plaintiff's dosage from what he had been given in the Lee County Jail. (Riley Aff. at ¶ 8.) Within approximately four (4) days of the Plaintiff being admitted, Nurse Riley obtained the Plaintiff's medical records from the Lee County Jail. (Riley Aff. at ¶ 7; Medical File.)

In June, in addition to the Phenobarbital and Naproxen, the Plaintiff began receiving Tramadol for pain. (Medical File; Riley Aff. at ¶ 10.) Tramadol is a non-narcotic pain reliever, which Dr. Warr substituted for the Plaintiff's previous pain reliever, which was potentially narcotic. (Affidavit of Spud Warr dated January 4, 2008 (hereafter, "Warr Aff."), attached herewith as Exhibit D and incorporated herein as if fully set forth, at ¶ 7.) On June 26, 2007, Nurse Riley obtained the Plaintiff's medical records from Med-Care. (Medical File; Riley Aff. at ¶ 14..) On that same date, the Plaintiff submitted his first grievance regarding his perceived inadequacy of medical care. Id. As a result of that grievance, the Plaintiff was scheduled to be examined by Dr. Warr, was given an extra-thick mattress for added comfort and to reduce his pain, and was moved to a cell with a bunk rather than being required to sleep on a mat on the floor.[2] (Id.; Riley Aff. at ¶ 11.) On June 28, 2007, Nurse Riley obtained the Plaintiff's medical records from St. Francis Hospital in Columbus, Georgia. (Medical File.) These records indicate that at least as late as September, 2002, there was no evidence of a spinal fracture or dislocation. Id.

---

[2] The Russell County Jail was experiencing extreme overcrowding at that time, which necessitated some inmates sleeping on the floor on elevated mats.

On July 24, 2007, the Plaintiff was transported to see Dr. Jose A. Canedo, a neurologist. (Id.; Warr Aff. at ¶ 10.)  Dr. Canedo concluded that the Plaintiff suffered from mild to moderate back injury, and suggested exercise, therapy and medication.  (Medical File.)  At that examination, the Plaintiff became very upset to the point where Dr. Canedo had to terminate the discussion.  Id.  Dr. Canedo later informed Dr. Warr that he did not recommend any change to the Plaintiff's current treatment, and that he did not want to examine the Plaintiff anymore because the Plaintiff had become hostile.  (Id.; Warr Aff. at ¶ 10.)

In September, in addition to the Naproxen, Phenobarbital, and Tramadol, the Plaintiff was given Buspar for anxiety, Pseudophedrine for allergies, and Effexor for depression. (Medical File; Riley Aff. at ¶ 10.)  On September 16, 2007, the Plaintiff filed his second grievance regarding his perceived inadequacy of medical care.  Id.  On September 25, 2007, the Plaintiff submitted a lengthy (10-page) letter to Dr. Warr detailing his difficulties, and complaining of his medical treatment.  Id.

In October, the Pseudophedrine, Buspar and Effexor were discontinued, but the Plaintiff continued to receive Naproxin, Phenobarbital, and Tramadol.  Id.  The Plaintiff refused to take the Effexor and Busbar, but did not explain why.  (Warr Aff. at ¶ 9; Medical File.)  On October 9, 2007, the Plaintiff submitted his third grievance regarding his perceived inadequacy of medical care.  (Medical File.)  In response to that grievance, the Plaintiff was examined by Dr. Warr.  Id.  On October 10, 2007, the Plaintiff submitted his fourth grievance regarding his medical care.  Id.  As a result, modifications were made to his medication.  Id.  On October 15, 2007, the Plaintiff submitted his fifth grievance regarding his medical care.  Id.  As a result of that grievance, an appointment was made for the Plaintiff with East Alabama Mental Health.

(Id.; Warr Aff. at ¶ 9.)  On October 22, 2007, the Plaintiff submitted his sixth and seventh grievances regarding his medical care.  Id.

In November, 2007, in addition to the Naproxen, Phenobarbital, and Tramadol, the Plaintiff was given Mirtazapine, an anti-depressant, and Chlorpromazine, which is, *inter alia*, an anti-psychotic drug, Diphenhydramine, an antihistamine, Lopressor, which is prescribed for high blood pressure and hypertension, and Robaxin, which is a muscle relaxant used to treat pain.  Id.  On November 14, 2007, the Plaintiff was taken to Summit Hospital and an MRI was performed.  (Medical File; Warr Aff. at ¶ 8.) The MRI revealed a protruding disc in the Plaintiff's spine.  Id.

On November 20, 2007, Sergeant San Nicholas, a correctional officer at the Russell County Jail, was doing a head count with another officer and found a water bag in the Plaintiff's cell block.  (Affidavit of Michael J. San Nicholas dated January 4, 2008 (hereafter, "San Nicholas Aff."), attached herewith as Exhibit E and incorporated herein as if fully set forth, at ¶ 4.)   A water bag is an improvised weight-lifting device constructed from a trash bag filled with water.  Id.  Inmates are not supposed to have or make water bags.  Id.  Usually, a water bag consists of two plastic bags placed in a shirt.  Id.  The Plaintiff's water bag consisted of one plastic bag without a shirt.  Id.  The water bag was too heavy for Sergeant San Nicholas to lift, so he poked a hole in it.  Id.  Water came out faster than he expected so he left to get mops and buckets to clean it up.  Id.  While Sergeant San Nicholas was gone, he received a call on the radio that an inmate had fallen.  Id.  He responded back to the cell block and found the Plaintiff laying on the floor.  Id.  The Plaintiff appeared to be in good spirits, making jokes and laughing with the other inmates.  Id.  He had some wet spots on his clothes, but he was not soaked or dripping.  Id.  The Plaintiff informed Sergeant San Nicholas that he (the Plaintiff) had hurt his back.  Id.  Sergeant San Nicholas called another officer to get a wheelchair, and helped the

Plaintiff sit up on the floor. Id. The Plaintiff stood and got into the wheelchair by himself. Id. Sergeant San Nicholas wheeled the Plaintiff to the Jail infirmary and called the on-call nurse. Id. Dr. Warr instructed the jail staff to send the Plaintiff to Summit Hospital for x-rays. (Warr Aff. at ¶ 11; San Nicholas Aff. at ¶ 4.) Id. Therefore, Sergeant San Nicholas placed the Plaintiff in a holding cell until a deputy could take custody of him and transport him. (San Nicholas Aff. at ¶ 4.) Id.

At that time, Deputy Still was on the Sheriff's Department transportation team, which meant that he was on call for jail transports. (Affidavit of John Still dated January 4, 2008 (hereafter, "Still Aff."), attached herewith as Exhibit F and incorporated herein as if fully set forth, at ¶ 4.) On that date, Deputy Still was called to the Russell County Jail to transport the Plaintiff to Summit Hospital for a possible back injury. Id. When he arrived at the Russell County Jail, the Plaintiff was sitting in a wheelchair in a holding cell, wearing sweat pants and a t-shirt. (San Nicholas Aff. at ¶ 4; Still Aff. at ¶ 4.) Jail policy dictates that an inmate may not be transported in a jail unless he or she is in a white Russell County jail uniform. (Still Aff. at ¶ 4.) Therefore, prior to the Plaintiff being transported, Sergeant San Nicholas provided him with a fresh, clean uniform. (Still Aff. at ¶ 4; San Nicholas Aff. at ¶ 4.) Sergeant San Nicholas observed the Plaintiff stand up and change clothes without any assistance. Id. Upon observation, he did not appear to experience any pain, and had no trouble changing clothes. Id.

The Plaintiff was required to be placed in restraints for transport. (Still Aff. at ¶ 4.) When jail personnel began to put a waist belt restraint on him, the Plaintiff informed them that he did not want any restraints on him when he went to the hospital. Id. However, the Plaintiff is charged with attempted murder and therefore, Jail policy dictates that he cannot go out of the jail without restraints. Id. Therefore, the waist belt restraint was applied to the Plaintiff. Id. Deputy

Still personally checked the tightness of the restraint and found that it moved up and down with ease; in fact, it could move all the way up to the Plaintiff's ribs. Id. At that time, the Plaintiff did not complain about the tightness of the restraints. Id.

The Plaintiff walked out of the jail under his own power and was transported in Deputy Still's patrol unit to Summit Hospital. Id. at ¶ 5. He walked into the hospital under his own power. Id. Deputy Still observed hospital personnel attempt to perform an MRI on the Plaintiff, but he kept moving and therefore, the MRI was unsuccessful. Id. While they were at the hospital, the Plaintiff began complaining about the tightness of the restraining belt. Id.

While the Plaintiff and Deputy Still were en route to and at the hospital, Deputy Still did not ask the Plaintiff any questions; however, the Plaintiff was voluntarily talking about his case. Id. at ¶ 6. Deputy Still has not spoken to any investigators or other law enforcement or judicial personnel about the Plaintiff's case or concerning what the Plaintiff told him. Id.

During his next jail visit after the Plaintiff's fall and trip to the hospital, Dr. Warr read the Plaintiff's hospital report and x-ray results. (Warr Aff. at ¶ 11.) The x-ray results were negative, showing no injury to the back. Id. Dr. Warr later visited Summit Hospital and consulted with Dr. Byeth, the neural radiologist who performed the MRI.[3] Id. Dr. Byeth informed Dr. Warr that the Plaintiff's situation might respond to chiropractic decompression as an alternative to surgery. (Warr Aff. at ¶ 8.) Therefore, Dr. Warr arranged to send the Plaintiff to a chiropractor in Auburn, Alabama. Id. On November 29, 2007, the Plaintiff was transported to see Dr. Tracy L. Hartford of Auburn Chiropractic Associates. (Id.; Medical File.) Dr. Hartford indicated that the Plaintiff be treated during the course of six (6) visits. Id.

---

[3] At that time, Dr. Warr also consulted with the radiologist who treated the Plaintiff after his fall, and personally examined those x-rays. (Warr Aff. at ¶ 11.)

On December 5, 2007, the Plaintiff was transported to his second chiroptractic appointment with Dr. Hartford.  Id.  The Plaintiff was transported to Dr. Hartford's office again on December 7, 2007.  Id.  On December 10, 2007, after only three visits, the Plaintiff was again taken to see Dr. Hartford, but refused treatment.  Id.  Dr. Warr currently has scheduled an appointment for the Plaintiff to see a neurosurgeon.  (Warr Aff. at ¶ 11.)

On one occasion when the Plaintiff was being examined by Dr. Warr in the Jail infirmary, the Plaintiff complained to Dr. Warr that he had not been indicted, as well as voicing other complaints about his case.  (Riley Aff. at ¶ 13.)  Nurse Riley offered to call the district attorney's office to find out the status of his case for him.  Id.  The Plaintiff responded "Would you, please?"  Id.  Nurse Riley did in fact telephone the district attorney's office and found out the status of the Plaitniff's case and relayed that information to the Plaintiff.  Id.

From the date of his incarceration in the Russell County Jail until January 2, 2008, the Plaintiff has submitted seven grievances and *one-hundred nine (109)* medical request forms.  Id.  At least ninety-one (91) of those grievances were responded to.[4]  Id.  Most of the requests were for pain reliever, and in the overwhelming majority of instances, the Plaintiff received Tylenol or some comparable pain reliever.  (Id.; Riley Aff. at ¶ 9.)

At the time of the Plaintiff's incarceration, the Jail had an inmate grievance procedure.  (Affidavit of Loetta Holland dated January 4, 2008 (hereafter, "Holland Aff."), attached herewith as Exhibit G and incorporated herein as if fully set forth, at ¶ 4; Affidavit of Danny Bussey dated January 4, 2008 (hereafter, "Bussey Aff."), attached herewith as Exhibit H and incorporated herein as if fully set forth, at ¶ 4.)  Grievances were required to be in writing and could be filed with any member of the Jail Staff.  Id.  Jail policy provided an exception that allowed emergency

---

[4] This count includes only grievances that document a specific response.  It is quite possible that several more of the grievances were responded to, either without documentation, or in instances where the documentation merely shows that the grievance was received and/or forwarded to the appropriate person.

grievances to be made orally.  Id.  Copies of all written grievances were placed in the inmate's file.  Id.  It is a violation of Jail policy to deny an inmate access to the grievance procedure.  The Plaintiff was aware of the grievance procedure.  The Plaintiff filed a series of grievances with respect to the subject matter of this lawsuit.  (Inmate File; Medical File.)

The Jail has policies, procedures, and personnel in place to provide inmates with necessary medical care.  (Holland Aff. at ¶ 5; Bussey Aff. at ¶ 6; Riley Aff. at ¶ 4; Warr Aff. at ¶ 4.)  Inmates at the Jail can receive routine medical attention by simply requesting it.  Id.  The Jail's inmate medical policy also includes procedures for more urgent medical needs.  Id.  If a correctional officer believes he is confronting an obvious emergency, he has full authority to immediately send inmates to the Jail infirmary.  Id.  It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.  (Riley Aff. at ¶ 5; Warr Aff. at ¶ 5..)  It is the policy of the Russell County Jail that inmates are not given any medication that contains a narcotic ingredient.  (Riley Aff. at ¶ 6; Warr Aff. at ¶ 7.)  When regular medications are dispensed at the Jail, the inmate is asked to initial a Medication Administration Record.  (Riley Aff. at ¶ 12.)  If the inmate refuses to do so, Nurse Riley indicates "refuses to sign" on that document.  Id.

Nurse Riley does not prescribe treatment or medication for inmates, nor does she diagnose their injuries or ailments.  (Riley Aff. at ¶ 6; Warr Aff. at ¶ 14.)  However, due to a shoulder injury, Dr. Warr has trouble writing, and his handwriting is difficult to read.  Id.  Therefore, Nurse Riley will frequently write Dr. Warr's orders upon his direction, and Dr. Warr then reads them for accuracy and signs them.  Id.

Defendants Lieutenant Holland and Sergeant Bussey have no personal knowledge of the facts of the Plaintiff's Complaint.  (Holland Aff. at ¶ 3; Bussey Aff. at ¶ 3.)

9

## II.   LAW

### A.   The Plaintiff's Claims are Barred by the Prison Litigation Reform Act for his Failure to Exhaust Administrative Remedies.

The Prison Litigation Reform Act requires exhaustion of all available administrative remedies before an inmate may file a lawsuit under 42 U.S.C. § 1983. See 42 U.S.C. § 1997e(a); Booth v. Churner, 532 U.S. 731, 733-34 (2001) (stating that 42 U.S.C. § 1997e(a) "requires a prisoner to exhaust 'such administrative remedies as are available' *before* suing over prison conditions."). Exhaustion is required for "all inmate suits about prison life, whether they involve general circumstances or particular episodes, and whether they allege excessive force or some other wrong." Porter v. Nussle, 534 U.S. 516, 532 (2002). The Plaintiff in this case has failed to utilize an administrative remedy available to him. Specifically, the Plaintiff has not alleged that he pursued any grievance through the State Board of Adjustment. See Brown v. Tombs, 139 F.3d 1102, 1103-04 (6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies). Alabama law provides the opportunity to file a claim and proceed before the Alabama State Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq. Because the State provides an administrative remedy that the Plaintiff failed to exhaust, the Plaintiff's claims are barred by 42 U.S.C. § 1997e(a). See Alexander v. Hawk, 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of present action due to failure to exhaust administrative remedies).

### B.   The Defendants, in Their Official Capacities, Are Entitled to Judgment in Their Favor as a Matter of Law.

In his Complaint, the Plaintiff has not designated whether he is suing the Defendants in their official or individual capacities. Out of an abundance of caution, to the extent the Plaintiff's Complaint can be construed as making official capacity claims, the Eleventh Amendment bars such

claims.  Additionally, the Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.

        1.      **All official capacity claims against the Defendnats are barred by the Eleventh Amendment to the United States Constitution.**

The Plaintiff's official capacity claims against the Defendants are due to be dismissed for lack of subject matter jurisdiction.  The Defendants, in their capacities as jail administrator, assistant jail administrator, deputy sheriff, jail doctor, and jail nurse, are executive officers of the State of Alabama.  Therefore, a suit against them, in their official capacities, is a suit against the State of Alabama.  See Hafer, 502 U.S. at 25; Lancaster, 116 F.3d at 1429; see also Kentucky v. Graham, 473 U.S. at 165-66.  Because this suit is, in effect, a suit against the State of Alabama, the Eleventh Amendment to the United States Constitution bars the Plaintiff's claims under § 1983.  See Free, 887 F.2d at 1557; see also Dean v. Barber, 951 F.2d 1210, 1215 n.5 (11th Cir. 1992); Carr v. City of Florence, 916 F.2d 1521, 1525 (11th Cir. 1990) (citing Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) and upholding the proposition that a deputy sued in his official capacity is entitled to Eleventh Amendment immunity).  Thus, this Court lacks subject matter jurisdiction over these claims.

        2.      **The Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.**

42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983.  The United States Supreme Court has held that a state official sued in his or her official capacity, is not a "person" under § 1983.  Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989).  Thus, any claims against these Defendants, in their official capacities, are due to be dismissed because they are not "persons" under § 1983, and therefore, these claims fail to state a claim upon which relief can be

granted.  Id.; Carr, 916 F.2d at 1525 n.3 (citing Will and noting that, in addition to entitlement to Eleventh Amendment immunity, "neither a State nor its officials acting in their official capacities are a 'person' under § 1983").

       **C.**      **The Defendants Are Entitled to Qualified Immunity.**

In their individual capacities, the Defendants are entitled to qualified immunity and a dismissal of Plaintiff's claims unless they violated the Plaintiff's clearly established constitutional rights of which a reasonable person would have known.  Lancaster, 116 F.3d at 1424.  Qualified immunity is a protection designed to allow government officials to avoid the expense and disruption of trial.  Ansley v. Heinrich, 925 F.2d 1339, 1345 (11th Cir. 1991).  The Eleventh Circuit Court of Appeals has observed, "[t]hat qualified immunity protects governmental actors is the usual rule; only in exceptional cases will government actors have no shield against claims made against them in their *individual capacities*."  Lassiter v. Alabama A & M Univ., 28 F.3d 1146 (11th Cir. 1994) (en banc) (emphasis in original) (footnote omitted). In the light of pre-existing law the unlawfulness must be apparent.  Anderson v. Creighton, 483 U.S. 635, 640 (1987).  Mere statements of broad legal truisms, without more, are not sufficient to overcome qualified immunity.  Post v. City of Ft. Lauderdale, 7 F.3d 1552, 1557 (11th Cir. 1993).

Once a defendant has asserted the defense of qualified immunity, the threshold inquiry a court must undertake is whether the plaintiff's allegations, if true, establish a constitutional violation.  Saucier v. Katz, 533 U.S. 194, 201 (2001).  This initial inquiry is whether "[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?"  Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)). The second inquiry is, if a constitutional violation is stated, were these rights "clearly

established" to the degree that these Defendants had "fair warning" that their conduct violated the plaintiff's constitutional rights?  Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003).

In making an assessment of whether the particular conduct of these Defendants was clearly established as being violative of constitutional dictates, the reviewing court must examine the state of law at the time the alleged deprivation occurred.  See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994).  A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right."  Anderson, 483 U.S. at 640; Lancaster, 116 F.3d at 1424.  "In this circuit, the law can be 'clearly established' for qualified immunity purposes only by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court of the state where the case arose."  Jenkins v. Talladega Bd. of Educ., 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

The instant Plaintiff alleges that he was unlawfully denied adequate and/or appropriate medical care.  These Defendants are entitled to judgment in their favor as a matter of law on these claims for three reasons.  First, the Defendants' policies and actions were not deliberately indifferent to a constitutional right of the Plaintiff.  Second, the Defendants did not promulgate policies that caused the Plaintiff's alleged constitutional deprivations.  Third, no clearly established law provided the Defendants with "fair warning" that their conduct was unlawful.

### 1.    The Plaintiff did not suffer from an objectively serious medical need.

A constitutional violation under the Eighth Amendment for denial of medical care is stated where the facts tend to show that a jail official was deliberately indifferent to the serious medical needs of an inmate.  See Estelle v. Gamble, 429 U.S. 97, 104 (1976).  The Plaintiff must satisfy both an objective and a subjective inquiry.  Taylor v. Adams, 221 F.3d 1254, 1257 (11th Cir.

2000); Adams v. Poag, 61 F.3d 1537, 1543 (11th Cir. 1995).  First, he must show an objectively serious medical need.  Taylor, 221 F.3d at 1258; Adams, 61 F.3d at 1543.  Second, the Plaintiff must demonstrate that the Defendants acted, or failed to act, with an attitude of "deliberate indifference" to that serious medical need.  Farmer v. Brennan, 511 U.S. 825, 834 (1994).  A prison official cannot be deliberately indifferent to an excessive risk to an inmate's health unless he is both "aware of the facts from which the inference could be drawn that a substantial risk of serious harm exists, and . . . draws[s] the inference."  Farmer, 511 U.S. at 837.

In the instant case, the Plaintiff has failed to allege any facts tending to show that these Defendants knew of a serious medical condition.  In his Complaints, the Plaintiff alleges that he suffers from pain, seizures and anxiety.[5]  The pain is primarily associated with a back injury. While the Plaintiff's physical condition *could* become a serious medical need, it was not at the time of his incarceration or his Complaints.  Additionally, there is nothing in the Plaintiff's jail file or medical file that indicates that the Plaintiff's medical condition adversely affected his safety or well-being.  (Inmate File; Medical File.)

### 2. **The Complaint fails to allege a constitutional violation in that the Defendants were not deliberately indifferent to the Plaintiff's serious medical needs.**

The Constitution does not mandate comfortable prisons.  Rhodes v. Chapman, 452 U.S. 337, 349 (1981).  Jail officials must provide humane conditions of confinement, ensuring that inmates receive adequate food, clothing, shelter, and medical care.  Hudson v. Palmer, 468 U.S. 517, 526-527 (1984).  A claim is stated only where the conditions of confinement pose a risk to the health or safety of an inmate and the defendant official is deliberately indifferent to that risk. Farmer, 511 U.S. at 837.

---

[5] Though the Plaintiff indicates that he was on seizure medication, there is no allegation in the Complaints that he actually suffered from a single seizure while in the Russell County Jail.

14

An inmate does not have a right to a *specific* kind of treatment.  City of Revere v. Massachusetts General Hosp., 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; *how [a municipality] obtains such treatment is not a federal constitutional question*") (emphasis added).  Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the Plaintiff.  See Waldrop v. Evans, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); Hamm v. DeKalb County, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), cert. denied, 475 U.S. 1096 (1986); Westlake v. Lucas, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "Where a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments").

The Defendants were not deliberately indifferent to any objectively serious need that could be construed in the Plaintiff's Complaints.  In order to be deliberately indifferent, an official must both know of a serious risk of harm and disregard it.  Farmer, 511 U.S. at 837.  In the instant case, the Plaintiff has failed to allege any facts tending to show that the Defendants were deliberately indifferent to his medical conditions.

Defendants Lieutenant Holland, Sergeant Bussey and Deputy Still have no direct involvement whatsoever in the medical care of inmates.  In fact, the Plaintiff's Complaint does not allege that these Defendants had anything whatsoever to do with his medical care.  (See, generally, Complaint.)  Defendants Dr. Warr and Nurse Riley were responsible for the provision

of medical care to the inmates. Lieutenant Holland, Sergeant Bussey and Deputy Still do not have any kind of medical education, training or experience. They rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates. Certainly this Court should not require these Defendants, with absolutely no medical or health care training, to substitute their medically untrained judgment for the professional judgment of the medical health professionals who treated the Plaintiff.

While the Eleventh Circuit has not had an opportunity to visit this issue, the Eighth Circuit has addressed a similar claim. In <u>Meloy v. Bachmeier</u>, 302 F.3d 845 (8th Cir. 2002), a former inmate sued several prison doctors, a nurse, and the prison's medical director[6] for failing to provide him with a positive air pressure machine needed to treat his sleep apnea. 302 F.3d at 847. Reversing the district court's denial of summary judgment for the director, the Eighth Circuit began by making some common sense observations. "A prison's medical treatment director who lacks medical expertise cannot be liable for the medical staff's diagnostic decisions." 302 F.3d at 847 <u>citing</u>, <u>Camberos v. Branstad</u>, 73 F.3d 174, 176 (8th Cir. 1995). Further, the <u>Meloy</u> court stated "[p]rison officials cannot substitute their judgment for a medical professional's prescription." <u>Id.</u> <u>citing</u>, <u>Zentmyer v. Kendall County</u>, 220 F.3d 805, 812 (7th Cir. 2000). Finally, the court held:

> The law does not clearly require an administrator with less medical training to second-guess or disregard a treating physician's treatment decision. Because the law was not clearly established that [the director] was deliberately indifferent to [the plaintiff's] serious medical needs, [the director] is entitled to qualified immunity.

302 F.3d at 849.

Further, Dr. Warr and Nurse Riley were clearly not indifferent to the Plaintiff's medical needs. The Plaintiff submitted one hundred nine (109) medical requests, and at least ninety-one

---

[6] The medical director was a trained and licensed nurse. 302 F.3d at 846.

(91) of those were responded to, overwhelmingly with pain medication. In addition, the Plaintiff received, on a daily basis, at least three (3) different medications, and was provided with at least eight (8) additional medications at various times, in an effort to alleviate his medical problems, primarily pain. Further, Dr. Warr and Nurse Riley had the Plaintiff moved to a cell with a bunk, and provided him with an extra-thick mattress, in an effort to ease his back pain.

Dr. Warr and Nurse Riley also provided extensive outside medical assistance to the Plaintiff. They arranged for the Plaintiff to be examined by a neurologist (Dr. Canedo), to have an MRI at Summit Hospital, and to receive three chiropractic treatments (Dr. Hartford in Auburn).[7] The Plaintiff was also taken to Summit Hospital, after his slip and fall, for x-rays (which came back negative). Dr. Warr has currently scheduled the Plaintiff for an appointment with a neurosurgeon. Clearly Dr. Warr and Nurse Riley went to great lengths to provide pain relief, diagnostics, and treatment for the Plaintiff's medical conditions. Further, Dr. Warr arranged for the Plaintiff to be examined and treated at East Alabama Mental Health.

This extensive medical care provided by Dr. Warr and Nurse Riley is anything but deliberately indifferent. It is therefore clear from the face of the Complaints that the Plaintiff's chief claim is that the medical personnel ineffectively treated him. However, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." Estelle, 429 U.S. at 106. "Medical malpractice does not become a constitutional violation merely because the victim is a prisoner." Id. Therefore, the Plaintiff has failed to allege, and the facts do not support, that the Defendants violated the Plaintiff's federally protected rights.

---

[7] As noted above, the Plaintiff would have been able to receive at least three more chiropractic treatments, had he not refused to continue the treatments on his own initiative.

3. <u>These Defendants did not violate any of the Plaintiff's other federally protected rights.</u>

The Plaintiff cannot meet his first burden under the qualified immunity standard – he cannot show a violation of his federal rights. The Defendants are therefore entitled to qualified immunity for three reasons. First, Lieutenant Holland, Sergeant Bussey and Dr. Warr cannot be held liable on a theory of *respondeat superior*. Second, there are no allegations of any wrongdoing on the part of Lieutenant Holland, Sergeant Bussey or Deputy Still. Third, there is no causal connection between the policies promulgated by Lieutenant Holland, Sergeant Bussey, Dr. Warr, and the Plaintiff's alleged injuries.

(a) ***Respondeat Superior* cannot serve as a basis for § 1983 liability.**

To the extent the Plaintiff seeks to impose vicarious liability on Lieutenant Holland, Sergeant Bussey, and Dr. Warr, his claims are due to be dismissed. Vicarious liability is not permitted under § 1983. See Monell, 436 U.S. at 691.

(b) **There is no allegation of any personal wrongdoing on the part of Lieutenant Holland, Sergeant Bussey or Deputy Still.**

There is no constitutional mandate that prisons or jails be made comfortable. Rhodes v. Chapman, 452 U.S. 337, 349 (1981). "Lawful incarceration brings about the necessary withdrawal or limitation of many privileges and rights, a retraction justified by the considerations underlying our penal system." Price v. Johnston, 334 U.S. 266, 285 (1948). "Maintaining institutional security and preserving internal order and discipline are essential goals that may require limitation or retraction of the retained constitutional rights of both convicted prisoners and pretrial detainees." Bell v. Wolfish, 441 U.S. 520, 546 (1979).

To overcome the Defendants' entitlement to qualified immunity, the Plaintiff must prove that they were deliberately indifferent. Farmer v. Brennan, 511 U.S. 825, 836 (1994). Specifically, the Plaintiff must prove that the Defendants were aware that a substantial risk of serious harm to the

inmate's health or safety existed.  The Plaintiff must further prove that the Defendants drew the inference of the existence of such a risk.  Id.

Based upon the foregoing the Plaintiff has failed to allege a violation of his federally protected rights – let alone a violation personally committed by Lieutenant Holland, Sergeant Bussey or Deputy Still.  Therefore, these Defendants are entitled to qualified immunity and judgment as a matter of law on the Plaintiff's claims.

> **(c)    There is no causal connection between any policy or custom promulgated by Defendants Lieutenant Holland, Sergeant Bussey, Dr. Warr, and the Plaintiff's alleged injuries.**

The Eleventh Circuit has stated what is required to make out a § 1983 claim against a supervisor:

> Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions of the supervising official and the alleged constitutional deprivation.  The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he fails to do so.  The deprivations that constitute widespread abuse sufficient to notify the supervising official must be obvious, flagrant, rampant and of continued duration, rather than isolated occurrences.

Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted).  The Eleventh Circuit, therefore, applies a three-prong test that the Plaintiff must satisfy to establish supervisory liability: (1) the supervisor's actions, either in training, promulgating policy, or otherwise, were deliberately indifferent to the Plaintiff's rights; (2) a reasonable person in the supervisor's position would know that his or her actions were deliberately indifferent; and (3) the supervisor's conduct was causally related to the subordinate's constitutional infringement.  Greason v. Kemp, 891 F.2d 829, 836-37 (11th Cir. 1990); see also Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted).  The causal connection may be established where the supervisor's improper "custom or policy ... result[s] in deliberate indifference to constitutional rights."  Rivas v.

Freeman, 940 F.2d 1491, 1495 (11th Cir. 1991) (citing Zatler v. Wainwright, 802 F.2d 397 (11th Cir. 1986)).  "[T]he inadequacy of police training may serve as the basis for § 1983 liability *only* where the failure to train amounts to deliberate indifference to the rights of persons with whom the police come into contact."  City of Canton v. Harris, 489 U.S. 378, 388 (1989) (emphasis added).  The Complaint fails to allege facts supporting any of these elements, and there is no evidence to support the allegations even if they were made.

First, the Defendants' policies and actions were not deliberately indifferent.  Furthermore, there is no allegation that the Defendants had knowledge (either actual or constructive) of a training deficiency in the Russell County Jail or that the policies and/or customs of the jail would result in constitutional violations.  Id.  There is no allegation of widespread obvious, flagrant, rampant and continuous abuse by corrections officers.  Id.

Second, there are no facts in the record from which a reasonable person could conclude that the Defendants' conduct was deliberately indifferent.  Prison officials may be held liable for denying humane conditions of confinement only if they know that inmates face substantial risk of serious harm and disregard that risk by failing to take reasonable measures to abate it.  Farmer v. Brennan, 511 U.S. 825, 837 (1994).  There are no allegations in the Complaints at all to show that the Defendants were aware of any risk of harm to the Plaintiff, let alone a substantial risk of harm.  Consequently, the Plaintiff has failed to meet the second element of supervisory liability under § 1983.

Regarding the third element of supervisory liability, there is no causal connection between the Defendants' conduct and the alleged constitutional deprivation.  Again, there is no evidence that the Defendants failed to train the jail personnel.

The Plaintiff has failed to allege, and the facts do not show, the existence of the elements of supervisory liability under § 1983.  See Greason, 891 F.2d at 836-37.  The Defendants cannot be held vicariously liable under § 1983.  Monell, 436 U.S. at 694-95.  Consequently, the Defendants are entitled to qualified immunity and judgment in their favor as a matter of law.  Saucier, 533 U.S. at 201.

### D. No Clearly Established Law Gave the Defendants Fair Warning that Their Conduct was Unlawful.

The Plaintiff must show that clearly established law provided the Defendants with fair warning that their conduct was unlawful by either (1) pointing to a case with materially similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a pertinent federal statute or a federal constitutional provision is specific enough to demonstrate conduct was illegal, even in the total absence of case law.  Storck v. City of Coral Springs, 354 F.3d 1307, 1317 (11th Cir. 2003) (citations omitted).  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  In order to show that a Defendant's conduct was unconstitutional with "obvious clarity," "the unlawfulness must have been apparent."  Willingham, 321 F.3d at 1301.  "Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit."  Storck, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

## III. MOTION FOR SUMMARY JUDGMENT

### A. Summary Judgment Standard

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant.  Greason, 891 F.2d at 831.  However, a plaintiff "must do more than

show that there is some metaphysical doubt as to the material facts." <u>Matsushita Elec. Indus. Co.</u> <u>v. Zenith Radio Corp.</u>, 475 U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit. <u>See</u> <u>Reeves v. Sanderson Plumbing Products,</u> <u>Inc.</u>, 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" <u>Reeves</u>, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[8] "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" <u>Marsh v. Butler County</u>, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting <u>Massachusetts School of Law v. American Bar</u>, 142 F.3d 26, 40 (1st Cir. 1998).

### B.    Motion for Summary Judgment

Defendants Nurse Riley, Dr. Warr, Sgt. Bussey, Deputy Still, and Lieutenant Holland respectfully request that this Honorable Court treat this Special Report as a Motion for Summary Judgment and grant unto them the same.

Respectfully submitted this 4th day of January, 2008.

s/Scott W. Gosnell
SCOTT W. GOSNELL (GOS002)
Attorney for Defendants

---

[8] Although <u>Reeves</u> was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'" <u>Reeves</u>, 530 U.S. at 150, <u>citing</u> <u>Anderson v. Liberty Lobby,</u> <u>Inc.</u>, 477 U.S. 242, 250-251 (1986); <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 323 (1986).

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
EMAIL:  SGOSNELL@WEBBELEY.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and certify that I have mailed by United States Mail, postage prepaid, a true and correct copy of such filing to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

s/Scott W. Gosnell
**OF COUNSEL**

**Exhibit A**
**Inmate File of William Lanier Ellis, Sr.**

# BOOKING CHECKLIST

INMATE NAME: __William Ellis_____ DATE: __10-5-06_____

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _____

PLG-009

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 Yes | 1 Yes |
| 2 No | 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0572000C0 | PHENIX CITY POLICE DEPARTMENT | 06PL30854 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| ELLIS WILLIAM | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS | MARKS | TATOOS | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 M | 1 W | 602 | 180 | BRO | BLK | FMR | | | | | |
| 2 F | 2 B | | | | | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| COLUMBUS GA | 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 | 05-09-70 | 36 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | | |

| 26 1 RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| 2 NON-RESIDENT | 24 B GAUNT RD PHENIX CITY AL 36869 | (334) 448-6279 | UNEMPLOYED |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| COMPUZAS | | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? 1 YES 2 NO |
|---|---|---|
| 111 BROAD ST PHENIX CITY AL 36869 | | OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 1 DRUNK | 2 SOBER | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|
| | 3 DRINKING | 4 DRUGS | 1 YES 2 NO | 1 OFFICER 2 ARRESTEE 3 NONE | 1 Y 2 N | 1 HANDGUN 4 OTHER FIREARM / 2 RIFLE 5 OTHER WEAPON / 3 SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 10-05-10 | 1 AM 2 PM MIL. | S M T W T F S | 1 ON VIEW 2 CALL 3 WARRANT | 1 YES 2 NO 3 UNKNOWN |

| 46 CHARGE—1 1 FEL 2 MISD | 47 UCR CODE | 48 CHARGE—2 1 FEL 2 MISD | 49 UCR CODE |
|---|---|---|---|
| ACTAS ART | | NA | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| CS1496 | 00000100 | 09 25 10 | NA | NA | M D Y |

| 56 CHARGE—3 1 FEL 2 MISD | 57 UCR CODE | 58 CHARGE—4 1 FEL 2 MISD | 59 UCR CODE |
|---|---|---|---|
| NA | | NA | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| NA | NA | M D Y | NA | NA | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| 1 HELD 4 TOT—LE | | None |
| 2 BAIL 5 OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
| 3 RELEASED | | |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? 1 YES 2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| CONTINUED IN NARRATIVE |

## JUVENILE

| 82 JUVENILE DISPOSITION: | 1 HANDLED AND RELEASED 2 REF. TO JUVENILE COURT | 3 REF. TO WELFARE AGENCY 4 REF. TO OTHER POLICE AGENCY | 5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 10-05-10 22:01 1 AM 2 PM MIL. | SPENCER PUGH | PHENIX CITY POLICE DEPT | 414 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | RCSO | 300 PROGRESS DR PHENIX CITY AL 36869 |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1 YES 2 NO 3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| ON 10-05-06 SUBJECT WAS ARRESTED WITHOUT INCIDENT OR INJURY |

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
| Pugh 22:02 10-5-06 | |
| | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Pugh | 414 | | NA | NA | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

CS 1996 000010.01
ERIC B. FUNDERBURK

IN THE DISTRICT COURT OF RUSSELL          COUNTY

SANDY G GIFFORD    VS  WILLIAM L ELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: ELLIS WILLIAM L
AND BRING HIM/HER BEFORE THIS COURT.

WITNESS MY HAND THIS    /   /2008.

_Kathy Coulter_
JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:                    SSN #: 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

5730 HODGES DRIVE                         DOB: 05/09/1970
#6                                        RACE: W
COLUMBUS        , GA                       SEX: M

EMPLOYER: _____    PHONE NO: _____

NOTE:
    ALIAS WRIT

---

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _10-05-06_          BY: _GEORGE D PUGH_

( ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

SHERIFF _____            OFFICER

OPERATOR: JUG
PREPARED: 09/

F 9/32

# Russell County Sheriff's Department

 

### Ellis, William Lanier
### 49172



Intake Screen

Name: _William Ellis_____ DOB: _5-9-70_____ Date: _10-5-06_____

Approx. date of any prior record here: _____

**Apparent mental status of the patient (check one):**
☐ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? _YES_ | Do you have heavy sweating at night For no reason when it's not hot? | Do you have HIV infection or think you Might have it? |
| Do you have a fever that won't go away? _YES_ | Have you lost more than 10 pounds of weight during the last 6 months? | Any symptoms which might indicated sex-related disease? |
| Are you currelty takey any prescribed Medications? (Liste below) _YES_ | Have you ever had a heart attack or any other heart trouble? | Have you ever intentionally hurt yourself or tried to take your own life? |
| Have you ever had any kind of cancer? _N_ | Do you have high blood pressure? | Would you ever try to take your own life? |
| Do you have diabetes? _N_ | Do you have chest pain with exercise or other chest pain? | Do you feel like you would like to die? |
| Do you have seizures or blackouts? _YES_ | Have you had bleeding from your stomach, bowels, or kidneys? | Do you see people or things other can't see or hear voices others can't hear? |
| Have you ever had a stroke? _NO_ | Do you have shortness of breath or trouble breathing? | Females: Are you pregnant or could you be pregnant? |
| Do you have any eye problems? (List below) _YES_ | Do you have asthma? | On how many days of the past month have you consumed alcohol? |
| Do you have a cough that won't clear Up? | Do you hae kidney disease or failure or had kidney dialysis? | On how many days of the past month have you used drugs? |

Comments: _Refuse to Answer Questions (Hostile)_

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _____

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _____

Booking Officer: _____ Inmate _____ Medical Staff: _____

```
LYE.21:29 10/05/2006 8569474
QH.AL0570010.LYE.


***** WANTED PERSON FILE *****
MISDEMEANOR WARRANT
WILL ONLY EXTRADITE FROM ADJACENT COUNTIES OF  BARBOUR,BULLOCK,DALE,HENRY,PIKE,R
USSELL
MKE/WANTED PERSON
ORI/AL0060100
NAM/ELLIS,WILLIAM L  SEX/M  RAC/W
DOB/19710509
HGT/601  WGT/180  EYE/BRO  HAI/BRO
SOC/255319737
AIN/30145958  OCA/TR0102772
OOC/FAILURE TO APPEAR
WNO/020000080  DOW/20020208
MIS/DRIVING W/O OBTAINING DRIVERS LICENSE
DTE/20060624  DTM/20060914
VLN/ATKINS,SHERRY  VLD/20060914
ORI IS AL0060100 - EUFAULA POLICE DEPT
TEL/3346871200    ALT TEL/3346871201
FAX/3346871205
***** IMMED CONFIRM WITH ORI *****
***END OF RESPONSE***

SEQ # 0073 MRI # 8569474
```

C-24

## PRENTISS L. GRIFFITH DETENTION FACILITY
## PROPERTY RECEIPT

BOOKING # 061005009

INMATE NAME William Ellis

NAME # 49172

RECEIVING OFFICER C/o Tarver

DATE/TIME 10-5-06

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | 1 | Pant | B-4 |
| 1 | 1 | T-shirt | |
| 2 | 1 | Boxer | |
| | | All supplies | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## RELEASE INFORMATION

RELEASING OFFICER Ward

DATE/TIME 11/15/6

RECEIVED BY _____
Print Name

SIGNATURE X _____

COMMENTS _____

WHITE - Inmate File    CANARY - Attached To Property In Safe    PINK - Attached To Property    GOLD - To Inmate

PLG-006



*061005 009*

William Ellis

061005009

DATE: _10-6-06_

ATION: _8-24_

NGING PACKAGE: _Stephanie Ellis_          RECEIVING OFFICER: _Samuel_

_____    CASH ___    ( MONEY ORDER )    (Minimum of $10.00)

T-shirts      _2_        _25.00_

Underware     _2_

Socks         _3_                You can call collect
                                  once a week ~~on~~
Sweatshirt (max. 1) ____           @ due to cost!

Bras (no wires) ____          Got electronics & locked up
                                   trailer, taked
Pillow (Must be Fire Department approved) ____      to landlord

EIVED: _X William Ellis_              Love
                                       Stephanie

ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF
(NURSE).

WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

TRF356

ALABAMA JUDICIAL DATA CENTER

DISTRICT COURT OF    RUSSELL COUNTY

ALIAS WARRANT        TR 2001 003151.00
JID: MICHAEL J. BELLAMY

---

THE  STATE OF ALABAMA        VS ELLIS WILLIAM LANIER

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: ELLIS WILLIAM LANIER
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE  STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DRIVE W/SUSPENDED  ISSUED ON 10/04/2001.

WITNESS MY HAND THIS   OCTOBER 10, 2006.

BOND SET AT: *No Bond*  -

_Kathy Coulter/SS_
JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

5832 EAST HEIGHTS DR              HT: 600   WT: 140
                                  HAIR: BRO    EYE: BRO
COLUMBUS          , GA 31905 0000  BIRTH DATE: 05/09/1970
                                  RACE: W     SEX: M
SSN: 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        DL: GA NL

  EMPLOYER: _____      PHONE NO:  (000) 000-0000

  TICKET NUMBER: M 3058634        AGENCY/OFFICER: 0570000/RUSHIN

NOTE:

---

OFFICERS RETURN:
RECEIVED ON _____10·11·06_____

EXECUTED ON _____10·11·06_____        BY: _R C SO_____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_Tommy Boswell_              _Deputy Flynn_
SHERIFF                       OFFICER

---

OPERATOR:SHG
PREPARED:10/10/2006

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| DOMESTIC VIOLENCE | DUAL ARREST | | Fingerprinted | R84 Completed |
|---|---|---|---|---|
| | | | ☑ No ☐ Yes | ☑ No ☐ Yes |

## IDENTIFICATION

| 1 ORI # 057000 | 2 AGENCY NAME Russell County Sheriff Dept | 3 CASE # | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME | | | | | | | AKA / ALIAS AKA |
|---|---|---|---|---|---|---|---|

Ellis William Lanier

| 7 SEX ☑ M | 8 RACE ☑ W | 9 HGT. 602 | 10 WGT. 180 | 11 EYE BRO | 12 HAIR BLO | 13 SKIN | 14 ☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) Columbus, Muscogee GA | 16 SSN 2601-231-912 | 17 DATE OF BIRTH 8-5-97 | 18 AGE 36 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |

| 24 FBI # | | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
| | | NCIC CLASS | | |

| 26 ☐ RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 24-B County Rd Phenix City Al 36869 | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) N/A | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) N/A | 32 BUSINESS PHONE ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Russell County Jail | 34 SECTOR # A1 | 35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO ☐ STATE ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☑ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☑ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN N/A |

| 41 DATE OF ARREST 11-11-06 | 42 TIME OF ARREST 1600 ☐ AM ☑ MIL | 43 DAY OF ARREST S M T W T F S | 44 TYPE OF ARREST ☑ ON VIEW ☐ ON CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☑ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE – 1 ☐ FEL ☑ MISD FTA (Drive w/ Suspended) | 47 UCR CODE | 48 CHARGE – 2 ☐ FEL ☐ MISD | 49 UCR CODE |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE – 3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE – 4 ☐ FEL ☐ MISD | 59 UCR CODE |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☑ HELD ☐ TOT—LE ☑ BAIL ☐ OTHER ☐ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☑ NO | 80 STORAGE LOCATION/IMPOUND # |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☑ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |

| LOCAL USE | |
|---|---|
| STATE USE | |

| 102 SIGNATURE OF RECEIVING OFFICER Terrell TO-11-JG 1723 | 103 SIGNATURE OF RELEASING OFFICER William P Flynn | 108 SFX | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Flynn William P | 112 ID # 537 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 57 RUSSELL      OFFICE: 1    OCSOC01

CASE NUMBER: TR 2001 003151 00    TRANS DATE/TIME: 10122006 0000    JID: MJB
 STYLE/NAME: STATE OF ALABAMA   VS  ELLIS WILLIAM LANIER           PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
---------------------------------------------------------------------------
      10122006 1347 TEXT ****************PAY OR STAY********************* SHG
      10122006 1348 TEXT ORDERED THAT DEF HAS PLED GUILTY, $100 FINE, $136 SHG
      10122006 1348 TEXT    COURT COSTS, $100 LATE FEE AND $27 WRIT FEE FOR SHG
      10122006 1348 TEXT    A TOTAL OF $363.00 OR 25 DAYS                 SHG
      10122006 1348 TEXT ********************************************** SHG




---------------------------------------------------------------------------
*** PRINT JOB HAS BEEN SUBMITTED AND IS EXECUTING ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

061005009

10-5-06

0610005009

## IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

GIFFORD SANDY G )
)
Plaintiff )
)
v. )   Case No.: CS-1996-000010.01
)
)
ELLIS WILLIAM L )
)
Defendant )

### ORDER

IT IS ORDERED, ADJUDGED AND DECREED BY THIS COURT AS FOLLOWS:

THE HONORABLE SUSAN HUFFSTUTLER IS APPOINTED TO REPRESENT THE DEFENDANT.

THAT A CASH BOND IS SET AT $1,000.00.

THAT THIS CASE IS CONTINUED TO NOVEMBER 15, 2006 AT 10:00 A.M.

DONE this 18th day of October, 2006

/s ERIC B. FUNDERBURK
_____

DISTRICT JUDGE

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _10-25-06_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem        ☑ Other _Law Library_

Briefly Outline Your Request.  <u>Give to Jailer</u>

i need a 1982 form and the
address to 14TH Judicial Court
State of alabama and the Envelope
for the Formal Grievance should
be attached.
                    Thanks
                    Mr Ellis

<u>(Do Not Write Below This Line – For Reply Only)</u>
                                        10/25/06
Mr Elles) You are
Welcome to write the
Courts of Your information
and use our library to
Approved [W] Denied [t] You Collect Call a.
                    A. Guerec

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10-24-06_    Time Received _10:23PM_

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_ Date _10-28-06_

☐ Telephone Call    ☐ Time Sheet    06 1005 009

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I would like to know who the grievance officer is please thank you

Mr. Ellis

<u>(Do Not Write Below This Line</u> -- For Reply Only)

SSG. Bussey

SSG

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _10-29-06_ Time Received _1900_

016430

**RUSSELL COUNTY SHERIFF**

```
Date      : November 15, 2006 12:04
Amount    : $9.40
Payee     : WILLIAM ELLIS
Memo      :

Check #   : 16430
Type      : RELEASE
Checkbook : 1
Station   : 1
Operator  : lg
49172
```

NAME: _Ellis, William_

COURT DATE: _12-13-06_      TIME: _8:30_

CIRCUIT _____ DISTRICT _____ ✓ JUVENILE _____ CITY _____

RUSSELL COUNTY COURT HOUSE: ___ ✓ _____

PHENIX CITY MUNICIPAL COURT: _____

CHARGE(S): _Child Support_

SIGNATURE OF INMATE: _L W, S /~_

PLG-007

STATE OF ALABAMA, ex rel.,          )    IN THE DISTRICT COURT OF

*Sandy Gifford*                     )    RUSSELL COUNTY, ALABAMA
                      Plaintiff
                                    )    CASE NO.: CS 96-010.1

        v.                          )

*William Ellis*                     )
                      Defendant
                                    )    ORDER
                                 _____

        IT IS ORDERED, ADJUDGED AND DECREED BY THIS COURT AS
FOLLOWS:


XXX        **THE DEFENDANT DID NOT APPEAR AS ORDERED, A
           WRIT OF ARREST SHALL BE ISSUED FOR THE
           DEFENDANT.** Bond is hereby set at _1,000_ .

           IN THE EVENT THE DEFENDANT IS ARRESTED AND IS RELEASED
           ON BOND HE IS ORDERED TO APPEAR IN COURT ON THE NEXT
           WEDNESDAY COURT DATE SCHEDULED AT 8:30 A.M. WITH HIS
           MONTHLY CHILD SUPPORT PAYMENT.

           THE DEFENDANT IS HEREBY GRANTED WORK RELEASE UPON
           VERIFICATION OF EMPLOYEMENT.

           **IF THE DEFENDANT DOES NOT PAY THE ABOVE LISTED
           AMOUNT TO BE RELEASED FROM JAIL HE SHALL BE
           BROUGHT BEFORE THIS COURT ON THE FOLLOWING
           CHILD SUPPORT COURT DATE AT 10:00 A.M.**


        DONE this the 13TH day of DECEMBER, 2006.

                              _____
                              DISTRICT COURT JUDGE

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000474.00
                                        OTHER CASE NBR:                  .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   INV DENNIS GREENE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     WILLIAM LANIER ELLIS          DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT SEPTEMBER 28, 2006, WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY CHOKING JUDY DENICE CATCHINGS,
IN VIOLATION OF 13A-004-002                          OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

**ORIGINAL**

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF FEBRUARY, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: ATTEMPT - MURDER      13A-004-002          F  FELONY

WITNESS FOR THE STATE

INV DENNIS GREENE/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB     DATE: 02/20/2007

# BOOKING CHECKLIST

INMATE NAME: _William L Ellis_ DATE: _3-9-07_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:** Called PCPD in reference to this being their case. Ask for investigator Greene never got a response back

Booking Officer's Signature _Russell_

# PERSONAL INFORMATION

LAST NAME: _Ellis_

FIRST NAME: _William_

MIDDLE NAME: _____

HOME ADDRESS: _Russell Co. Jail_

CITY _____ STATE _____ ZIP CODE _____

PHONE NUMBER ( ) _706561 22_ CELL NUMBER ( ) _____

**CIRCLE ONE:   FEMALE OR MALE**

BIRTHDAY: _5 - 9 - 70_

# EMERGENCY CONTACT INFORMATION

LAST NAME: _Glenda_

FIRST NAME: _Ellis_

MIDDLE NAME: _____

HOME ADDRESS: _____

CITY _____ STATE _____ ZIP CODE _____

PHONE NUMBER ( ) _7065612???_ CELL NUMBER ( ) _____

RELATIONSHIP: _mom_

# Russell County Sheriff's Department

 

## Ellis, William Lanier
## 49172

**Ellis, William Lanier**
DOB: 05/09/70   Age: 36   Race: W   Sex: M
Hgt: 6'01   Wgt: 168

**49172**



Intake Screen

Approx. date of any prior record here: _____

Name: _____ DOB: _____ Date: _____

Apparent mental status of the patient (check one):

☐ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? | Do you have heavy sweating at night / For no reason when it's not hot? | Do you have HIV infection or think you Might have it? |
| Do you have a fever that won't go away? | Have you lost more than 10 pounds of weight during the last 6 months? | Any symptoms which might indicated sex-related disease? |
| Are you currelty takey any prescribed Medications? (Liste below) | Have you ever had a heart attack or any other heart trouble? | Have you ever intentionally hurt yourself or tried to take your own life? |
| Have you ever had any kind of cancer? | Do you have high blood pressure? | Would you ever try to take your own life? |
| Do you have diabetes? | Do you have chest pain with exercise or other chest pain? | Do you feel like you would like to die? |
| Do you have seizures or blackouts? | Have you had bleeding from your stomach, bowels, or kidneys? | Do you see people or things other can't see or hear voices others can't hear? |
| Have you ever had a stroke? | Do you have shortness of breath or trouble breathing? | Females: Are you pregnant or could you be pregnant? |
| Do you have any eye problems? (List below) | Do you have asthma? | On how many days of the past month have you consumed alcohol? |
| Do you have a cough that won't clear Up? | Do you hae kidney disease or failure or had kidney dialysis? | On how many days of the past month have you used drugs? |

Comments: _____

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

_____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _____

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _____

Booking Officer: _____ Inmate: _____ Medical Staff: _____

PLG-041

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted ☐ No ☒ Yes

R84 Completed ☐ No ☒ Yes

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | 3 Case # | 4 SFX |
|---|---|---|---|
| AL 0 5 0 0 0 0 0 | Russell County Sheriffs Dept. | | |

5 Last, First, Middle Name: Ellis, William Lanier

6 Alias AKA

| 7 Sex ☒ M ☐ F | 8 Race ☐ W ☒ B | 9 Ethnicity ☐ Hispanic ☒ Other | 10 Hgt 6-1 | 11 Wgt 170 | 12 Eye Bro | 13 Hair Blk | 14 Skin | 15 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations |
|---|---|---|---|---|---|---|---|---|

16 Place of Birth (City, County, State): Columbus, GA

17 SSN: 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

18 Date of Birth: 95 09 70

19 Age: 36

20 Miscellaneous ID #

| 21 SID # | 22 Fingerprint Class | Key | Major | Primary | SCDV | Sub-Secondary | Final | 23 DL# | 24 St |
|---|---|---|---|---|---|---|---|---|---|
| 25 FBI # | Henry Class / NCIC Class | | | | | 26 Identification Comments | | | |

27 ☐ Resident ☒ Non-Resident

28 Home Address (Street, City, State, Zip): 5832 East Hgts Drive Columbus GA

29 Residence Phone

30 Occupation (Be Specific)

31 Employer (Name of Company/School)

32 Business Address (Street, City, State, Zip)

33 Business Phone ( )

## ARREST

34 Location of Arrest (Street, City, State, Zip): Russell County Jail

35 Sector #

36 Arrested for Your Jurisdiction? ☒ Yes ☐ No ☐ In State ☐ Out of State Agency

| 37 Condition of Arrestee: ☐ Drunk ☐ Drinking ☐ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ☒ No | 39 Injuries? ☒ None ☐ Officer ☐ Arrestee | 40 Armed? ☐ Y ☒ N | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|

| 42 Date of Arrest 03 09 07 | 43 Time of Arrest 2030 ☒ AM ☐ PM ☐ MIL | 44 Day of Arrest S M T W T F☒ S | 45 Type of Arrest ☒ On View ☐ Warrant ☐ Call | 46 Arrested Before? ☐ Yes ☐ No ☒ Unknown |
|---|---|---|---|---|

| 47 Charge - 1 ☒ Fel ☐ Misd | 48 UCR Code | 49 Charge - 2 ☒ Fel ☐ Misd | 50 UCR Code |
|---|---|---|---|
| Attempted Murder | | Writ Of Arrest | |

| 51 State Code/Local Ordinance 13A-4-2 | 52 Warrant # 2007000494 | 53 Date Issued 02 12 07 | 54 State Code/Local Ordinance 1996 000010 | 55 Warrant # | 56 Date Issued 12 19 06 |
|---|---|---|---|---|---|

| 57 Charge - 3 ☐ Fel ☐ Misd | 58 UCR Code | 59 Charge - 4 ☐ Fel ☐ Misd | 60 UCR Code |
|---|---|---|---|

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued M D Y | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued M D Y |
|---|---|---|---|---|---|

| 67 Arrest Disposition ☐ Held ☐ Bail ☐ Released ☐ Tot - LE ☐ Other | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO | Top / Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|

| 79 VIN | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # |
|---|---|---|

82 Other Evidence Seized/Property Seized

## JUVENILE

☐ Continued in Narrative

| 83 Juvenile Disposition: ☐ Handled and Released ☐ Ref. to Juvenile Court ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency ☐ Ref. to Adult Court | 84 Released To |
|---|---|

| 85 Parent or Guardian (Last, First, Middle Name) | 86 Address (Street, City, State, Zip) | 87 Phone ( ) |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | 91 Phone ( ) |
|---|---|---|---|

## RELEASE

| 92 Date and Time of Release M D Y : ☐ AM ☐ PM | 93 Releasing Officer Name | 94 Agency/Division | 95 ID # |
|---|---|---|---|

| 96 Released To | 97 Agency/Division | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐ Yes ☐ No ☐ Partial | 100 Property Not Released/Held At: | 101 Property # |
|---|---|---|

102 Remarks (Note Any Injuries at Time of Release)

Local Use

State Use

| 103 Signature of Receiving Officer  Russell  3/9/07 2226 | 104 Signature of Releasing Officer |
|---|---|

## MULTIPLE CASES CLOSED

| 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 MULTIPLE CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) James Williamson | 113 ID # 5711 | 114 Arresting Officer (Last, First, M.) | 115 ID # | 116 Supervisor ID # | 117 Watch Cmdr. ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 11-06

```
                        W A R R A N T
```

STATE OF ALABAMA            RUSSELL COUNTY            DISTRICT COURT

AGENCY NUMBER:
                                WARRANT NUMBER: WR 2007 000474.00
                                OTHER CASE NBR:                .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    WILLIAM LANIER ELLIS   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
            ATTEMPT - MURDER  CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 20 DAY OF FEBRUARY, 2007.

BOND SET AT: (1)      $25,000.00  BOND TYPE:
             (2)      _____
             (3)      _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ATTEMPT - MURDER      13A-004-002            F  FELONY

---

NAME: WILLIAM LANIER ELLIS              ALIAS:
ADDRESS: 24-B GAUNT ROAD                ALIAS:
ADDRESS:
CITY: PHENIX CITY          STATE: AL     ZIP: 36867 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 05/09/1970     RACE: W     SEX: M     HAIR: BRO
EYE: BRO  HEIGHT: 6'01"    WEIGHT: 140
SID: 000000000  SSN: 260239248  DL NUM:

---

                        E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

     ( ✓ )   PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

     (   )   RELEASING DEFENDANT ON APPEARANCE BOND


     _____

THIS ___9_____ DAY OF __March_____ _2007_____

                           SHERIFF _____

                                BY _____

---

COMPLAINANT:  INV DENNIS GREENE
              P.C.P.D.

              PHENIX CITY  AL  36867

OPERATOR: DEB        DATE: 02/20/2007

RUSSELL COUNTY

WRIT OF ARREST

CS 1996 000010.01
ERIC B. FUNDERBURK

IN THE DISTRICT COURT OF RUSSELL COUNTY

SANDY G GIFFORD   VS   WILLIAM L ELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: ELLIS WILLIAM L
AND BRING HIM/HER BEFORE THIS COURT.

WITNESS MY HAND THIS  12/19/2006.

*Kathy Coulter*

~~JUDGE/CLERK/MAGISTRATE~~

DEFENDANT'S ADDRESS:

24-B GAUNT ROAD

PHENIX CITY    ,AL  36869-0000

SSN #: ████████ 8
DOB: ████████
RACE: W
SEX: M

EMPLOYER: _____    PHONE NO: _____

NOTE:

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON  *3-9-07* _____   BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

SHERIFF _____    OFFICER _____

OPERATOR: JUJ
PREPARED: 12/19/2006

A--23

## PRENTISS L. GRIFFITH DETENTION FACILITY

## PROPERTY RECEIPT

BOOKING # _070309009_

INMATE NAME _william Ellis_       NAME # _49172_

RECEIVING OFFICER _C/o Hunter_       DATE/TIME _3/9/07_

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | | Blue Shirt | A-10 |
| 2 | | Camo Pants | ↑ |
| 3 | | Grey underwear | |
| 4 | | gym shoes (Gray + Yellow) | ↓ |
| 5 | | ~~(10 pears)~~ Magazine Envelope | A-10 |
| | | End of list ~~W.Ellis~~ | |
| | | | |
| | | | |
| | | I acknowledge having received | |
| | | a copy of the Russell County Jail | |
| | | Inmate Handbook | |
| | | | |
| | | Name _william Ellis_ | |
| | | Date _3/18/07_ | |
| | | | |
| | | | |

## RELEASE INFORMATION

RELEASING OFFICER _____       DATE/TIME _____

RECEIVED BY _____ SIGNATURE _____
                Print Name

COMMENTS _____

_____

STATE OF ALABAMA                              )          IN THE DISTRICT COURT OF

VS.                                          )          RUSSELL COUNTY, ALABAMA

William Ellis                                )
_____                      )          CASE NUMBER   DC-_____
DEFENDANT                                    )
                                                        Att Murder #2 000

## ORDER

X   (1.)   DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

X   (2.)   ENTERED PLEA OF NOT GUILTY

X   (3.)   REQUESTED PRELIMINARY HEARING

____   4.   RETAINED THE HONORABLE _____AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

____   1.   THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

____   2.   AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE
            GRAND JURY

____   3.   BOND IS SET AT _____ william Ellis in contact with victim

____   4.   THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING
            WAIVER OF EXTRADITION
                                                         642-4801

____   (5.)  THAT THE HONORABLE  F Patterson  IS APPOINTED
            COUNSEL TO REPRESENT THE DEFENDANT

X   (6.)   THAT THIS CASE IS CONTINUED TO THE 25 DAY OF  April
            20 07 AT  1:30 Pm

____   7.   _____

            _____

            _____


DONE, This the  12  day of _____ March _____, 2007.

                                        _____
0703 09009                              JUDGE

William Ellis

010309009

DATE 3/23/07

INMATE LOCATION: _____

PERSON BRINGING PACKAGE: _Female Family_   RECEIVING OFFICER: _Deena_

_Member._

MONEY: _____   CASH _____   MONEY ORDER _____ (Minimum of $10.00)

1.)  White T-shirts      3

2.)  White Underware     3

3.)  White Socks         3

4.)  White Sweatshirt (max. 1)  _____

5.)  White Bras (no wires)  _____

long johns   1 set

INMATE RECEIVED: _____

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF
ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

*0 70 30 90 09*

IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

GIFFORD SANDY G                    )
                    Plaintiff     )
                                   )
         v.                        )          Case No.:  CS-1996-000010.01
                                   )
ELLIS WILLIAM L                    )
                    Defendant      )

## **ORDER**

IT IS HEREBY ORDERED BY THE COURT AS FOLLOWS:

HON. SUSAN HUFFSTUTLER APPOINTED FOR DEFENDANT.

CASH BOND WILL REMAIN $1000.00.


CASE CONTINUED TO APRIL 11, 2007 AT 10:00 A.M.

DONE this 21st day of March, 2007

                                   /s ERIC B. FUNDERBURK
                                   _____

                                   DISTRICT JUDGE

William L. Ellis

DATE: 7-10-07

INMATE LOCATION: A-23

PERSON BRINGING PACKAGE: S. Ellis                    RECEIVING OFFICER: Sgt. P. Moon 15

MONEY: _____    CASH _____    MONEY ORDER _____    (Minimum of $10.00)

1.) White T-shirts        _____

2.) White Underware       _____

3.) White Socks           _____

4.) White Sweatshirt (max. 1)  _____

5.) White Bras (no wires)  _____

6. Reading Glasses  1  pair

INMATE RECEIVED: _____

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF

ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

N0304009

IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

GIFFORD SANDY G )
           Plaintiff )
            )
          v. )       **Case No.:**  CS-1996-000010.01
            )
ELLIS WILLIAM L )
           Defendant )

## ORDER

HON. SUSAN HUFFSTUTLER PRESENT IN COURT.

IT IS HEREBY ORDERED:

THAT THE DEFENDANT IS RELEASED.

CASE CONTINUED TO AUGUST 8, 2007 AT 10:00 A.M.

DONE this 11th day of April, 2007

/s ERIC B. FUNDERBURK
_____

DISTRICT JUDGE

*0 70 30 90 0 9*

STATE OF ALABAMA                    )        IN THE DISTRICT COURT OF

VS.                                )        RUSSELL COUNTY, ALABAMA

*Wm. Lawie Ellis*                  )
_____            )
DEFENDANT                          )        CASE NUMBER   DC- *07-772*

## ORDER

_____  1.  DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

_____  2.  ENTERED PLEA OF NOT GUILTY

_____  3.  REQUESTED PRELIMINARY HEARING

_____  4.  RETAINED THE HONORABLE _____ AS COUNSEL

It is hereby ORDERED, ADJUDGED AND DECREED:

_X_  (1.)  THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____  2.  AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE
             GRAND JURY

_X_  (3.)  BOND IS SET AT *2,000*

_____  4.  THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING
             WAIVER OF EXTRADITION

_/_  5.  THAT THE HONORABLE *Frank Pierson* IS APPOINTED
         COUNSEL TO REPRESENT THE DEFENDANT

_____  6.  THAT THIS CASE IS CONTINUED TO THE _____ DAY OF _____
             20_____ AT _____

_____  7.  _____
             _____
             _____

DONE, This the *23* day of *April* , *2007* .

*Nudray f Bilog*
_____
JUDGE

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _5-25-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need to use the Law Library to do some research_

<u>(Do Not Write Below This Line</u> – For Reply Only)

_You need to request on Thursday._

_J.F. Bullard_

_5/30/07_

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _29 May 07_ Time Received _1900_



I ONLY told JEFF this guy could do it!!

Linda 6-17-07

im glad you liked the drawing its always nice to Know, that the work wasnt a waste.

Im sending a portrait of your granddaughter and your neice. These are the hardest to do because i only do them in pen and 1 mistake and you have to start all over. The satisfaction is Knowing it came from the heart and you cant get them anywhere else.

DID NOT SEND HIM photo!

Only problem was you cheated and didnt send a picture of you large enough for me to see. The one you did send you look great in. I just need to be able to see it a little closer.

Building computers has ruined my eyes .... did i forget that part? yes my apology .... um... lets see.... from the start will. Thats what everyone calls me im 37 and happy fathers day to me! ... smile please... thank you

Im here cause i didnt call 911 to my house now... youll love this.. Attempted murder. Jeff isnt the only one they are trying to railroad. Anyway Jeff is blessed to have a sister that looks out for him. And we all Know how stubborn he can be :) dont tell him, he agrees to it.

Moving right along im also enclosing a picture of me. Its always nice to put a name with a face.

So atleast you Know who your speaking with. I live right over where your shop is. Down by the Car wash on warm springs ... did i forget anything? ... not for the most part and yes im always Cutting up.

I love to see people smile, so i hope to atleast get a letter from you after all this work! im joking ☺ Smile

I'll Close for now, Keep your eyes bright and your spirit full you never Know who's life you might touch.

Be Forever Sweet!

Will

P.S. Sorry the portraits are not my best, but my Pen is Bleeding but i think they'll Do

Be good!

Will

Natalie

Whitney



To: Linda
A little something
for you and the kids
Be Sweet
Will

6-18-07



## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first)<br>William L Ellis Sr. | CO's Name & ID Number<br>C/o Ingersoll  32 | |
| Housing Assignment | Shift Assignment | |

### PART "A" INMATE REQUEST

On 3-9-07 i was ad mitted to the institution, when i came from Muscogee County Jail, upon arriving the medical staff were well aware of my injuries to my back. Coming from another facility i was on something for pain and something for

Grievant (Inmate) Signature _____

### PART "B" - RESPONSE

6/26/07 Recieved Grievance Form;
Refered to Nurse Pelfrey for Dr. Norris's
review. Lt. Holland+

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

| Return To | | Date | Time |
|---|---|---|---|
| Submitting Inmate | | Receiving Shift Supervisor | |

### PART "D" - RETURN RECEIPT

| Returned To | | Date | Time |
|---|---|---|---|
| Witness | | Submitting Inmate | |

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

| Appeal Received By | | Date | Time |
|---|---|---|---|
| Submitted By | | Copy Received By | |

for my Seizures, also something for my
anxiety. The Seizure i have had for 20 years
also the Chronic anxiety. Which all of this
is documented in my medical records.

Mrs Riley and Dr. Wars automatically
Cut my Seizure medication from 3 times a
a day down to two along with the dose

Since i arrived i have Complained
Constantly about my back, which i have
suffered 3 injuries and there are medical
records to back this up.

Finally on June 11th i seen the
Dr. and he put me on something for mild
pain, i suffer from Chronic pain. On Monday the
18th i submitted a request to see the Dr. for
the following week along with one on the 20, 24th
still i havent seen the Dr.

She is being bias against me
because i have to take medication but at this
point i have 2 options treat the pain or fix the problem

Im getting worse every day. spinal
Cord and nerve injury Can not be fixed Dr. Wars
Knows this. The biggest factor is there are records
to back this up

July 2, 2007

Sheriff Tommy Boswell
Russell Co. Sheriff's Department
P. O. Box 640
Phenix City, AL 36868-0640

Dear Sheriff Boswell:

My brother is an inmate at the Russell Co. Jail. He has explained to me how I came to receive the enclosed 2 letters. Copies included. I have the original copies.

I did not respond and do not plan to. However, I expect you or the Jail Personnel to stop these letters. I do not appreciate the fact that someone I do not know is writing me such personal remarks. Nor, do I appreciate the gruesome looking drawings.

I want this stopped immediately. I do understand that Mr. Ellis is no longer in the same location as my brother; but he still has my address.

Please call me immediately upon receipt of this letter and let me know that action is being taken to keep Mr. Ellis from sending any more correspondence to me.

Thank you in advance,

Linda [signature]

Linda Jarecki
706-569-9938 – day phone

cc: Meacham, Early & Fowler, Attorneys
Lt. Holland, Russell Co. Jail

7/20/07 William Ellis spoke with this inmate and advise him not to write Mrs. Jarecki and he advise me he has not. [signature]

– Called left a Message a listed number. 7/11/07 - spoke w Linda about other info I need to follow thing with her request. 7/19/07 - As of this notice I have not received any information that I requested to follow thing with this message.

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By |
|---|---|
| Inmate's Name (last name first) *William Ellis* | CO's Name & ID Number *C/o Hunter 7-19-07 2055* |
| Housing Assignment *F max* | Shift Assignment |

## PART "A" INMATE REQUEST

*Lt. Holland*

Grievant (Inmate) Signature

## PART "B" - RESPONSE

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

| Return To | Date | Time |
|---|---|---|
| Submitting Inmate | Receiving Shift Supervisor | |

## PART "D" - RETURN RECEIPT

| Returned To | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |

Lt. Holland.

Now i understand why i havent gotten any mail, From what i understand Jeff Hall is telling you i stole his sisters address.

Let me assure you Lt. Holland, i didnt steal anything he told me the address to her business and if you got copys of them you know there was nothing to it. She even wrote him and told him to tell me thank you.

I did a portrait of her grandkids. When i realized i had the 1 of her neice i gave it to Worst to return to him, And he did.

She asked me not to write her any more and i havent, Me and Jeff were suppose to be friends but i learned my lesson on that. You can check the mail log the only mail is to my family.

But all of this is coming behind David and Tiffani. I draw portraits and pictures and i thought i was doing him a favor after all the conflict they had. But let me assure you its been over 6 weeks i guess since i wrote her with the portrait of her grandkid

over. →

officer Memo is on leave, what im telling you no one, i mean no one! knows and could be a death sentence to me. His father i Det. Memo of Metro Narcotics in Columbus.

I became a Confidential informant in 1993. although i havent been active for some years the fact that i am is a risk im willing to take. you and you alone knows this

Memo and Wiggins are pretty tight if 2 and 2 is put togeter he will tell every one.

I have no hard feelings toward him i just dont need any more problems.

Im already Epileptic one lick to the Head could Kill me plain and simple not including my back which you already know about. My mom Can fill you in or my wife

Mom { Glenda Ellis 706 561-2777   Disabled in washington State
Julie Ellis  360 - 561 - 6516

Once you receive this letter and he gets word of it i need to know that it Can be taken Care of. Im sending a Copy to my family. Please all this is Very Confidential

Thank you
William Ellis

P.s. Please Check on my
Mail

Lt. Holland.

there is a Very Serious situation that staff needs to be aware of. I have no other recourse but to bring it to your attention.

Myself and inmate David Wiggins have had words in the past while i was in A dorm (A max) nothing major but enough to keep us from speaking.

I never met him until i Came back here to Russell County. Through general Conversation i find out i know of him but never met him face to face.

In that Conversation, i find out that my x Tifani Schafer tryo to Pursuade him to Kill me before i get out of prison. that really didnt bother me until i found out that she is Coming to Visit him.

Now all of a sudden the hate in him has escalated to a Very dangerous point. Last week he gets me over to the window and tells me he is going to Cut my throat if he gets his hands on me.

Someone facing Capital murder or death penalty doesnt have any thing to loose but i do im trying to get the mess in in stractend out

Tifani Schafer - Niece

not get in anymore trouble. I havent been in
any Confrentations or fights at all.
In 2005 Mrs. Schaffer tried
to get me Charged with aggrevated stalking the
Judge dismissed it but the restraing order is in
tact.

She knows very. very! Critical
information about me. We were toghter for 7 years
and have a son. We do not speak or talk but
her giving him information about me is to much.
I'm not a violent person and do
not wish for this to escalate but i was around him
long enough to know he will not let it rest.
My Mother Called down here last night
she hasnt got my mail and i havent got any mail.
I have told her about some of this
but not all of it she knows something is wrong
and my wife also knows all of this in the event
something were to happen.
I have seen with my own eyes the
things he Could pull off and please know if
i have to defend my self i will.
This is way out of my League im
not a Smith inmates will be inmates and as
long as it doesnt affect me i dont Care.

# Exhibit A – Part 2
# Inmate File of William Lanier Ellis, Sr.

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _7-19-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I need to know why my family
is not receiving my mail and also
im not receiving any mail. the
last mail i got was 21 days
ago please check into this soon
as possible.

W. Ellis

<u>(Do Not Write Below This Line</u> – For Reply Only)

We don't have any mail on
hold for you. Please check with
your family and check what
address they are using.

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _7-19-07_    Time Received _2054_

Jailer _H. nler_

C/O Hunter
8-12-07
2050

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy.*

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number F. Brown C/042 |
| Housing Assignment C max | Shift Assignment C-DAY |

## PART "A" INMATE REQUEST

Thursday June 28TH I had a follow up with Dr. Wars about my back At this follow up all of my medical is discussed. Dr. Wars and myself speak about the Depression and anxiety in Dealing with.

Grievant (Inmate) Signature *William L Ellis Jr*

## PART "B" - RESPONSE

9/14/07 - I Checked With Nurse Pulfrey and also forWard this grievance Form to Her to allow Dr. Warr to Read and over view for follow - F. Hailena -

Copy forward 9/14/07 - To Nurse Riley-Pulfery & Dr. Warr

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To ............ Date ............ Time ............

Submitting Inmate ............ Receiving Shift Supervisor ............

## PART "D" - RETURN RECEIPT

Returned To ............ Date ............ Time ............

Witness ............ Submitting Inmate ............

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By ............ Date ............ Time ............

Submitted By: ............ Copy Received By ............

Part B
Grievance.

But nothing is done. I have submitted 4 medical request to Mrs Pelfrey. Along with 2 Verbal request about this.

Everything through medical is a Constant struggle to get anything done. Dr Warr approved me to have some muscle rub for my back and legs. This was approved on 6-28-07 and i have got 3 trial size packs for my Back.

These walls are Closing in on me i have been here since March 9th. I still dont Know anything. No indictment, no paperwork. Last monday my mom had Congestive heart failure. Im asking and have been for help. Im having Crying spells Cold sweats. Ive suffered from Chronic Anxiety for years. Then when somebody goes off, staff ask "why". Lee County had me in mental health Muscogee County. I served in a mental health prison.

Im trying all i Can to Keep the bad side of me down. It harder everyday. Nurse stewart in Lee County spent enough time with me to learn the other side. She went to Dr. McFarland and i was put in mental health

Mrs Palfrey if you havent learned anything about me, I think you know is everything in my medical i have told you is true.

I need some help, there is a lot about me and my past that you dent know.

Everyone has their own Demons to fight. Mine start at the age of 4. And throughs out my adult life has Continued on.

I Cant escape my past its always there. Always in my memory. The beatings being molested, my father Dying in my arms.

As time goes on it gets worse its a movie that never ends. I know in my back and my Case, I have to much on me.

Mr Ellis

C/O Hunter
10-4-07
1021

Medical    003
Goodwill    004

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy.*

| Submitted By: | | Received By: | | |
|---|---|---|---|---|
| Inmate's Name (last name first) *William Ellis* | | CO's Name & ID Number *GOWURST    24* | *1900* | *OCT 4* |
| Housing Assignment *G Max* | | Shift Assignment | | |

### PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry With Mrs Riley why was i still recide ing a medication that was Discontinued. she says it wasnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was aware

Grievant (Inmate) Signature

### PART "B" - RESPONSE

10/9/07- Referred to Medical Dr. Work, and Nurse Riley - Lt. Ballard.

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

attachment



That i had my first Seizure. I was asked if i told any one. Seems every one but her knows about it. Sgt San nicolas, officer freem, officer Goodman.

She knows she just don't wont to hear it. now im refused treat ment until i see mental health.

I submitted 10 pages of information times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week a go.

The same information was submitted to Mr. Boswell.

So i assume that the reguard for his patients is litte. His intrest seem to be that of pleasing Mrs. Riley

Reguardless of this being a Detintion facility, im still a patient as well as an inmate.

Do you just pick up a phone and Call the Doctor and tell him what you want him to hear, Someone has Cut 2 medications that were giving my Seizures bad problems.

then i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a Nuerologist and When it comes to my Seizures has not Way to

Say what is or is not going on in my mind.

I have been Under 2 well respected Neurologist and i know the Procedure and follow up that is to occur when i have one.

Under Rule 11, <u>FEDERAL RULES OF CIVIL Procedure</u> this along with prior grievance's will be attached, as part of the record.

These Complaints are well grounded on medical History and record. Not that of opion or theroy But plain, facts.

Grievance attachment. Record 003. Part 1, A to 1983. attachment.

Mr. E/llis

# INMATE REQUEST SLIP

C 12

LOCATION

Name _William Ellis_    Date _10/9/07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem        ☑ Other

Briefly Outline Your Request.  Give to Jailer

_Mrs Gary I need an attachment
ledger or print out of the financia
activity in legal form. To attach
to a 1983 form Indigent sheet
your time is appreciated to this matter
i need it soon as you can get it
thank you_
                    _Mr Ellis_

(Do Not Write Below This Line – For Reply Only)

_You would need to write
to the Court System to get
What you need._

_10/10/07 - Gave Mr. Ellis form he
needed_

Approved _____ Denied _Jailer_ ____ Collect Call
                            _10/10/07_

All request Will Be Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10-10-07_    Time Received _0700_

Jailer _C. M. Pibell_

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_ Date _9-9-07_

☐ Telephone Call   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_Sgt Bussey could you please give me the address to the us. middle court for a 1983 form we spoke briefly about it._

<u>(Do Not Write Below This Line</u> – For Reply Only)

_CLERK OF COURT_

_U.S. DISTRICT COURT_
_PO BOX 711_
_MONTGOMERY, AL 36101_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _9-9-07_   Time Received _1940_

10-4-07
1021

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number GOWURST 24 | 1900 OCT 4 |
| Housing Assignment G max | Shift Assignment | |

## PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry With Mrs Riley why was i still reciding a medication that was Discontinued. She says it wasn't. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was aware

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

10-9/07- Referred to Medical Dr. Warr and Nurse Riley - Lt. Mallard.

10/15/07- Referred to Medical Dr. Warr and Nurse Riley - Pilgud - Lt. Mallard Leonard -

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

005

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Receiving By _____ Date _____ Time _____

Submitted By William Ellis   Copy Received By _____

See Attachment   PLG-001

Attachment Part B

That i had my first seizure. I was asked if i told anyone. Seems everyone but her knows about it. Sgt San Nicolas, officer freem, officer Goodman.

She knows she just dont wont to hear it. Now im refused treatment until i see mental health.

I submitted 10 pages of informa- times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week ago.

The same information was submitted to Mr. Boswell.

So i assume that the reguard for his patients is little. His intrest seem to be that of Pleasing Mrs. Riley.

Reguardless of this being a Detention facility, im still a patient as well as an inmate.

Do you just pick up a phone and Call the Doctor and tell him what you wont him to hear. Someone has Cut 2 medications that were giving my Siezures bad Problems.

Then i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a neurologist and when it comes to my seizures has no way to

Say what is or is not going on in my mind.

I have been under 2 Well respected Neurologist and i Know the Procedure and follow up that is to occour when i have one.

Under Rule 11, <u>FEDERAL RULES OF Ci</u> <u>Procedure</u> this along with prior grievance's will be attached, as part of the record.

These Complaints are well grounded on medical History and record. Not that of opion or theroy But plain, facts.

Grievance attachment. Record 003. Part 1, A to 1983. attachment.

Mr. Ellis

Appeal Notification. Went to medical 1:00 P.m to follow up with Dr. warr. So he can tell me that he made the inquiry with mental health and i Cant be seen until february and until then Im just to be in jail. Until i go to mental health Im not going to be treated. Because he dont wont to make a mistake?

Well there has been so many mistakes they hardly Cant be Counted I dont Know what

the Connection is with Gina Riley and Dr. Warr. One thing I know she Controls Medical. And him.

As far as mistakes, You have a R.N. writing Down Doctors orders going over Charts. Making Diagnosis Forging medical ledgers for Prescription Drugs.

If she will go in and put my Initial on the medical log for medication. Do you honestly think she won't make her own decision on treatment. Dr warr Puts his signature on what she writes.

What Dr. Warr is doing is a Pure Violation of his practice and he knows it As part of the record im writing this appeal for refusal of treatment and not recieving treatment on this 11th day of October my vitals were taken.

As part of this Grievance procedure and report a formal Complaint will be made with the U.S. Department of Health and Human Services. In Atlanta Ga.

A Formal Grievance Will be filed as of 10/10/07. Against Gina Riley, Dr. Warr.

Punishment? that is when you go to medical and Deal with these two. Jail is light punisment Compared to medical.

Dr. Warr doesn't wont to give me any medication because he will have to go by my previous medical records and what worked so well for me.

So i can only assume all the other doctors i seen were wrong. and the medication that he doesnt agree with but reguardless they work well for me. Because they are Narcotic, Narcotics are a practical Part of medicene. An Everyday part of life.

This is jail i agree the Criminals are in uniform. Shake a dollar the right way and they show thier true side among other things. I have no Complaint to each his own but this is about my health and well being.

Someone needs to ask Dr. Warr to see the 10 pages of information i submitted to him. If i have to start sending my grievances to Mr Boswell i will but this has gone far enough.

I also need my medical records i came in with my own and they are not in my property. I have 3 property slips for those records and i need them to get Copies They are also my hard Copy files.

In short this is a out of Control situation

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used.

| Submitted By | Received By |
|---|---|
| Inmate's Name (last name first) *Ellis William* | CO's Name & ID Number *Timothy Miller #41* |
| Housing Assignment *G maj* | Shift Assignment *B* |

### PART "A" INMATE REQUEST

After the brief talk with Dr. Ware on Thursday the 11th. It is clear that seeking any Resolve with my medical issues. Nothing can be done until i go to mental health. Out of fear that "He" Dr. Ware Will make a mistake in my treatment. Its a fact that he knows im in severe pain day and night. Its a fact that im Clearly Depressed.

Grievant (Inmate) Signature *William L. Ellis Jr.*

### PART "B" - RESPONSE

10/15/07 - Refered to Medical Dr. Ware and Nurse Riley/Pelfrid. H. Mullend Leonard —

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

Attachment(E1)

It is also a fact that im suffering from Chronic Anxiety With panic attacks. It is also a fact that I provided him with o pages of Very detailed information.

My Course of treatment is in my medical records. that is better than 5 years of the same treatment.

I have been to medical numerous times for the same problems I have submitted numerous Complaints written and Verbal to medical.

The went of neglect is evident. I Want my point of View understood and on record. "Im in jail, fine. I will have my day in Court. Then i am already being punished. I Can live with that." It is not for Dr. Warr to decide what my punishment is or how it is Administored.

(This primary and only role is that of my health and Well being. The medical unit here has made[illegible] suffer more than any jail or prison i've ever served in. So i Can only assume that in his Clouded Political/medical opinon that its only right that i suffer. The part he is forgetting is when my Visit with him is over i go back to my Cell and I'm still in jail.

Lt. Holland this is going to Cross your desk first. My issues are not with this facility. We get fed well and i have had no issues with any officers here. I have not asked for special privileges. Medical is not a privilege its a right. I may be half Crazy from all the things i have had to endure. I assure you im far from stupid. As early as 19 years old i was thrown in to the lions den of Doctors. It took me a lot of learning then i became institutionalized. Every Doctor is different but reguardless

of his difference he still has a Code and guideline to abide by. Are you aware of the oath he had to swear into as a Doctor? Most people arent but i am.

He is fully aware that if i recieve another MRI and it shows more damage to my back while under is Care then he is responsible and accountable for that damage.

Dr Warr is leaving me no Choice but to fight back. I would much rather recieve proper Medical Care. The medical records are there but he does not acknowledge the because i had to take medication he does not agree With. Agree or not it works for me and it works Well.

Look at my Jacket you never hear a peep out of me until it Comes to medical. Even Dr Smith in Muscogee County Jail told me i was in trouble, it was a lost Cause over here with medical. He has been treating me since i was 19.

With that Said i wont Dr. warr to sign off on this grievance. That he will not treat me until February when and if i go to mental health. He will not go by my past records. He wont medicate me out of fear of making a mistake. I will also submit a request with this grievance.

Making this part of the record, if i do not recieve that request back in 7 days. I will attach a duplicate to another 1983 form and attach as a refusal to Comply.

M. Ellis

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used     10/2/0?

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William E. Ellis | CO's Name & ID Number | |
| Housing Assignment G mag | Shift Assignment | |

PART "A" INMATE REQUEST

This grievance is to follow with the 2 Recently submitted, 10/9 an 10/15 both refered back to medical and both went un answered by medical. If this grievance procedure is now a useless appendage please so advise. So i can advise the Court. (Civil Case # 3:07-CV-920-MHT).

Grievant (Inmate) Signature  William E. Elli

PART "B" - RESPONSE

10-22-07 - Please read in your inmate hand-book, that a grievance form should be submitted when you are subjected to certain conductions. It appears that you do not even try to get an answer through inmate request slip.

* Copy referred to Nurse Peaton 10/22/07

H. Hullyd  10/22/07

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION    *Case # 3:07-CV-920*
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) *William Lanier Ellis Sr.* | CO's Name & ID Number *Brown C 38* | |
| Housing Assignment | Shift Assignment *D-Day* | |

### PART "A" INMATE REQUEST

*Lt Holland*

*Im glad you were in medical, now you see what im dealing with. I have exausted all efforts to go along with Dr Warr. Im suffering and there is no end to it, its day and night, night and day it never ends. Im trying to meet Dr Warr but*

Grievant (Inmate) Signature *William Ellis*

### PART "B" - RESPONSE

*10-22-07 - Thanks for all the info, I will forward a copy of this letter to medical to add to their records.*

*Lt. Holland*
*10/20/07*

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer  I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

Attachment 1 (a) 3:07CV-920

I refuse to back down. You heard him say he knows im in pain and it'll get worse. It already has got worse and he think i wont drugs to feel good? Give me a break that is just absurd.

I dont appreciate being treated like a drug addict. I never abused my medication. Furthermore i've never had a drug Charge.

Having a Lincense to practice medicine does not give you the right to abuse people. This is about the 4, or 5 time i have seen him for my throat and ears. Rather than look a little deeper to find out why. It will be Covered up for a month or so then happen again. The last time was August.

I assure you, if he thinks or Mrs Riley thinks im going to back off, it wont happen. Also if he thinks that he is going to get all my previous Dr.'s go against their own records its slim to none.

If he is knowingly make me suffer then he will have to answer for that. This never should have went this far. As of 11/1/07 it will be made public record. I also Caution the gathering of my medical records with out my hand written Consent, further more by phone, Voice fax.

As i made it known in your presence this is not about me being in Jail. Im Suffering Lt Holland. As i made it known to you before this is one of the better facility's ive been in.

Dr. Waver has gotten away with letting inmates suffer needlessly as with any thing you only get away with it so long.

Now a Class Action Petition has been signed and made part of the record. Following with numerous inmates of the same Complaint Better and fair medical treatment. A formal Complaint will be filed with the Alabama State Board of nursing and The Alabama state board of medicine. I would assume by now that your aware i dont bluff.

They have a lot to answer for and it will be to me and a U.S. Magistrate Judge. The interesting thing is Judge walker will dismiss the Jail "its self" as it is not a legal entity subject to suit.

However Staff is Further more later this Week Tommy Boswell will receive a 21 page grievance filled out with medical request. I'm one of those on 6/18 i was begging for help. There is a paper trail a mile long.

Every request and grievance i have sent I havent got 1 back yet with an explanation.

I apologize if i was rude or dis respectful in any way. I'm hurting bad. Furthermore thank you for sitting in now you have an idea of what is going on.

Sincerely
William James Ellis Sr

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) William Janiere Ellis Sr. | CO's Name & ID Number |
| Housing Assignment | Shift Assignment  10/24/07  1902 |

## PART "A" INMATE REQUEST

In light of my visit with Dr. Warr on 10/22/07, Dr. Warr I hope has enough of my medical History to determine that the severe pain im in does play a role in my over all health. The Depression, Anxiety, no sleep. Their are 12 Cranial nerves that feed Directly to the spine.

Grievant (Inmate) Signature  William Janier Ellis

## PART "B" - RESPONSE

10-27-07- Mr. Ellis if you have any other problems with you Case # 3:07-CV-920 (MHT.) I would recommend that you file them with the Court. You do not have to complete an inmate Grievance Form Because your Case has been filed. I will forward a copy to Dr. Warr and Medical but I do not believe that this issue can be resolved Because Medical works under the doctor's order and I do not believe that we are harming our medical Department for an issue you have already filed with the Courts.

Date of Response  Divisional Grievance Officer  ID Number

NOTE: If you are dissatisfied with this response, you may appeal direct to the Administrator of Corrections. Your appeal will be filed within 72 hours. excluding Saturdays, Sundays and Legal Holidays.

## PART "C" - RECEIPT

| Date | Time |
|---|---|
| Submitting Inmate | Receiving Shift Supervisor  J. Guerra  10/29/07 |

## PART "D" - RETURN RECEIPT

| Returned To | Date | Time |
|---|---|---|
| Witness | Submitting Inmate | |

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

| Appeal Received By | Date | Time |
|---|---|---|
| Submitted By | Copy Received By | |

Attachment (E)     Case# 3:07 CV 920 MHT

In order to eliminate pain you have to shut down, the neuro transmitters in the Brain. At Current the treatment is no where near shutting down the "pain receptors".

Mine happen to start at S.1 radiate into the major portion of the left hip. The entire motor function of the right hip. With reflexsis in both legs. Namley putting the Baker Cyst in both legs.

The pain never stops it never ends when i sleep its from exaustion, plain and simple. My mind never shuts down its allways at peak level. In my medical records, youll see that i have always suffered from issues with sleep.

Please make this part of the record Dr. Warr im Begging you to get this pain under Control.

Respectfully Submitted
on this 14 Day of oct.
William Louis Ellis Jr.

# INMATE REQUEST SLIP

LOCATION 4-12

Name _William Sell_   Date _10-29-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. __Give to Jailer__

I need to use the law library please.

**(Do Not Write Below This Line** – For Reply Only)

Request Denied please submit day shift only

Approved _____   Denied __✓__   Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10-29-07_   Time Received _19:53_

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _10-29-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need a Hygene Kit please_

(<u>Do Not Write Below This Line</u> – For Reply Only)

Gave
10/30/07
Laundry

Approved _✓_    Denied _____    Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.**

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _10-29-07_    Time Received _19:53_

*176309009*

## IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| GIFFORD SANDY G | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Case No.:** CS-1996-000010.01 |
| | ) | |
| ELLIS WILLIAM L | ) | |
| Defendant | ) | |

### ORDER

IT IS HEREBY THE ORDER OF THE COURT AS FOLLOWS:

HON. SUSAN HUFFSTUTLER PRESENT IN COURT.

CASE WITHDRAWN AND FILED.
DONE this 31st day of October, 2007

/s ERIC B. FUNDERBURK
_____

DISTRICT JUDGE

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _11-11-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need a Hygene Kit_

_____

_____

_____

_____

_____

_____

**(Do Not Write Below This Line** – For Reply Only)

_Gave_

_11/6/02_

_Analy_

Approved _✓_____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.
☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _11-5-07_    Time Received _0706_

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_  Date _11-19-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I need a Indogent Hygene Kit.

Also Sgt Barnes i need some blank paper for legal work please

<u>(Do Not Write Below This Line</u> – For Reply Only)

Gave hygene Kit

11/19/07

_(signature)_

Approved _✓_    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _11/19/7_    Time Received _0730_

STATE OF ALABAMA, ex rel.,    )   IN THE DISTRICT COURT OF
   SANDY G. GIFFORD,

                 )   RUSSELL COUNTY, ALABAMA

          Plaintiff    )   CASE NO.: CS 96-010.

   V.              )

WILLIAM ELLIS, SR.,

                 )

         Defendant    )

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED BY THE COURT:

_____    That this cause shall be and is hereby continued to the _____ day of _____, 2002, at 1:00 P.M., EST in Courtroom III.

_____    That the Defendant shall contact _____ employers and return the same completed to the Court for the purposes of said hearing.

_____    This cause shall be and is hereby Withdrawn and Filed.

_____    The Costs of these proceedings are hereby taxed to the Defendant.

_____    The Costs of these proceedings are hereby waived.

_____    Alias Writ Case Bond 24949 _____

    instanter Thursday 1:30 P.M. E.S.T

    _____

    DONE, this the _____ day of _____ 2002.



DISTRICT COURT JUDGE

PLAINTIFF'S SOCIAL SECURITY NUMBER: ███████

DEFENDANT'S SOCIAL SECURITY NUMBER: ███████

P 061005009

## ORDER

CASE # _TR01-_

STATE OF ALABAMA
VS.

_William Lewis Ellis_
DEFENDANT

CHARGE: _Dui / Susp_

PLEA OF DEFENDANT: _PG_

ADJUDICATION: (GUILTY)    ____ NOT GU

____ DISMISSED    ____ NOL PROSSED

FINE: _100_    VCF: ____    PLUS COURT (

SENTENCE: ____ DAYS HARD LABOR TO :
____ DAYS HARD LABOR SUSPENDED FOR 2 '

INCARCERATION FEE: __YES    __PER DAY

DUI PROGRAM:    __YES

COMMUNITY SERVICE:    # OF HOURS ____

ATTORNEY: _____

OTHER: _pay or serve_
_or serve    ($373)_

____ AND COSTS MUST BE PAID ON OR BEF
OR DEF

RESIDENT TRANSACTION REPORT



Russell County Jail
10/10/07 17:05
ST 001 / OPR LH

```
NAMENUMBER         :  49172
Resident Name      :  ELLIS, WILLIAM
Time Frame         :  03/17/2007 00:49 - 10/10/2007 17:01
```

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|-----|-----------|--------|
| 03/17/2007 | 00:49 | Reopen-Cash | 1 | Moore | A122180 | 0.00 |
| 03/17/2007 | 00:49 | Order-Swanson-Indigent | 1 | Moore | A122181 | 1.50 |
| 03/17/2007 | 00:49 | Receivable Write off | 1 | Moore | A122182 | 1.50 |
| 03/24/2007 | 23:28 | Order-Swanson-Indigent | 1 | jr | A122546 | 1.50 |
| 03/24/2007 | 23:28 | Receivable Write off | 1 | jr | A122547 | 1.50 |
| 04/07/2007 | 01:15 | Order-Swanson-Indigent | 1 | gt | A123517 | 1.50 |
| 04/07/2007 | 01:15 | Receivable Write off | 1 | gt | A123518 | 1.50 |
| 04/17/2007 | 01:19 | Add-Cash | 1 | kls | A124073 | 40.00 |
| 04/19/2007 | 20:30 | Receivable Charge | 1 | smpm | A124145 | 5.00 |
| 04/19/2007 | 20:30 | Receivable Payment-Resident | 1 | smpm | A124145 | 5.00 |
| 04/19/2007 | 20:30 | Receivable Realize | 1 | smpm | A124145 | 5.00 |
| 04/19/2007 | 20:30 | Receivable Charge | 1 | smpm | A124145 | 5.00 |
| 04/19/2007 | 20:30 | Receivable Payment-Resident | 1 | smpm | A124145 | 5.00 |
| 04/19/2007 | 20:30 | Receivable Realize | 1 | smpm | A124145 | 5.00 |
| 04/20/2007 | 19:47 | Order-Swanson | 1 | CO16 | A124229 | 27.24 |
| 04/20/2007 | 19:47 | Order-Swanson-Sales Tax | 1 | CO16 | A124229 | 2.18 |
| 05/02/2007 | 11:00 | Swanson Credit | 1 | edg | A124848 | 1.39 |
| 05/02/2007 | 11:00 | Credit-Swanson-Sales Tax | 1 | edg | A124848 | 0.11 |
| 05/05/2007 | 01:34 | Order-Swanson | 1 | coo32 | A125080 | 1.31 |
| 05/05/2007 | 01:34 | Order-Swanson-Sales Tax | 1 | coo32 | A125080 | 0.10 |
| 05/11/2007 | 20:35 | Order-Swanson | 1 | kls | A125299 | 0.52 |
| 05/11/2007 | 20:35 | Order-Swanson-Sales Tax | 1 | kls | A125299 | 0.04 |
| 05/18/2007 | 20:44 | Order-Swanson-Indigent | 2 | co52 | B361 | 1.50 |
| 05/18/2007 | 20:44 | Receivable Write off | 2 | co52 | B362 | 1.50 |
| 05/25/2007 | 21:57 | Order-Swanson-Indigent | 2 | CP | B707 | 1.50 |
| 05/25/2007 | 21:57 | Receivable Write off | 2 | CP | B708 | 1.50 |
| 05/30/2007 | 09:32 | Cashier-Cash In | 4 | cobra | D70 | 97.25 |
| 06/01/2007 | 21:30 | Order-Swanson | 1 | gt | A126446 | 91.60 |
| 06/01/2007 | 21:30 | Order-Swanson-Sales Tax | 1 | gt | A126446 | 5.22 |
| 06/08/2007 | 20:35 | Order-Swanson | 2 | CP | B943 | 0.44 |
| 06/14/2007 | 20:09 | Receivable Charge | 1 | smpm | A126710 | 5.00 |
| 06/14/2007 | 20:09 | Receivable Payment-Resident | 1 | smpm | A126710 | 0.02 |
| 06/14/2007 | 20:09 | Receivable Realize | 1 | smpm | A126710 | 0.02 |
| 06/14/2007 | 20:09 | Receivable Charge | 1 | smpm | A126710 | 5.00 |
| 06/15/2007 | 20:49 | Order-Swanson-Indigent | 2 | co52 | B1093 | 1.50 |
| 06/15/2007 | 20:49 | Receivable Write off | 2 | co52 | B1094 | 1.50 |
| 06/22/2007 | 18:25 | Order-Swanson-Indigent | 1 | 33 | A126995 | 1.50 |
| 06/22/2007 | 18:25 | Receivable Write off | 1 | 33 | A126996 | 1.50 |
| 06/29/2007 | 21:42 | Order-Swanson-Indigent | 1 | gt | A127369 | 1.50 |
| 06/29/2007 | 21:42 | Receivable Write off | 1 | gt | A127370 | 1.50 |
| 07/06/2007 | 21:43 | Order-Swanson-Indigent | 1 | jpt | A127651 | 1.50 |
| 07/06/2007 | 21:43 | Receivable Write off | 1 | jpt | A127652 | 1.50 |
| 07/13/2007 | 19:26 | Order-Swanson-Indigent | 1 | jr | A127841 | 1.50 |
| 07/13/2007 | 19:26 | Receivable Write off | 1 | jr | A127842 | 1.50 |
| 07/20/2007 | 21:33 | Order-Swanson-Indigent | 2 | CP | B1420 | 1.50 |
| 07/20/2007 | 21:33 | Receivable Write off | 2 | CP | B1421 | 1.50 |
| 07/27/2007 | 20:02 | Order-Swanson-Indigent | 1 | co27 | A128356 | 1.50 |
| 07/27/2007 | 20:02 | Receivable Write off | 1 | co27 | A128357 | 1.50 |
| 08/03/2007 | 11:35 | Cashier-Cash In | 4 | cobra | D695 | 47.25 |
| 08/03/2007 | 11:35 | Receivable Payment-Resident | 4 | cobra | D696 | 4.98 |
| 08/03/2007 | 11:35 | Receivable Realize | 4 | cobra | D696 | 4.98 |
| 08/03/2007 | 11:35 | Receivable Payment-Resident | 4 | cobra | D696 | 5.00 |
| 08/03/2007 | 11:35 | Receivable Realize | 4 | cobra | D696 | 5.00 |
| 08/03/2007 | 19:18 | Order-Swanson | 1 | jpt | A128563 | 30.37 |
| 08/03/2007 | 19:18 | Order-Swanson-Sales Tax | 1 | jpt | A128563 | 0.90 |
| 08/06/2007 | 21:24 | Add-Cash | 1 | Moore | A128695 | 20.00 |
| 08/10/2007 | 19:46 | Order-Swanson | 1 | co27 | A128750 | 7.62 |
| 08/10/2007 | 19:46 | Order-Swanson-Sales Tax | 1 | co27 | A128750 | 0.61 |

RESIDENT TRANSACTION REPORT



Russell County Jail
10/10/07 17:05
ST 001 / OPR LH

```
NAMENUMBER          :   49172
Resident Name       :   ELLIS, WILLIAM
Time Frame          :   03/17/2007 00:49 - 10/10/2007 17:01
```

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
| 08/17/2007 | 22:54 | Order-Swanson | 2 | CP | B2065 | 14.25 |
| 08/17/2007 | 22:54 | Order-Swanson-Sales Tax | 2 | CP | B2065 | 0.34 |
| 08/24/2007 | 19:26 | Order-Swanson | 2 | Moore | B2249 | 3.19 |
| 08/25/2007 | 09:49 | Cashier-Cash In | 4 | cobra | D1000 | 7.25 |
| 08/31/2007 | 22:19 | Order-Swanson | 2 | CP | B2597 | 6.49 |
| 08/31/2007 | 22:19 | Order-Swanson-Sales Tax | 2 | CP | B2597 | 0.26 |
| 09/06/2007 | 20:19 | Receivable Charge | 2 | smpm | B2770 | 5.00 |
| 09/06/2007 | 20:19 | Receivable Payment-Resident | 2 | smpm | B2770 | 0.14 |
| 09/06/2007 | 20:19 | Receivable Realize | 2 | smpm | B2770 | 0.14 |
| 09/06/2007 | 20:19 | Receivable Charge | 2 | smpm | B2770 | 10.00 |
| 09/07/2007 | 21:27 | Order-Swanson-Indigent | 1 | co27 | A129300 | 1.50 |
| 09/07/2007 | 21:27 | Receivable Write off | 1 | co27 | A129301 | 1.50 |
| 09/14/2007 | 21:23 | Order-Swanson-Indigent | 1 | CP | A129623 | 1.50 |
| 09/14/2007 | 21:23 | Receivable Write off | 1 | CP | A129624 | 1.50 |
| 09/21/2007 | 21:05 | Order-Swanson-Indigent | 2 | 43 | B3218 | 1.50 |
| 09/21/2007 | 21:05 | Receivable Write off | 2 | 43 | B3219 | 1.50 |
| 09/28/2007 | 22:35 | Order-Swanson-Indigent | 2 | 43 | B3647 | 1.50 |
| 09/28/2007 | 22:35 | Receivable Write off | 2 | 43 | B3648 | 1.50 |
| 10/05/2007 | 20:41 | Order-Swanson-Indigent | 1 | gt | A130109 | 1.50 |
| 10/05/2007 | 20:41 | Receivable Write off | 1 | gt | A130110 | 1.50 |

**Exhibit B**
**Affidavit of Tina Riley**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

WILLIAM LANIER ELLIS, SR.,    )
                                     )
      **Plaintiff,**         )
                                     )
**v.**                          )     **Civil Action No. 3:07-cv-920-MHT-SRW**
                                   )
**RUSSELL COUNTY JAIL, et al.,**    )
                                   )
      **Defendants.**        )

## AFFIDAVIT OF TINA RILEY

STATE OF ALABAMA        )
                             )
COUNTY OF RUSSELL      )

    1.     My name is Tina Riley. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

    2.     I am a licenced nurse (L.P.N.) at the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

    3.     I have reviewed the Plaintiff's Complaint filed in this matter. I have some personal knowledge of the facts stated in the Complaint.

    4.     It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

5.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

6.    It is the policy of the medical staff of the Russell County Jail that patients are not given any medication that contains a narcotic ingredient.

7.    At the time the Plaintiff was most recently transferred in to the Russell County Jail from the Muscogee County Jail, I did a fresh admission screening. I also obtained the Plaintiff's medical records from the Lee County Jail. The only medication the Plaintiff brought with him from Muscogee County was phenobarbital. The Plaintiff did not bring any prescriptions with him, and the Plaintiff never asked me to call a doctor or pharmacist and check on any prescriptions.

8.    Phenobarbital is a seizure medication. The Plaintiff's prescription was for 30mg three times a day. At intake, he informed us that he had been taking 60mg three times a day. The Lee County Jail had reduced his dosage to 60mg twice a day. We increased his dosage to 64.8mg twice a day. The Plaintiff has never complained of seizures while in the Russell County Jail.

9.    During the Plaintiff's incarceration, we provided him with a great deal of tylenol, motrin, and other pain relivers.

10.    In June, Dr. Warr started the Plaintiff on Tramadol and Naproxin, anti-inflammatory pain relievers. In August Dr. Warr started the Plaintiff on Buspar, an anti-depressant.

11.    In response to his complaints of back pain, I gave the Plaintiff a blue mattress, which is an extra-thick mattress.

12.    I do not know what a medical prescription ledger is, and no such document is kept in the regular course of business at the Russell County Jail. When regular medications are dispensed at the Jail, the inmate is asked to initial a Medication Administration Record. If the inmate refuses to do so, I indicate "refuses to sign" on that document.

13. On one occasion when the Plaintiff was being examined by Dr. Warr in the Jail infirmay, the Plaintiff was complaining to Dr. Warr that he had not been indicted, as well as voicing other complaints about his case. I offered to call the district attorney's office to find out the status of his case for him. The Plaintiff responded "Would you, please?" I did in fact telephone the district attorney's office and found out the status of the Plaitniff's case and relayed that information to the Plaintiff.

14. On June 11th, Dr. Warr asked me to get a copy of CAT scan and MRI reports that the Plaintiff had performed in 2005. I got those documents from MedCare in Columbus. I have never received any documents from a Dr. Andrew Mecca, and I have no knowledge of said doctor.

15. I do not prescribe treatment or medication for inmates, nor do I diagnose their injuries or ailments. However, due to a shoulder injury, Dr. Warr has trouble writing, and his handwriting is difficult to read. Therefore, I will frequently write Dr. Warr's orders upon his direction, and Dr. Warr then reads them for accuracy and signs them.

16. I certify and state that the medical documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's health records, kept at the Russell County Jail in the regular course of business.

17. I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Tina Riley

**SWORN TO** and **SUBSCRIBED** before me this 4 day of January, 2008.

NOTARY PUBLIC
My Commission Expires: 6\25\08

3

**Exhibit C**
**Medical File of William Lanier Ellis, Sr.**

Intake Screen

Approx. date of any prior record here: _____

Name: William Ellis    DOB: 5/9/70    Date: 3-9-07

Apparent mental status of the patient (check one):

☐ Normal  ☐ Confused  ☐ Agitated  ☐ Intoxicated  ☐ Drugged  ☐ Strange

Any evidence of injury, active health problems or deformity: _____

### Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? U | Do you have heavy sweating at night For no reason when it's not hot? | Do you have HIV infection or think you Might have it? N |
| Do you have a fever that won't go away? N | Have you lost more than 10 pounds of weight during the last 6 months? | Any symptoms which might indicated sex-related disease? N |
| Are you currelty takey any prescribed Medications? (List below) | Have you ever had a heart attack or any other heart trouble? | Have you ever intentionally hurt yourself or tried to take your own life? N |
| Have you ever had any kind of cancer? N | Do you have high blood pressure? N | Would you ever try to take your own life? N |
| Do you have diabetes? N | Do you have chest pain with exercise or other chest pain? N | Do you feel like you would like to die? N |
| Do you have seizures or blackouts? Epilepic Seizures | Have you had bleeding from your stomach, bowels, or kidneys? N | Do you see people or things other can't see or hear voices others can't hear? N |
| Have you ever had a stroke? | Do you have shortness of breath or trouble breathing? N | Females: Are you pregnant or could you be pregnant? |
| Do you have any eye problems? (List below) | Do you have asthma? N | On how many days of the past month have you consumed alcohol? N |
| Do you have a cough that won't clear Up? | Do you hae kidney disease or failure or had kidney dialysis? N | On how many days of the past month have you used drugs? N |

Comments: 4 Rupture Disc

Medications: Zantez 1mg 2x a day Phennabartol tylenol 3 x twice day

Allergies: penicillin

Reason for any recent physician visits: last wednesday for his back and anxiety

List surgeries: Collapse 2 twice

Describe any prior hospitalizations: _____

Drugs you have used: cru

Recommended housing or activity restrictions: cru

Medical management plans: cru

Health insurance: cru

Booking Officer: _____ Inmate _____ Medical Staff _____ RN

Ph 60mg x 45 tabs Bright Scim MKT clini

PLG-041

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pb 60mg one 3 x day | 0800 1400 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR March 2007 THROUGH

Physician Dr. Warr

Alt. Physician

Allergies

Diagnosis

| Telephone No. | | Medical Record No. |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
|---|---|---|---|---|

| RESIDENT Ellis, William | D.O.B. 05-09-70 | Sex M | Room # | Patient Code | Admission Date |
|---|---|---|---|---|---|




### SHERIFF OF LEE COUNTY

### JAY JONES

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

## Lee County Detention Center

### Fax Cover Sheet

*Ellis, William*

Date: _03/13/07_

Time: _13 30_

Attention: _Nurse Time, CCHP_

RE: _Ellis, William_

Number of Pages: _1_

From: **Medical Department**
**Nursing Staff**
Phone: (334) 737-3590 or 3591
Fax: (334) 737-3574

*Stewart 4th CCHP*
*Smile*

*334 297-5130*

# NOTES

NAME _Ellis William_     SS# _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_

DOB: _5/9/70_     AGE: _36_     SEX: _M_     RACE _W_

DRUG ALLERGIES: _____     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Long H2O _of Phenobarbital_

_issue_ _____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

---

**11/21/06    Lee County Detention Center    William Ellis    #260239248**

This 36 YOWM has a number of pains and problems. He was in the Russell County Jail for 45 days. He was on Phenobarbital 30 mg t.i.d. there. At home he took 60 mg t.i.d. for apparent seizure disorder from an injury in 1991. He also has chronic back pains. He hurts in his chest from where he had a pneumothorax.

**Physical Exam:** On exam today, he has a normal comfortable gait. HEENT: PERRL; TM's and ear canals are clear. Mouth and throat are clear. Only fair hygiene. HEART: Regular. LUNGS: Clear with good breath sounds bilaterally.

**Impression:** History of seizure disorder and pain issues.

**Plan:** Phenobarbital 60 mg b.i.d. We will see about getting records from his doctors.

PLAN:

REFER TO: ____ PA PHYSICIAN ____ MENTAL HEALTH ____ DENTAL ____

SIGNATURE _____ TITLE _MD_ ___ DATE _11/21/06_ TIME _0831_

JohnH McFarland MD
AMB1D4894
AL 11404,   JohnH McFarland MD

# NOTES

NAME _Ellis William_    SS# _260-23-93X8_

DOB: _5/9/70_    AGE: _36_    SEX: _M_    RACE _W_

DRUG ALLERGIES: _Ø_    (PCN)    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Rash over Body_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

**12/13/06    Lee County Detention Center    Ellis Williams    #260239248**
This 36 YOWM has a rash that is itching. He is putting anything that he can think of on it; nothing helps.
**Physical Exam:** He has a little folliculitis rash on his upper chest and back. He doesn't have anything on his wrists or hands. There is nothing around his nipples. It doesn't look like scabies.
**Impression:** Folliculitis with pruritus.
**Plan:** Will put him on Doxycycline 100 mg b.i.d. for ten days and will give him a short burst of Prednisone for the itching 20 mg b.i.d. for five days. Recheck in two weeks if needed. He can have some antifungal cream for the rash on his toes.

PLAN: _put him ... coming ?_
_Doxycycline - BID x 10 d_
_Prednisone 20 BID x 5d_    _Rx ? w p—_

REFER TO: _____ RA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL

SIGNATURE _____    TITLE _MD_    DATE _12-13-__    TIME _10—_

JOHN H MCFARLAND MD
AMB104894
AL11404

1

# NOTES

NAME _Ellis  William_    SS# _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_

DOB: _5/9/70_    AGE: _36_    SEX: _M_    RACE _W_

DRUG ALLERGIES: _PCN · Aspirin ibuprofen_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _✓  Lt. Ankle_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

---

**01/09/07    Lee County Detention Center            Ellis, William        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**

**Assessment:** 36 y/o white male. Injured his left foot Thursday. He stepped through a pallet that he was standing on.

**Exam:** He a fairly comfortable gait he just seems to guard the left ankle. He is tender in the anterior aspect of the ankle. He is not tender at the base of the 5th metatarsal at all. The skin is intact. Neurovascular is intact.

There is no tenderness in either maleali. He hyper extends his ankle and points to a bony prominence that is a "knot" that he says is it isn't there on the other side although it is a normal bony prominence.

**Impression:** left ankle sprain, possible interosseous ligament sprain.

**Plan:** We'll keep it in an ace wrap and limited weight bearing. We'll make an X-ray of this. Recheck after the X-ray. Tylenol 500 mg 2 bid #20.

PLAN: _Tylenol 500 mg bid x 20_
_X-ray ℅ Ankle   Today/Southern X-ray_

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE _M_ DATE _1-7-0_ TIME _0840_

JOHN H MCFARLAND MD
AM8104894
AL 1404

_1/9/07 xray completed, neg_

# NOTES

NAME: Ellis, William       SS# 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

DOB: 5/9/70       AGE: 36       SEX: M       RACE: W

DRUG ALLERGIES: PCN° Avoid NSAID'S       TETNUS: _____

NATURE OF PROBLEM OR REQUEST: re √ ankle p̄ x-ray

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

_____

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

**1/16/07       Lee County Detention Center       Ellis, William**       ██████████

**Assessment:** This 36 y/o white male is here today for a follow up of a left ankle sprain.

**Exam:** He is still tender in the anterior aspect of the ankle at the interoscious membrane. He also says his back is hurting.

**Impression:** Left ankle sprain, healing. Backache.

**Plan:** We'll give him Flexeril 10 mg po bid #20 and we'll also see if the Mental Health Officer can help him with his anger management and pain issues. Recheck as needed.

PLAN:

REFER TO: _____ PA PHYSICIAN    (MENTAL HEALTH) _____ DENTAL _____

SIGNATURE _____ TITLE MD DATE 1/16/07 TIME 0637

JOHN H MCFARLAND MD
AMB 104894
AL 11404

# NOTES

NAME: _Ellis William_    SS# _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_

DOB: _5/9/70_    AGE: _36_    SEX: _M_    RACE _W_

DRUG ALLERGIES: _PCN_    _a.va_    _(ASA_ _TETNUS:

NATURE OF PROBLEM OR REQUEST: _Still C/o ↓ Back,_
_Out ½ flank, nu √ foot_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

---

**02/01/07    Lee County Detention Center    Ellis, William    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**

**Assessment:** This 36 y/o white male is here because he has more of his chronic back pain with pain going down in his left posterior lateral leg. He said that the best thing that worked for his last was Methadone. He shows me a rash that has broken out. He has a folliculitis of his chest and a little lesion on his right little finger. He has a limited range of motion of his back. He can bend over and reach his arms down only as far as his knees. He cannot touch the floor. Straight leg raise is negative with good and bilateral equal knee and ankle reflexes.

**Impression:** Chronic back pain, Folliculitis.

**Plan:** We'll put him on Prednisone 20 mg bid for 5 days that may help his back as well as the folliculitis. We'll recheck him in one week if needed.

PLAN: _Prednisone 20 mg bid x 5d._
_rev 1 wk pr_

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____    TITLE _MD_    DATE _2/1/07_    TIME _0958_

JOHN H MCFARLAND MD
AMB104894
AL 11404

# NOTES

NAME _Ellis  William_  SS# _260-23-92X8_

DOB: _5/9/7_  AGE: _36_  SEX: _M_  RACE _W_

DRUG ALLERGIES: _PCN  & some sulp_  OTHER:

NATURE OF PROBLEM OR REQUEST: _F/u c̄ pvd. TP_
_& Back pain_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____ SIGNATURE

HEALTH CARE DOCUMENTATION                    172↵

SUBJECTIVE

OBJECTIVE: BP _____  P _____  R _____  T _____  O2 _____

ASSESSMENT

---

2/6/07     **Lee County Detention Center**     **Ellis, William**     ███████

**Assessment:** 36 y/o white male is here because he has some of his personal property medical records to be reviewed. He shows me a note from 11/6/2000 from Dr. George Parker reporting an MRI that showed no nerve impingement on either side but some bulging of the disc between L4-5 and L5-S1. I read a bunch of records from his personal effects that included some Florida and Georgia jail and legal papers. It did not include a copy of his 8/05 MRI that he had in Columbus. We'll see if we can get that copy.

In the mean time he says that the steroid 5-day burst helped his rash.

**Plan:** We will see the Mental Health officer and Mental Health have anything to offer in regards to his chronic pain and adjustment to it and possible component of depression. We will get records. Recheck as needed following that.

PLAN

REFER TO:     PA/PHYSICIAN     MENTAL HEALTH     DENTAL

SIGNATURE _____  TITLE _MD_  DATE _2/6/07_  TIME _0947_

JOHN H MCFARLAND MD
AM8104894
AL 11404

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*A-23*

LOCATION

Name *William Ellis*    Date *3-22-07*

# MEDICAL

Nature of complaint or illness:

*Mrs Riley i need some glasses for my legal work i wear glasses all the time*

*Mr. Ellis*

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

*Referred to mrs Palfry*

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
| --- | --- | --- |

Date *03/22/07*    Time Received *2030*

Officer *ME Innis RN*

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_A-2-3_

LOCATION

Name _[illegible]_ ⎯Date _____

# MEDICAL

Nature of complaint or illness:

_[handwritten, illegible]_

_[handwritten, illegible]_

_[handwritten, illegible]_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Unable to read_
_due to poor penmanship_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _4/1/7_      Time Received _0 745_

Officer _Clatou..._

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_A 23_
LOCATION

Name _William Ellen_    Date _3-27-07_

# MEDICAL

====================================================

Nature of complaint or illness:

_I need some Tylenol and_
_something for sinus thanks_

_Mr Ellen_

Sign here for consent
to be treated by health staff: _____

====================================================

**(Do Not Write Below This Line – For Reply Only)**

_Sinus tabs xe_

DOCTOR ☐      DENTIST ☐      OTHER ☐

====================================================

Date _3-27-07_    Time Received _2035_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

Name _Willie Ellis_    Date _3 - 28 - 07_    LOCATION _____

# MEDICAL

Nature of complaint or illness:

_I need some_

_Eye rop_

_thanks_

_Mr Ellis_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_____

_____ _Eyewalk2_ _____

_____

_____

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _3 - 28 - 07_    Time Received _2026_

Officer _Hunter_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*423* / LOCATION

Name *William Ely* Date *3-29-03*

# MEDICAL

Nature of complaint or illness:

*I need some Tylenal
for a headache and i need
Nes Pelfrey to check
on my glasses*

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

*Tylenal X2*

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date *3-29-07*   Time Received *2/23*

Officer *Hunter*

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

*123*

LOCATION

Name _William Ellis_  Date _3-31-07_

# M E D I C A L

Nature of complaint or illness:

_I need some Tylenol for a head ache please and something for heart burn_

_[signature]_

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_Tylenol x 2_
_Antacids x 2_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date_____ Time Received_____

Officer

RUSSELL COUNTY JAIL

MEDICATION ADMINISTRATION RECORD

REPORT DATE : 04/07



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

XEN 500MG TABLET ONE TABLET BY MOUTH AT BEDTIME  03/13/07  03/12/08

PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY.  03/13/07  03/12/08  0800  2000

Cold combo pack 1 pack twice daily (x 5 days)  0800  2000

CHARTING FOR  04/01/07   THROUGH   04/30/07    PAGE   1 OF   1

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
| | | By: | Title: | Date: |
| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970  Sex M  Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

# INMATE REQUEST FORM

**Prentiss Griffith Detention Facility**

*A23*

LOCATION

Name _William Ellis_ Date _4-11-07_

# MEDICAL

**Nature of complaint or illness:**

_I need something for Sinus + headache
I have been trying to get something
since Monday_

_Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Given Tylenol and Gomicin_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _11 April 07_ Time Received _1500_

Officer _Schneider_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

A23

LOCATION

Name _William Elli_ Date _4-12-07_

# MEDICAL

Nature of complaint or illness:

_I need something for allergies, i been asking all week i really need something_

_Mr. E_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given med 04/11
per Request
Muggrey X2_

**DOCTOR** ☐     **DENTIST** ☐     **OTHER** ☐

Date _12 April 07_ Time Received _1900_

Officer _S.h. /_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

4-23

LOCATION

Name _William Ellis_ Date _4-13-07_

# MEDICAL

Nature of complaint or illness:

_Could i please get a_
_couple packs of antacid_
_i have heart burn_

_Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Antacids tabs x2_

DOCTOR   ☐        DENTIST   ☐        OTHER   ☐

Date _4-13-07_ Time Received _0915_

Officer _C/O CAMPBELL_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility      _A-max - 23_
LOCATION

Name _William Ellis_      Date _4/17/07_

# M E D I C A L

Nature of complaint or illness:

_I need some Tylenol_
_for my ear please_

_Wm Ellis_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Given Tylenol_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _17April07_   Time Received _1900_

Officer                     _Schroed_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_A-23_
LOCATION

Name _William Ellis_ Date _4-_

# MEDICAL

Nature of complaint or illness:

_I need something for
a head ache please_

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_Tylenol X_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _4-5-07_ Time Received _1410_

Officer _C/O CAMPBELL_

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION

A-23

Name _William Ellis_ Date 4·20·07

# MEDICAL

Nature of complaint or illness: _Tylenol and antacid_

_I need some Tylenol and antacid_

_Please._

_Thanks Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line — For Reply Only)

_Tylenol x 2_

_Antiacid_

DENTIST ☐

OTH:

DOCTOR ☐    Time Received 1700

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

A 23
LOCATION

Name _William Ellis_    Date _4-29-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol please_
_for my earache_

_Thanks_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Tylenol x2_

DOCTOR  ☐         DENTIST  ☐         OTHER  ☐

Date _04-29-07_  Time Received _1947_

Officer



RUSSELL COUNTY JAIL

MEDICATION ADMINISTRATION RECORD

REPORT DATE : 05/0'

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

...EN 500MG TABLET ...NE TABLET BY MOUTH AT BEDTIME — 03/13/07  03/12/08  DO not sign here!

2000 — 03/13/07  03/12/08

PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. — 0800 — 03/13/07  03/12/08

2000

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | RB | FB | FB | FB | FB | FB | FB | FB | FB | FB |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | FB | FB | | | FG | FG | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | FB | FB | SM | RB | FB | FB | FB | 6ml | 6ml | FB | FB |

| CHARTING FOR | 05/01/07 | THROUGH | 05/31/07 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | WARR, STURGEON | | Telephone No. | 334-298-8621 | | Medical Record No. |
| Alt. Physician | WARR, STURGEON | | Alt. Telephone | 334-298-8621 | | 580540 |
| Allergies | | | Rehabilitative Potential | | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |

| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room # RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _H-23_

Name _William E._    Date _5-2-07_

# MEDICAL

==================================================

Nature of complaint or illness:

_I need some Tylenol_
_Please for my back_

_Mr. ___

--------------------------------------------------

Sign here for consent
to be treated by health staff: _____

==================================================

(Do Not Write Below This Line – For Reply Only)

_Writing Illegible_
_Tylenol X2_

--------------------------------------------------

DOCTOR  ☐        DENTIST  ☐        OTHER  ☐

==================================================

Date _05/02/07_    Time Received _1949_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

A-25

**LOCATION**

Name _William Ellis_    Date _5 - 4 - 07_

# MEDICAL

Nature of complaint or illness:

_I need more tylonol for my back pain please_

_Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

### (Do Not Write Below This Line – For Reply Only)

_Reg rec 05/05/07_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _5/4/7_    Time Received _1955_

Officer _c/o Bigham_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

A-23
LOCATION

Name _William Ellis_ Date _5-6-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenal please_
_my back and legs are_
_are hurting me._

Sign here for consent
to be treated by health staff:_____

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Tylenal x2_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _5/6/7_     Time Received _1835_

Officer _Jo Bibbins_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_ Date _5-6-09_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol for my back and legs they really bothering me._

_Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Order from Store_
_Tylenol x2_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _5/7/7_ Time Received _1910_

Officer _C/o Tarver_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_A-23_
LOCATION

Name _William Ellis_   Date _5-8-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol please
for my back and legl)._

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Tylenol_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _05/8/07_   Time Received _1847_

Officer _____ CGM

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_A 23_
LOCATION

Name _William Ellis_    Date _5-9-07_

# MEDICAL

Nature of complaint or illness:

_I need something for heart burn please_

_Mr. Ellis_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_See the doctor_
_Requesting too frequently_

DOCTOR    ☐        DENTIST    ☐        OTHER    ☐

Date _5/9/7_    Time Received    _2030_

Officer _c/o Gibbons_

# INMATE REQUEST FORM

**Prentiss Griffith Detention Facility**

A23

_____
LOCATION

Name _William Ellis_  Date _5-29-07_

# MEDICAL

Nature of complaint or illness:

I need some Tylenol for my headache and something for upset stomach

Mr. Ellis

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

Given Tylenol and Aldox con

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _29 May 07_  Time Received _1800_

Officer _____ Schrank



RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT DATE : 06/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NAPROXEN 500MG TABLET
TAKE ONE TABLET BY MOUTH
AT BEDTIME
2000
03/13/07  03/12/08

PHENOBARBITAL 64.8MG TABL
TAKE 1 TABLET BY MOUTH
TWICE DAILY.
0800
03/13/07  03/12/08
2000

Tramadol 50mg
1 tab twice daily
0800
2000

Napraxen 500mg
1 tab twice daily
0800
2000

STARTING FOR  06/01/07   THROUGH   06/30/07   PAGE  1 OF  1

Physician   WARR, STURGEON
Att. Physician   WARR, STURGEON

Telephone No.   334-298-8621
Alt. Telephone   334-298-8621

Medical Record No.   580540

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number   Medicare Number

Approved By Doctor:
By:                         Title:                    Date:

RESIDENT   ELLIS, WILLIAM
D.O.B.   05/09/1970   Sex  M   Room  RJ40   Patient Code  ELWILL   Admission Date  10/10/06

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION *A-2*

Name *William Ellis* Date *6-2-07*

# MEDICAL

Nature of complaint or illness:

*I need some tylenol for my back and something for a upset stomach*

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

*gave papenol + Aldroxicon*
*c/o Gibbons*

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date *6-2-7*    Time Received *1930*

Officer *J. Gibbons*

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

*LOCATION*

Name _William Ellis_ Date _____

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol for the cramps in my back and legs_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol R_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _5/3_  Time Received _1915_

Officer _C. Parker_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_ Date _6-4-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenal for my back and legs._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _6/4/__ Time Received _1935_

Officer _____



**INMATE REQUEST FORM**    A-23

Prentiss Griffith Detention Facility    LOCATION

William Ellis    Date 6-10-07

# MEDICAL

ature of complaint or illness:

I need some Tylenol for my
back and legs please

Sign here for consent
to be treated by health staff: _____ For Reply Only)

(Do Not Write Below This Line –

Tylenol X2

DENTIST ☐

DOCTOR ☐    Time Received 1930

## INMATE REQUEST FORM
Prentiss-Griffith Detention Facility

*A-13*

LOCATION

Name *W. Ellis*    Date *6-11-07*

# MEDICAL

Nature of complaint or illness: *I need some Tylenol and something for upset stomach*

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

*Given Tylenol*

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date *11 June 06*    Time Received *1900*

Officer *Schroeol*

Receivable Charge
Receipt # A126710

Russell County Jail
06/14/2007 20:09:21
ST 001 / OPR CMPM

ELLIS
WILLIAM

NAMENUMBER   : 49172
Date of Birth : 05/03/1970
Location    :

Physician Visit ·
                Old Bal     : $0.00
                Charged     : $5.00
                Collected   : $0.02
                New Bal     : $4.98

    Comment : 06/11/07

Prescription ·
                Old Bal     : $0.00
                Charged     : $5.00
                Collected   : $0.00
                New Bal     : $5.00

Total Collected :        $0.02

Signed:

# MEDICAL CHARGE FORM

_lliam_

**RACE/SEX** _W/m_

**CELL** _A Max_

## ***SERVICES & FEES***

$ 5.00
$ 5.00
$ 5.00
$ 5.00
N/C

R MEDICATION      $

, SERVICES RENDERED   $ _10⁰⁰_

---

## MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date  _6|11|07_

Inmate Signature & Date _6-11-07_  _William ___ 2_

Inmate Account Payable Clerk Signature & Date

---

PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES

PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES

# INMATE REQUEST SLIP

LOCATION

Name _Wells_ Date _6-12-07_

☐ Telephone Call     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenol please_
_for a toothache_

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _17 June 07_ Time Received _1500_

Jailer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*123*
LOCATION

Name *William Ellis*   Date *6-16-07*

# MEDICAL

Nature of complaint or illness:

*I need Something for a
head ache please. and a toothach*

*mr. Elli*

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

*Given Tylenol and Oral Gel*

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date *16 June 07*   Time Received *1900*

Officer _____ *Schrock*

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*A-23 LOCATION*

Name _William Ellis_ Date _6-18-07_

# MEDICAL

Nature of complaint or illness:

Mrs Riley i need to see the doctor about my medicine. Its helping some with the muscle spazams in my legs but its not releiving pain any pain. Im geting worse every day. Im staying depressed my anxity is through the roof. Please Mrs riley im suffering something has to give im begging you. william

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

6/22/07 You are currently getting pain meds for your condition

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _6/18_    Time Received _195-0_

Officer _C/o Tarver_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_____
LOCATION

Name _William Ellis_    Date _6-22-07_

# MEDICAL

Nature of complaint or illness:

_Mrs Riley i need something
done im getting worse every
day now its jelling in my
right leg i put in a request
monday to you w/o responce_

_Mr Ellis_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Referred to Mrs Pelfrey_

DOCTOR    ☐       DENTIST    ☐       OTHER    ☐

Date _06/22/07_    Time Received _1800_

Officer

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_4-23_
LOCATION

Name _William Ellis_ Date _6-24-07_

# MEDICAL

Nature of complaint or illness:

Mrs Biley i need to see the doctor and also i need to be moved Sgt Moore has me sleeping on the floor and its not helping me at all getting up and down off the floor

Sign here for consent
to be treated by health staff: _W Ellis_

## (Do Not Write Below This Line – For Reply Only)

6/25/07 I will speak c Sgt. Bussey in ref to relocating you

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _6/24_    Time Received _1915_

Officer _C/o Tarun_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_LOCATION_

Name _William Ellis_ Date _1-25-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol for my legs and legs. ___ was _____ _____ I still need to see the dr and 2. nurses of the j[?]_

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐     DENTIST ☐     OTHER ☐

Date _25 June 07_ Time Received _1900_

Officer _Schrad[?]_



# RUSSELL COUNTY SHERIFF OFFICE
# CORRECTIONAL HEALTH
# TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

**TO:** _____ MED-CARE _____    **FROM:** _____ RUSSELL COUNTY JAIL _____

**FAX #:** _____    **PAGES:** ___ 2 ___

**PHONE #:** _____    **DATE:** _____ JUNE 26, 2007 _____

**RE:** ___ RECORDS ON WILLIAM ELLIS ___    **CC:** _____

___ **URGENT**    ____ **FOR REVIEW**    ___ **PLEASE COMMENT**    ____ **PLEASE REPLY**

_____

**NOTES:**



# RUSSELL COUNTY SHERIFF'S OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621    FAX: (334) 297-5130

## CONSENT TO OBTAIN MEDICAL RECORDS

I, ___WILLIAM ELLIS___, hereby give my consent for

___MED - CARE___ to release any and all

medical information pertinent to my medical history to the Prentiss L.

Griffith Detention Facility.

DOB: _050970_          SSN: _260_ - _23_ - _9248_

x _William J Ellis_          _6-26-07_
**PATIENT / INMATE SIGNATURE**          **DATE**

_____          _6-26-7_
**WITNESS SIGNATURE**          **DATE**

.

# Exhibit C – Part 2
# Medical File of William Lanier Ellis, Sr.

# MedCare

**NO ADJUSTMENT NECESSARY**

EIN:
04-3731976

COLUMBUS, GEORGIA 31904
(706) 322-2223 / FAX (706) 324-5233

**EXAM**     **Hx**

| Soc Hx | Occupation: | | Exercise: |
|---|---|---|---|

Smoker: ☐ No ☐ Yes    Years:    Amt:

Alcohol: ☐ None ☐ Yes    Amt:

**PMH** Med: Epilepsy, Migraine

Surg: Pneumothorax

**Fam Hx** Mother:    Father:

Other:

**ROS** ☐ Reviewed ROS Form    ☐ Call Back    ☐ Done

35 y/o w/? was hit by
a live guide wire at house
Has b/g back problem was

Ht 6'7"  Wt 80  98  BP 133  90  P 99  R 18  LMP

working on telephone & pt grabbed wire
was propelled 20 feet the main problem
is the back. Pt has been on several meds
for epilepsy. Pain is getting down arm.

O In acute distress. Heart rate unremarkable.
Pain over the LS spine c tender @ ...

c no disruption. Possible ...

| | | |
|---|---|---|
| Office Lab ☐ UA-DIP ☐ UA-MICRO ☐ STREP ☐ MONO ☐ SERS | | Off Code 99203 |
| Lab Out | | ☐ Procedure Code |
| IX / R ☐ EKG ☐ PO2 ☐ NEB ☐ VENIPUNCTURE | | ☐ Procedure Code |
| Injection | | ☐ Procedure Code |

**Dx**
1. 845.90 ... neuritis injury  29.4
2. 959.1 injury
3. 722.10

# OF CHARGES  TOTAL 75  AMOUNT PAID 75

Supplies ...

| Activity | WORK ☐ YES ☐ NO |
|---|---|
| RETURN TO WORK ON: | |
| RESTRICTIONS: | |
| REFERRED TO: | |

Method Of Payment: ☒ Cash ☐ Credit Card ☐ Check ☐ Hold

**Follow Up** ☐ MEDCARE ☐ YOUR PHYSICIAN ☐ DISCHARGED

☐ DATE:
☐ TIME:

Nurse  CW
Staff
Physician

| DATE 08/08/05 | PATIENT LAST NAME ELLIS | FIRST WILLIAM | M.I. | AGE 35 | DATE OF BIRTH 05/09/70 | SEX M |
|---|---|---|---|---|---|---|

| TIME IN 3:00 | TX STARTED 3:14 | HOME ADDRESS CITY 5730 HODGES DR #6 | STATE GA | ZIP 31909 | HOME PHONE (706) 563-8175 | BUSINESS PHONE |

| TX FINISHED | TIME OUT 4:22 | PERSON RESPONSIBLE FOR BILL WILLIAM ELLIS | ADDRESS | RELATIONSHIP S | SOCIAL SECURITY NUMBER 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 |

| INSURANCE CASH | PRIVATE PHYSICIAN NONE | PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY | ALLERGIES PCN, ASPIRIN, ANTI INFLAMATORIES |

☑ I HEREBY AUTHORIZE THE PERFORMANCE OF ANY MEDICAL OR SURGICAL PROCEDURES UNDER LOCAL OR GENERAL ANESTHESIA WHICH MAY BE ADVISED OR DEEMED NECESSARY BY MEDCARE

☑ I HEREBY AUTHORIZE PAYMENT DIRECTLY TO MEDCARE ANY BENEFITS DUE ME FOR THEIR SERVICES RENDERED. I RECOGNIZE AND ACCEPT PERSONAL RESPONSIBILITY FOR ANY BALANCE REMAINING AFTER PAYMENT OF SUCH BENEFITS

CHIEF COMPLAINT

| BALANCE .00 | VOUCHER 157912 | ACCOUNT NO. 52993.0 | DATE OF INJURY NONE |

LAST TETANUS UNK

HISTORY OF PRESENT ILLNESS: NEEDS DC-P HAD ELECTRIC SHOCK
35 y/o on 08/08/05 NEEDS f/u - HAS
BACK PAIN NERVE DAMAGE LX LEG

MEDS PHENOBARBITOL

The above information is correct to the best of my knowledge and I understand and approve authorizations.

I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT

Relationship to Patient if not parent (    ) Signature X

# MedCare

**NO APPOINTMENT NECESSARY**

5612 WHITESVILLE RD
COLUMBUS, GEORGIA 31904
(706) 322-2223 / FAX (706) 324-5233

EIN #
04-3731976

154141

| EXAM | | Hx |
|---|---|---|

**Soc Hx**  Occupation: ___  Exercise: ___
Smoker: ☐No ☑Yes  Years: ___  Amt: ___
Alcohol: ☑None ☐Yes  Amt: ___
**PMH**  Med: ___
Surg: ___
**Fam Hx**  Mother: ___  Father: ___
Other: ___

**PE**  T ___ P ___ R ___ BP 120/80 ___  **LMP** ___  **ROS** ☐ Reviewed ROS Form  ☐ Call Back  ☐ Done

*[handwritten clinical notes]*

☐Office Lab  ☐UA-DIP ☐UA-MICRO ☐STREP ☐MONO ☐FSBS
☐Lab Out
☐X/R  ☐EKG ☐PO2 ☐NEB ☐VENIPUNCTURE
☐Injection
☐Supplies

☐ O.V. Code ___
☐ Procedure Code
☐ Procedure Code
☐ Procedure Code

| Dx | Code | Description |
|---|---|---|
| 1 | 959.1 | |
| 2 | 729.4 | neuritis |
| 3 | | |
| 4 | | |

# OF CHARGES: 1   TOTAL: 70 --   AMOUNT PAID: 70

**Activity**  WORK: ☐YES ☐NO
RETURN TO WORK ON: ___
RESTRICTIONS: ___
REFERRED TO: ___

**Method Of Payment:** ☑Cash ☐Credit Card ☐Check ☐Hold

**Follow Up**  ☐MEDICARE ☐YOUR PHYSICIAN ☐DISCHARGED
☐ DATE: ___
☐ TIME: ___

Nurse ___
Staff ___
Physician ___

| DATE | PATIENT LAST NAME | FIRST | M.I. | AGE | DATE OF BIRTH | SEX |
|---|---|---|---|---|---|---|
| 08/22/05 | ELLIS | WILLIAM | | 35 | 05/09/70 | M |

| | HOME ADDRESS: CITY | STATE | ZIP | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| | 5730 HODGES DR #6  COLUMBUS | GA | 31909 | (706) 563-8175 | |

TIME IN: 435   TX STARTED: ___
TX FINISHED: ___  TIME OUT: 5:22

| PERSON RESPONSIBLE FOR BILL | ADDRESS | RELATIONSHIP | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| WILLIAM ELLIS | | S | 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 |

INSURANCE: CASH
PRIVATE PHYSICIAN: NONE
PLACE OF EMPLOYMENT OF RESPONSIBLE PARTY: ___

**ALLERGIES:** PCN, ASPIRIN, ANTI INFLAMATORIES

CHIEF COMPLAINT ___

| | BALANCE | VOUCHER | ACCOUNT NO. |
|---|---|---|---|
| | .00 | 158792 | 52993.0 |

DATE OF INJURY: NONE
LAST TETANUS: UNK
MEDS: PHENOBARBITOL

HISTORY OF PRESENT ILLNESS: *[handwritten]* percicet, xanax, and soma needs enough for a month pt has no ins

The above information is correct to the best of my knowledge and I understand and approve authorizations.
I UNDERSTAND THAT I MIGHT BE TREATED BY A PHYSICIAN'S ASSISTANT.
Relationship to Patient if not parent ( ___ )  Signature X ___

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) | | CO's Name & ID Number |
| William L Ellis Sr. | | Chicagus II 32 |
| Housing Assignment | | Shift Assignment |

## PART "A" INMATE REQUEST

On 3-9-07 i was admitted to the institution, when i came from Muscogee County Jail, upon arriving the medical staff, were well aware of my injuries to my back. Coming from another facility i was on something for pain and something for

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

6/26/07 Recieved Grievance Form
Refered to Nurse Pelfrey for Dr. Wall's
review. H. Ballard +

430 hrs 6/26/07 Will schedule to be seen by Dr. Wall on next sick call.
Given blue mattress for added comfort and aid in pain. Also moved
to a cell with bunk, per request of inmate. According to medical
records from Lee County, wasn't taking any type of medications
for back. Waiting on the report from Med-Caid

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____



for my Seizures, also something for my anxiety. The Seizures i have had for 26 years also the Chronic anxiety. Which all of this is documented in my medical records.

Mrs Riley and Dr. Warr automatically Cut my Seizure medication from 3 times a day down to two along with the dose

Since i arrived i have Complained Constantly about my back, which i have suffered 3 injuries and there are medical records to back this up.

Finally on June 11TH i seen the Dr. and he put me on Something for mild pain, i suffer from Chronic pain. On monday the 18TH i submitted a request to see the Dr. for the fallowing week along with one on the 20, 24TH still i havent seen the Dr.

She is being biast against me because i have to take medication but at this point i have 2 options treat the pain or fix the problem

Im getting worse every day. Spinal Cord and nerve injury Can not be fixed Dr. Warr Knows this. The biggest factor is there are records to back this up

# RUSSELL COUNTY SHERIFF OFFICE
# CORRECTIONAL HEALTH
# TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

**TO:** ST FRANCIS MEDICAL RECORDS    **FROM:** RUSSELL COUNTY JAIL

**FAX #:** _____    **PAGES:** 2

**PHONE #:** _____    **DATE:** JUNE 28, 2007

**RE:** RECORDS FOR WILLIAM ELLIS    **CC:** _____

___ **URGENT**  ___ **FOR REVIEW**  ___ **PLEASE COMMENT**  ___ **PLEASE REPLY**

**NOTES:**



# RUSSELL COUNTY SHERIFF'S OFFICE
# CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
### TEL: (334) 298-8621        FAX: (334) 297-5130

## CONSENT TO OBTAIN MEDICAL RECORDS

I, _William Ellis_ , hereby give my consent for

_St. Francis - Medical Records_ to release any and all

medical information pertinent to my medical history to the Prentiss L.

Griffith Detention Facility.

DOB: _050970_                SSN: _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_

_William J Elli_
PATIENT / INMATE SIGNATURE

_6-28-07_
DATE

_Tina Riley-Pelfrey LPNCCHP_
WITNESS SIGNATURE

_6/28/07_
DATE



# St.Francis
### We care for life.

# FAX

| To: *Russell County Sheriff's Office* | From: St Francis Hospital / Medical Records |
|---|---|
| Fax: *334 297-5730* | Fax: (706) 596-4261 |
| Phone: | Phone: (706) 596-4015 |
| Pages: | Date: *6-28-07* |
| Re: *William Ellis* | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

*Last Visit ER 4-7-06*

*Ronnie*

*Clarity
2005*

## Confidentiality Notice

*The documents accompanying this telecopy transmission may contain confidential informat/
the sender that is legally privileged. This information is intended only for the use of the ind
named above. The authorized recipient of this information is prohibited from re-disclosing
any other party without obtaining the patient's consent and is required to destroy the ir
stated need has been fulfilled, unless otherwise required by law. If you have received thi
notify the sender immediately by telephone to arrange for the return of the doc*

St. Francis Hospital *The Bradley Center * Franciscon Woods * Home Medical Equipment *Women's Center
2122 Manchester Expressway * P.O. Box 7000 * Columbus, Georgia 31908-7000 *706-596-4000*

1/05

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | | |
|---|---|---|---|
| NAME: | ELLIS, WILLIAM | Sex: M Age: 35Y | |
| DOB: | 05/09/1970 | Accession#: | 1562783 |
| RAD#: | 135059 | Order#: | 90011 |
| Adm#: | 000706636818 | Pt. Class: | E |
| Med.Rec#: | 2638955 | Pt. Type: | E |
| | | Location: | |

Admit Diagnosis: LEFT ANKLE/POSS SPRAIN. DONE IN RE DONE IN RE

History / Reason:  FALL
Ordering Doctor:  CINDY PARKER M.D.

### ***Final Report***

Admitting Doctor: STEVEN LUCKS, M.D.      Attending Doctor:  JAGDEEP SINGH, M.D.

DATE OF EXAM:  Apr 7 2006

PROCEDURE:  RAD 0493 - FOOT MIN 3 V LT

RESULT:      REASON FOR EXAMINATION: Pain following a fall.

Three views of the left show the bony structures to be intact and well aligned. The joint spaces are well preserved. At this time, I see no bone or joint abnormalities. In particularly, no sequela to recent trauma is seen.

IMPRESSION:    Negative left foot examination.

Transcriptionist:      JEP
Dictate Date/Time:    Apr 8 2006 9:03A
Transcribe Date/Time:  Apr 8 2006 9:20A
Interpreted By:      G E LIPSCOMB M.D.
This document has been electronically
Signed by:        G E LIPSCOMB M.D. at Apr 8 2006 10:03A

Imaging Result
Patient Name: ELLIS, WILLIAM
MR#: 2638955                    Page 1

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706) 596-4115

| | | | | |
|---|---|---|---|---|
| PATIENT  ELLIS, WILLIAM LANIER | | RAD# 135059    DOB  05/09/1970 | | |
| ADM#      705000818 | | PT CLASS E | BED | |
| PT AGE    32Y | | SEX M | PT RACE   W | |
| MR#    2638955 | | PT TYPE E | | |

ORDERING DR.   CORBIN, JOHN            DATE   09/24/2002
ADMITTING DR.  PARKER, GREGORY
PROCEDURE       34 CHEST 2V FRONTAL AND LATERAL
ORDER#          1
HISTORY/REASON   FELL, INJURY
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

34 CHEST 2V FRONTAL AND LATERAL

FINDINGS:    CHEST - REASON FOR EXAMINATION: Trauma to thorax following a fall.

There are sutures in both apical areas from old remote surgery of no clinical significance. At this time, both lung fields are fully expanded and clear.  The heart and vascular structures are normal.

:IMPRESSION:  No acute or significant cardiac or pulmonary abnormality is seen.

Interpreted by- G E LIPSCOMB,M.D.
ELECTRONICALLY SIGNED BY-
G E LIPSCOMB,M.D.

SIGNED D/T- 09/25/2002 02:50PM
TRANSCRIBED D/T- 09/25/2002 10:07AM BY- lp

Page 1 of

ELLIS,WILLIAM LANIER
2638955

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | | |
|---|---|---|---|
| PATIENT   ELLIS, WILLIAM LANIER | | RAD# 135059    DOB  05/09/1970 | |
| ADM#     704972074 | | PT CLASS E | BED |
| PT AGE    32Y | | SEX M | PT RACE  W |
| MR#    2638955 | | PT TYPE E | |

ORDERING DR.    CORBIN, JOHN              DATE  09/01/2002
ADMITTING DR.  PARKER, GREGORY
PROCEDURE          54 SPINE CERVICAL 2 OR 3 VIEWS
ORDER#              5
HISTORY/REASON      FALL
COMMENTS            DONE IN ER
ADMITTING DIAGNOSIS FALL

54 SPINE CERVICAL 2 OR 3 VIEWS

FINDINGS:    CERVICAL SPINE - THREE VIEWS - CLINICAL HISTORY: Patient fell
20 feet, neck and chest pain and trauma.

Vertebral body height, disc spaces and alignment appear normal.  The pre-
dense space appears normal and the posterior elements appear intact.  No
acute fracture or dislocation is seen.  No radiopaque foreign body is seen.

:IMPRESSION: No evidence for an acute cervical spine fracture or
dislocation is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:34AM
TRANSCRIBED D/T- 09/03/2002 07:39AM BY- lp

Page 1 of                      ELLIS,WILLIAM LANIER
                               2638955

Serial No. 53    706 327-0870    05 SEP 2002 09:18

## ST. FRANCIS HOSPITAL
### COLUMBUS, GEORGIA 31904
### RADIOLOGY DEPARTMENT RESULT
### (706)596-4115

PATIENT  ELLIS, WILLIAM LANIER          RAD# 135059   DOB  05/09/1970
ADM#     704972074                       PT CLASS E                BED
PT AGE   32Y                             SEX M                     PT RACE  W
MR#      2638955                         PT TYPE E

ORDERING DR.  CORBIN, JOHN         DATE  09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE        34 CHEST 2V FRONTAL AND LATERAL
ORDER#           5
HISTORY/REASON   FALL
COMMENTS         DONE IN ER
ADMITTING DIAGNOSIS FALL

34 CHEST 2V FRONTAL AND LATERAL

FINDINGS:  TWO VIEWS OF THE CHEST, 9-1-02   -   Clinical history: Patient
fell 20 feet with chest, back and foot pain.

Postoperative changes from biapical lung resections are noted.   Sternal
wires are noted anteriorly.   The lung fields appear clear without
evidence of effusion, infiltrate or pneumothorax.  No evidence for an
obvious bony fracture or dislocation is seen.

:IMPRESSION   - Postoperative changes as noted above but no evidence for
acute traumatic injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:36AM
TRANSCRIBED D/T- 09/03/2002 07:39AM BY- jbm

Page 1 of                   ELLIS,WILLIAM LANIER
                            2638955

Last page, 1 pages in total

Serial No. 53⬛⬛ 706 327 0870    05 SEP 2002 03:23

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

PATIENT   ELLIS, WILLIAM LANIER          RAD# 135059    DOB  05/09/1970
ADM#      704972074                      PT CLASS E               BED
PT AGE   32Y                             SEX M                    PT RACE   W
MR#   2638955                            PT TYPE E

ORDERING DR.   CORBIN, JOHN              DATE   09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE          526 TOE(S) MIN 2 V RT
ORDER#             5
HISTORY/REASON     FALL
COMMENTS           DONE IN ER
ADMITTING DIAGNOSIS FALL

526 TOE(S) MIN 2 V RT


FINDINGS:   RIGHT TOES - CLINICAL HISTORY: Patient fell 20 feet with
multiple areas of pain and injury.

Three views of the right toes were obtained.  No obvious radiopaque foreign
body seen.  No evidence for an acute fracture or dislocation is seen.


:IMPRESSION: No evidence for a right toe fracture or dislocation is seen.

Interpreted by- CARY NEWMAN, M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN, M.D.

SIGNED D/T- 09/03/2002 08:36AM
TRANSCRIBED D/T- 09/03/2002 07:41AM BY- lp


Page 1 of                    ELLIS, WILLIAM LANIER
                             2638955

last page, 4 pages, 13 total

Serial No. 533    706 327 0870    03 SEP 2002 09:33

## ST. FRANCIS HOSPITAL
### COLUMBUS, GEORGIA 31904
### RADIOLOGY DEPARTMENT RESULT
### (706)596-4115

| | | | |
|---|---|---|---|
| **PATIENT** ELLIS, WILLIAM LANIER | | **RAD#** 135059 **DOB** 05/09/1970 | |
| **ADM#** 704972074 | | **PT CLASS** E | **BED** |
| **PT AGE** 32Y | | **SEX** M | **PT RACE** W |
| **MR#** 2638955 | | **PT TYPE** E | |

---

**ORDERING DR.** HUGHES, RONSON                **DATE** 09/01/2002
**ADMITTING DR.** PARKER, GREGORY
**PROCEDURE**        59 SPINE LUMBOSACRAL 2 OR 3 VIEWS
**ORDER#**          11
**HISTORY/REASON**   FELL
**COMMENTS**         ER
**ADMITTING DIAGNOSIS** FALL

---

59 SPINE LUMBOSACRAL 2 OR 3 VIEWS


**FINDINGS:**   LUMBAR SPINE, THREE VIEWS    -    Clinical history:  Patient
fell 20 feet with back and foot pain.

There are five lumbar-type vertebral bodies identified.  Vertebral body
heights and disc spaces and alignment appear normal.   SI joints appear
normal and no acute fracture or dislocation is seen.  There is mild
straightening of the normal lordotic curve.

**:IMPRESSION**   - No evidence for an obvious lumbar spine fracture or
dislocation is seen.


**Interpreted by- CARY NEWMAN,M.D.**
**ELECTRONICALLY SIGNED BY-**
**CARY NEWMAN,M.D.**

**SIGNED D/T-** 09/03/2002 08:39AM
**TRANSCRIBED D/T-** 09/03/2002 07:46AM **BY-** jbm

Last page, 1 pages in total

**ST. FRANCIS HOSPITAL**
**COLUMBUS, GEORGIA 31904**
**RADIOLOGY DEPARTMENT RESULT**
**(706)596-4115**

| | | | | |
|---|---|---|---|---|
| **PATIENT** | ELLIS, WILLIAM LANIER | **RAD#** 135059 | **DOB** | 05/09/1970 |
| **ADM#** | 704972074 | **PT CLASS** E | | **BED** |
| **PT AGE** | 32Y | **SEX** M | | **PT RACE** W |
| **MR#** | 2638955 | **PT TYPE** E | | |

**ORDERING DR.**    HUGHES, RONSON          **DATE**    09/01/2002
**ADMITTING DR.**  PARKER, GREGORY
**PROCEDURE**            498 CALCANEUS 2 V BIL
**ORDER#**                   11
**HISTORY/REASON**    FELL
**COMMENTS**              ER
**ADMITTING DIAGNOSIS** FALL

498 CALCANEUS 2 V BIL

**FINDINGS:**   BILATERAL CALCANEUS VIEWS  - Clinical history:   Heel pain
following fall from 20 feet.

Right calcaneus: Bony mineralization appears normal.   No acute fracture
or dislcoation is seen.

Left calcaneus:  Bony mineralization appear normal.   There is no evidence
for acute fracture, dislocation or radiopaque foreign body seen.

:IMPRESSION   - No evidence for calcaneal fractures or dislocations are
seen.

Interpreted by- CARY NEWMAN,M.D.
**ELECTRONICALLY SIGNED BY-**
CARY NEWMAN,M.D.

**SIGNED D/T-** 09/03/2002 08:40AM
**TRANSCRIBED D/T-** 09/03/2002 07:48AM **BY-** jbm

Page 1 of                              ELLIS,WILLIAM LANIER
                                              2638955

Case 3:07-cv-00020-MHT-SRW    Document 39-6    Filed 01/30/128-0170    Page 03 SEP 2002 14:58
Serial No. 53/617/90, 129-0170

ST. FRANCIS HOSPITAL
COLUMBUS, GEORGIA 31904
RADIOLOGY DEPARTMENT RESULT
(706)596-4115

| | | | |
|---|---|---|---|
| PATIENT | ELLIS, WILLIAM LANIER | RAD# 135059 DOB | 05/09/1970 |
| ADM# | 704972074 | PT CLASS E | BED |
| PT AGE | 32Y | SEX M | PT RACE W |
| MR# | 2638955 | PT TYPE E | |

ORDERING DR.   CORBIN, JOHN              DATE   09/01/2002
ADMITTING DR. PARKER, GREGORY
PROCEDURE            419 ELBOW MIN 3 VIEWS RIGHT
ORDER#               6
HISTORY/REASON       FALL
COMMENTS             DONE IN ER
ADMITTING DIAGNOSIS FALL

419 ELBOW MIN 3 VIEWS RIGHT

FINDINGS:   RIGHT ELBOW - CLINICAL HISTORY:  Patient fell 20 feet with
multiple areas of pain including the right elbow.

Two views of the right elbow were obtained.  Bony mineralization appears
normal.  No evidence for an acute fracture or dislocation or radiopaque
foreign body is seen.

:IMPRESSION: No evidence for an acute bony injury is seen.

Interpreted by- CARY NEWMAN,M.D.
ELECTRONICALLY SIGNED BY-
CARY NEWMAN,M.D.

SIGNED D/T- 09/03/2002 08:38AM
TRANSCRIBED D/T- 09/03/2002 07:44AM BY- lp



## St.Francis
*We care for life.*

# FAX

| | |
|---|---|
| To: | From: RCI |
| Fax: 334·797·5130 | Fax: 706/596-4261 |
| Phone: | Phone: 706/320-2752 |
| Pages: 4 | Date: 6·28·07 |
| Re: William Ellis | CC: |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

### Confidentiality Notice

The documents accompanying this telecopy transmission may contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from re-disclosing this information to any other party without obtaining the patient's consent and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law. If you have received this fax in error, please notify the sender immediately by telephone to arrange for the return of the document(s).

St. Francis Hospital *The Bradley Center* Franciscan Woods *Home Care* Home Medical Equipment *Women's Center
2122 Manchester Expressway * P.O. Box 7000 · Columbus, Georgia 31908-7000 *706-596-4000

4/02

## ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | | |
|---|---|---|---|
| NAME: | ELLIS, WILLIAM | Sex: M Age: 34Y | |
| DOB: | 05/09/1970 | Accession#: 1441801 | |
| RAD#: | 135059 | Order#: | 90003 |
| Adm#: | 000706184918 | Pt. Class: | E |
| Med.Rec#: | 2638955 | Pt. Type: | E |
| | | Location: | |

**Admit Diagnosis:** HIT HEAD ON CONCRET.

**History / Reason:** HEAD INJURY
**Ordering Doctor:** JOHN CORBIN M.D.

***Final Report***

Admitting Doctor: NO PVT DOCTOR, M.D.          Attending Doctor: MICHAEL HAGUES, M.D.

DATE OF EXAM: May 8 2005

PROCEDURE: CT 0002 - CT HEAD WO

RESULT: REASON FOR EXAMINATION: Head trauma.

Noncontrast CT images of the patient's head show no evidence of fresh blood within the brain substance or in the extra-axial spaces. There is no evidence of an intracranial mass. The brain substance and ventricular system appear unremarkable. Ventricular size is normal without midline shift. The bony calvarium is intact.

IMPRESSION: Negative head CT.

Transcriptionist: JEP
Dictate Date/Time: May 8 2005 5:52P
Transcribe Date/Time: May 9 2005 8:24A
Interpreted By: D W WALLACE M.D.
This document has been electronically
Signed by: D W WALLACE M.D. at May 9 2005 2:11P

**ST. FRANCIS HOSPITAL**
**Imaging Result**
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| NAME: | ELLIS, WILLIAM | Sex: M Age: 35Y |
| DOB: | 05/09/1970 | Accession#: 1469857 |
| RAD#: | 135059 | Order#: 90008 |
| Adm#: | 000706288545 | Pt. Class: E |
| Med.Rec#: | 2638955 | Pt. Type: E |
| | | Location: |

Admit Diagnosis: DISORIENTED/ELECTRICUTED. ER

History / Reason:    DISORIENTED
Ordering Doctor:    MICHAEL HAGUES M.D.

***Final Report***

Admitting Doctor: NO PVT DR, M.D.        Attending Doctor: MICHAEL HAGUES, M.D.

DATE OF EXAM: Jul 24 2005

PROCEDURE:    CT 0002 – CT HEAD WO

RESULT:    Reason for examination: Disorientation.

CT scan of the brain.

Scan is performed at multiple levels in axial projection without intravenous contrast.

The included portions of the paranasal sinuses appear clear.   The ventricles are normal in size without mass effect or midline shift. No evidence of acute hemorrhage or edema noted.

IMPRESSION:    No acute intracranial abnormality.

Transcriptionist:    JBM
Dictate Date/Time:    Jul 24 2005  2:37P
Transcribe Date/Time:   Jul 25 2005  7:47A
Interpreted By:    JOHN M ABERNATHY M.D.
This document has been electronically
Signed by:    JOHN M ABERNATHY M.D. at  Jul 25 2005  8:45A

# ST. FRANCIS HOSPITAL
## Imaging Result
2122 Manchester Expressway
Columbus, Georgia 31904
(706) 596-4115

| | | |
|---|---|---|
| NAME: | ELLIS, WILLIAM | Sex: M Age: 35Y |
| DOB: | 05/09/1970 | Accession#: 1513440 |
| RAD#: | 135059 | Order#: 90010 |
| Adm#: | 000706448834 | Pt. Class: E |
| Med.Rec#: | 2638955 | Pt. Type: E |
| | | Location: |

Admit Diagnosis: HIGH FEVER, STUMBLING. R.O. MENENGITIS

History / Reason:     DIZZY
Ordering Doctor:     MARK ANDERS M.D.

***Final Report***

Admitting Doctor: DR. DITARANTO, M.D.          Attending Doctor: MARK ANDERS, M.D.

DATE OF EXAM: Nov 21 2005

PROCEDURE:     CT 0002 - CT HEAD WO

RESULT:          REASON: Dizziness, fever.

The scan is performed at multiple levels in axial projection without intravenous contrast.

Included portions of the paranasal sinuses shows mild to moderate mucosal thickening in the ethmoids. The ventricles are normal in size without mass effect or midline shift. No evidence of acute hemorrhage or edema noted.

IMPRESSION:     No acute intracranial abnormality.

Preliminary report was issued by NightHawk Radiology Services and faxed.

Transcriptionist:          JEP
Dictate Date/Time:     Nov 21 2005 8:29A
Transcribe Date/Time:     Nov 21 2005 10:21A
Interpreted By:          JOHN M ABERNATHY M.D.
This document has been electronically
Signed by:          JOHN M ABERNATHY M.D. at Nov 21 2005 3:04P

Imaging Result
Patient Name: ELLIS, WILLIAM                    Page 1
MR#: 2638955

# INMATE REQUEST FORM

*E11*

Prentiss Griffith Detention Facility

LOCATION

Name _William Sh_ Date _6-29-01_

# MEDICAL

Nature of complaint or illness:

_I need something for_
_a headache please_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _28 June 07_ Time Received _1900_

Officer                              _Schrad_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

LOCATION _I - 1/_

Name _Luwen Zol_    Date _6-30-07_

# MEDICAL

Nature of complaint or illness:

_I need some ty lord for my penle and legs_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _30 June 07_    Time Received _1800_

Officer _Schneed_

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXEN 500MG TABLET ONE TABLET BY MOUTH AT BEDTIME | 0900 03/13/07 03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 03/13/07 03/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ramadol 50mg 1 tab twice daily | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR    07/01/07    THROUGH    07/31/07    PAGE    1 OF    1

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| RESIDENT    ELLIS, WILLIAM | | D.O.B.  05/09/1970 | Sex  M | Room  RJ40 | Patient Code  ELWILL | Admission Date  10/10/? |

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_F-11_
LOCATION

Name _William Ellis_          Date _7-1-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and orajel for a toothache._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol and Oral Gel_

DOCTOR  ☐          DENTIST  ☐          OTHER  ☐

Date _1 July 07_    Time Received _1800_

Officer _Schock_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_F - 11_
LOCATION

Name _William Elli_ Date _7 - 7 - 07_

# MEDICAL

========================================================

Nature of complaint or illness:

_I need something for upset stomach._

_____

_____

_____

_____

_____

_____

Sign here for consent
to be treated by health staff:_____

========================================================

(<u>Do Not Write Below This Line</u> – For Reply Only)

_____

_ALDROXICON I_

_GAS_

_____

_____

DOCTOR  ☐       DENTIST  ☐       OTHER  ☐

========================================================

Date _7/7/7_ Time Received _2010_

Officer _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_F 11_

**LOCATION**

Name _W Ella_          Date _7-12-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and
nasel_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Tylenol +
Nasal_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _7/12/7_   Time Received _1950_

Officer _____

# INMATE REQUEST FORM

*F 11*

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_ Date _7-13-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and nasel_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given 2 Tylenol_

_7/13/07_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _7/13/07_ Time Received _1900_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

F-11

LOCATION

Name _William Ellis_    Date _7-14-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and orasol._

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Reg rec 07/13/07_

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date _7-14-07_    Time Received _2102_

Officer _Hunter_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _____

Name _William Ely_    Date _7-23-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and nasal_

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_Tylenol x2_
_Nasal x2_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _7/23/07_   Time Received _1900_

Officer _____

Jose A. Canedo, MD
West Georgia Neurology
St. Francis Medical Park, Building H, Suite 103
Columbus GA 31904
Telephone: (706) 571-0121
Facsimile: (706) 571-0124

General Neurology
Fellow: Electrophysiology and Neuromuscular Disease

Patient: Ellis, William
Referral Physician: Russell County Jail, Attn: Dr. William Warr
Date: 7/24/07

Chief Complaint: History of back pain.

Documents to Review:
1. Previous cervical spine x-rays that showed normal vertebral body height, disk spaces, and alignment, performed on 9/3/2002.
2. Lumbar spine x-rays showed no evidence of any obvious lumbar spine fracture or dislocation, described at S1 joint, normal, without signs of fracture.
3. MRI of lumbosacral spine, mild bulging disk at L5-S1, with no neural element compression. At L5-S1, there is mild diffuse bulging disk centrally with no narrowing of the central canal and the canal appears to be normal, 11/2/2000.
4. MRI of lumbosacral spine, no change from previous evaluation, L5-S1 bulging disk, mild, with facet arthropathy bilaterally, L4-L5, with loss of disk height and hydration with bulging disk and signs of spondylosis indenting on the anterior thecal sac with posterolateral disk bulge in combination with facet arthropathy that narrows the neuroforamen, mild.

History of Present Illness: The patient is a 36-year-old, white, right-handed male, inmate at the Russell County Jail. He states he has suffered multiple injuries to his back. He has undergone extensive workup. In 2000, while working as a painter, he fell off a ladder and was told that he suffered L3-L4 bulging disk injury. He continued to work and have no treatment. Later, in 2002, he became a caretaker for his father, who was suffering or battling with cancer. The multiple lifting re-injured him and ever since his back pain has worsened.

In 2005, while standing next to a light pole, he was electrocuted and allegedly the entrance site was both hands and the exit, his left foot. I do not have any emergency room notes to confirm. The patient was seen by Dr. Ditaranto at MedCare. MRI of the lumbosacral area was requested and the results are mentioned in the above section.

His back pain is localized to the lumbosacral area. It radiates in the posterior aspect of his lower extremities, worse on the left than on the right, with numbness and paresthesias of his lower extremities distally. He denies any history of bowel or urinary difficulty.

(continued)

Page 2
Ellis, William
7/24/07

Past Medical History: Seizures. According to the patient, he has suffered seizures ever since closed head injury resultant from a motor vehicle accident in the late 80s. He has history of spontaneous pneumothorax twice. He was told he had blebs and underwent open thoracotomy. I do not have any notes to make any comment.

Allergies: Penicillin.

Medications: Phenobarbital, tramadol, and naproxen.

Family History: Father with history of hypertension, heart disease, cancer, arthritis, epilepsy, and mental history. Mother with history of heart disease, hypertension, diabetes, cancer, arthritis, and mental illness. Paternal grandparents with history of heart disease, hypertension, diabetes, cancer, epilepsy, and mental illness. Maternal grandparents with heart disease, hypertension, diabetes, cancer, arthritis, epilepsy, and mental illness.

Social History: The patient is married but he did not fill out the rest of the information card.

PHYSICAL EXAMINATION:
HEENT: Normocephalic. There is normal external auditory canal and tympanic membrane. Oral mucosa is well hydrated. Neck is supple. Thyroid is central. Tongue is in the midline.
Heart: Regular rhythm. S1, S2 present.
Lungs: Clear bilaterally.
Abdomen: Soft. Normal bowel sounds.
Extremities: Symmetrical; arterial pulses present.

Neurologic/Mental Status: Patient is alert, oriented in person, and place and time. Normal affect and mood. The patient is able to read, write, and calculate. Good attention span. Good memory for immediate, intermediate, and long-term recall. Normal behavior.

Cranial Nerves: Sharp discs. Venous pulse present. Pupils equal and reactive to light, accommodation, and consensual reflexes, without signs of facial asymmetry. Gag reflex is present and symmetrical. Tongue protrudes in the midline. Neck is supple without restriction of movements. No cervical bruits or lymphadenopathy. Posterior pharynx is hyperemic, with some exudates.

Motor: Bulk and tone symmetrical in all extremities, without fasciculations. Strength is 5/5 and symmetrical. No abnormal movements. The patient complains of some pain of his lumbosacral area when testing hip flexors and mild on straight leg raising on sitting position.

(continued)



Page 3
Ellis, William
7/24/07

Sensory: The patient states he is not able to perceive any sensation to pinprick or light touch to the anterior aspect of lower extremities bilaterally in the peroneal nerve distribution, but he is able to perceive sensation in the posterior aspect distribution of the tibialis nerve. His calves were measures 25 cm below the knee and the left measures 14-3/4 inches and the right, 15 inches. No fasciculations were seen.

Coordination: Limited. The patient was chained in the lower and upper extremities.

Reflexes: 2+ in all extremities. No abnormal reflexes noted.

Gait: The patient ambulates with no difficulty. He was able to get off the table, turn, and walk.

Impression: Chronic back pain, lumbosacral in localization, with pain in radicular distribution, involving L5-S1 nerve root distribution, worse left than right.

Recommendations: We discussed the need for pain management. He states that previous doctors have described his condition as very severe. The patient became very upset to the point of arguing. His face was very red and his comments included quality of life: How long do I expect him to live like this? How long is it going to take for his back to get to the end? At the same time, he answered himself with 1 or 2 years. He describes possible modifications of his living conditions, describing a concrete iron house and the hard floors injuring his back. He was informed that I did review the copy of MRI report but not the films. The findings are mild to moderate. I have made a suggestion of conservative exercises, physical therapy/stretching exercises, and medication. In case of no response to conservative management, a nerve block will be indicated. At the end, I had to stop our conversation and explain that I was going to leave the decision of any further treatment to his physician, that I was asked to evaluate his condition and give my impression as neurologist, but I am not his treating physician. The patient was very upset. He walked out of the room in the company of two police officers upset because I could not answer his questions.

Jose A. Canedo, MD/vsm

cc: Russell County Jail, Attn: Dr. William Watr

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_E-11_
LOCATION

Name _William Ellis_ Date _7-26-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and orasal Pleas for a tooth ache._

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_7/27/07 Denied. You are currently receiving tramadol twice daily for pain._

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date_____ Time Received_____

Officer          _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION

Name: _Gary Ellison_    Date _7-27-07_

# MEDICAL

Nature of complaint or illness:

_I need something for my headache._

Sign here for consent
to be treated by health staff: _Gary Ellison_

(Do Not Write Below This Line – For Reply Only)

_Reg rec 07/28_

DOCTOR    ☐        DENTIST    ☐        OTHER    ☐

Date _7-27-07_    Time Received _1915_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_F 11_

LOCATION

Name _William Ellis_ Date _7-27-07_

# M E D I C A L

Nature of complaint or illness:

_I need some Tylenol and Tricid_

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _28 July 07_ Time Received _0400_

Officer _Sdul_

# INMATE REQUEST FORM

*F-11*

Prentiss Griffith Detention Facility

LOCATION

Name _William Allen_    Date _7-29-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and nasal_
_please._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Tylenol X 2_
_Nasal X 2_

DOCTOR ☐        DENTIST ☐

Date _7/29/07_    Time _____

Officer _____

RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT DATE : 08/07

# MEDICATION ADMINISTRATION RECORD



CHARTING FOR    08/01/07    THROUGH    08/31/07    PAGE    1 OF 1

| | | |
|---|---|---|
| Physician | WARR, STURGEON | Telephone No. 334-298-8621 |
| Alt. Physician | WARR, STURGEON | Alt. Telephone 334-298-8621 |

Medical Record No. 580540

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
|---|---|---|---|---|

| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

**INMATE REQUEST FORM**
Prentiss Griffith Detention Facility

G20

LOCATION

Name _William Ellis_   Date _8 3 07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and
nasal_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Rog rec 08/04/07_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _8/3/7_   Time Received _1945_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_C-20_
LOCATION

Name _William Ellis_   Date _8-4-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and orsal please i have a broken tooth._

Sign here for consent
to be treated by health staff: _Ellis_

---

(Do Not Write Below This Line – For Reply Only)

_Tylenol x2_
_Orasol x2_

---

DOCTOR ☐         DENTIST ☐         OTHER ☐

Date _8/4/7_   Time Received _1945_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_    Date _8-5-07_

# M E D I C A L

Nature of complaint or illness:

_I need some tylenol and nasol, i realle a broken tooth_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

_Tylenol x2_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _8-5_        Time Received _1900_

Officer _C/O WURST_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G-12_
LOCATION

Name _William Ellis_    Date _8-6-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and orasol_
_I have broken teeth_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Tylenol x2_
_Orasol x2_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _8-6-07_    Time Received _1929_
Officer _Hunter_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

3/2

LOCATION

Name _William Ellis_    Date _8-7-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and
nasal I have a broken tooth_

Sign here for consent
to be treated by health staff:_____

(Do Not Write Below This Line – For Reply Only)

_Given!_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _8/6 7/07_    Time Received _1900_

Officer _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

7 _12_

LOCATION

Name _William Ellis_    Date _8-8-07_

# MEDICAL

Nature of complaint or illness:

_i need some tylenol and na sol plage_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Tylenol x2_

DOCTOR  ☐         DENTIST  ☐         OTHER  ☐

Date _8/5/7_    Time Received _1955_

Officer _____

# INMATE REQUEST FORM *C-12*

### Prentiss Griffith Detention Facility

_____
LOCATION

Name _William Ellis_    Date _8-9-07_

# MEDICAL

==================================================

Nature of complaint or illness:

_I need some tylenol and nasal_
_please._

_____
_____
_____
_____
_____
_____

Sign here for consent
to be treated by health staff: _____

==================================================

(<u>Do Not Write Below This Line</u> – For Reply Only)

_____

_Tylenol x2_

_Nasal x2_

_____

_____

==================================================

**DOCTOR** ☐         **DENTIST** ☐         **OTHER** ☐

==================================================

Date _8-9-7_    Time Received _1430_

Officer _C. Hurst_    _____

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_6 12_
LOCATION

Name _William Ellis_     Date _8-11-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and oradol please._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given     8/11/07_

DOCTOR  ☐          DENTIST  ☐          OTHER  ☐

Date _8/11/07_     Time Received _1900_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_6/2_

LOCATION

Name _William Ellis_ Date _8 - 12 - 07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and nasal please_

Sign here for consent
to be treated by health staff:

(<u>Do Not Write Below This Line</u> – For Reply Only)

_C/o Hunter gave items_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _8-12-09_ Time Received _2009_

Officer _Hunter_

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

_LOCATION_

Name _William Ellis_    Date _8-21-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and no dot _____ _

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Gave items_

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date _8-21-07_   Time Received _2137_

Officer _Hunter_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

*G 12*

LOCATION

Name *William Eli*     Date *8-25-07*

# MEDICAL

===================================================

Nature of complaint or illness:

*I need some tylenol
and orasol*

_____

_____

_____

_____

_____

Sign here for consent
to be treated by health staff: _____

===================================================

(<u>Do Not Write Below This Line</u> – For Reply Only)

*Orasol X1*

*Denied
2 diff pain meds
Stop requesting
Tylenol*

DOCTOR ☐     DENTIST ☐     OTHER ☐

===================================================

Date *8-2507*     Time Received *2120*

Officer *Hunter*

# Exhibit C – Part 3
# Medical File of William Lanier Ellis, Sr.

RUSSELL COUNTY JAIL
ELLIS, WILLIAM
REPORT DATE : 09/07

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**PIRONE HCL 10MG**
RIC FOR BUSPAR 10MG T
TAKE ONE TABLET BY MOUTH
AT BEDTIME

**NAPROXEN 500MG TABLET**
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

**PHENOBARBITAL 64.8MG TABL**
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

**TRAMADOL HCL 50 MG TABLET**
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

Pseudoephedrine 30mg
1 tablet @ bedtime

Effexor XR 75mg
1 tablet @ bedtime

CHARTING FOR 09/01/07  THROUGH 09/30/07    PAGE 1 OF 1

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |

Allergies

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
| | | By: | Title: | Date: |

| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_9-1_

__LOCATION__

Name _William Elli_ Date _9-3-07_

# MEDICAL

Nature of complaint or illness:

_I need something for tootache tylenol and orajel are the only thing that stops it im waiting to go to the dentist_

Sign here for consent
to be treated by health staff: _____

__(Do Not Write Below This Line__ – For Reply Only)

_Gave tylenol ? oral gel_

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date _9-3-07_    Time Received _1951_

Officer _Hunter_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

G/2

LOCATION

Name _William Ellis_    Date _9-3-07_

# MEDICAL

**Nature of complaint or illness:**

Mrs. Riley i need to see the Dr. on sick Call. My throat is Closing up again. think i have another abcess. Every time i eat my throat bleeds for about 30 mins. I gargled with salt water all weekend hasn't helped.

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line** – For Reply Only)

9/6/07    Dr Warr PN

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _9-3-07_    Time Received _1946_

Officer _Hunter_

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

LOCATION _G12_

Name _William Elli_ Date _9-9-07_

# MEDICAL

Nature of complaint or illness:

_I need some tyneal_
_and onasol._

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Gave 1 tylenol_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _9-9-07_ Time Received _1939_

Officer _Hunter_

8-12-07
2050

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William Ellio | CO's Name & ID Number | F. Brown C1042 |
| Housing Assignment C max | Shift Assignment | C-DAY |

## PART "A" INMATE REQUEST

Thursday June 28th I had a follow up with Dr. Warr about my back. At this follow up all of my medical is discussed. Dr. Warr and my self speak about the Depression and anxiety in Dealing with

Grievant (Inmate) Signature *William L Ellis Sr*

## PART "B" - RESPONSE

9/14/07 - I Checked With Nurse Pulfrey and also forward this grievance Form to Klar to allow Dr. Warr to Read and over view for follow - T. Failend -

081607 Seen by Dr. Warr

*Copy forward 9/14/07 - To Nurse Riley-Pulfrey & Dr. Warr

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____    Date _____ Time _____

Submitting Inmate _____    Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____    Date _____ Time _____

Witness _____    Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____    Date _____ Time _____

Submitted By _____    Copy Received By _____

Grievance.

But nothing is done. I have submitted 4 medical request to Mrs Pelfrey. Along with 2 Verbal request about this.

Everything through medical is a Constant struggle to get anything done. Dr Warr approved me to have some muscle rub for my back and legs. This was approved on 6-28-07 and i have got 3 trial size packs for my Back.

These walls are Closing in on me i have been here since March 9th. I still dont Know anything. No indictment, no paperwork. Last monday my mom had Congestive heart failure. I'm asking and have been for help. I'm having Crying spells Cold sweats. I've suffered from Chronic Anxiety for years.

Then when somebody goes off, staff ask "why". Lee County had me in mental health Muscogee County. I served in a mental health prison.

I'm trying all i Can to Keep the bad side of me down. It harder everyday. Nurse Stewart in Lee County spent enough time with me to learn the other side. She went to Dr. McFarlane and i was put in mental health

Mrs Palfrey if you havent learned anything about me, 1 thing you Know is everything in my medical i have told you is true.

I need some help, there is a lot about me and my past that you dont Know. Everyone has their own Demons to fight. Mine start at the age of 4. And through out my adult life has Continued on.

I Cant escape my past its always there. Always in my memory. The beatings being molested, My father Dying in my arms.

As time goes on it gets worse its a movie that never ends. I Know in my back and my Case, I have too much on me.

Mr Ellis

Dr. Warr, Tuesday, Sept 25th

I want to thank you for trying to get me straighten'd out with my medical.

Im trying every way possible to help you, help me. I dont look at this as a "jail situation" this is my home. Until im indicted and go to trial it will be my home and your my Physcian and im your Patient.

My health and well being is in your hands and you've not been unfair to me. All institution Dr.'s I have dealt with have been the same. I fully understand you have to weed out those that have nothing wrong with them.

I however Cant be included in with those inmates.

My mom Calling Mr. Boswell had nothing to do with you or the Doctor, Patient relationship. She Knows me well enough to Know if i Cant get a grip on the pain and mental issues its only a matter of time before it all Caves in on me.

Im not asking for special treatment, only the treatment that works for me. March 25 1990 sent me on a never ending Journey of Doctors, medications, sleep lab's and so, on. I walked away from a Car that flipped 11 times but not with out a heavy price to pay.

Nearly 8 years was spent trying to get the Seizures under Control. As of 1993 I was put on

#2

medical suspension for my license (Drivers License) to this day that still stands. I've been before the state board of medical examiners Due to th fact that i Couldnt make it 12 months with out having a seizure. That was in 1998

Since i Cant Come to medical and sit and take the time to let you know who i am as a person not an inmate this is the best way i Can think of.

Thursday the 20th, i had my first seizure. Mr. Goodman Came in and Checked on me. I had it later on in the night. The Efexor was gearing my mind up even more. as of friday the 21st i havent taken any more. I told Mrs Riley it was having bad side effects.

Dr. Patel tried me on Efexor in Muscogee County and i ended up having quite a few seizures before he took me off. that was in 2002.

My point Dr. Warr is im no better off than i was in march. You went through the trouble to send me to a neurologist about my back. The Diagnosis was the same. My Chronic pain and the Injury were right on and he recomended the same thing that is in my records pain managment. So 1 doctor was a specialist one wasnt but the other is an exelent back doctor.

The pain managment was left up to you nothing has Changed. You told me in oct 2006 that i knew to much about medicene. that i Cant help

its my body and i try to take Care of it. I try to understand what and who is taking Care of me.

Every facality i've ever been in deems they dont give narcotics and i truly understand why.

In all fairness in my Case and with your medical opinion you Know its justifiable. there are many different ways to medicate me. The pain will never go away but it Can be kept at a humane level. Tramadol is not for Chronic pain. If anyone Cared to look in not supposed to be on anti infamatorys its in my records.

Imagine every minute of every day all day, day after day week after week month after month it never stops never eases off. When I sleep its from exaustion plain and simple. When i sit i sit on metal slouched over when i walk its on Concrete floors with these shower slides all of the shock from the floor goes strait in to my legs and back.

Ya of all people staying on your feet all the time Know what poor support does to your legs and back. on Concrete floors not a lot that Can be done about that but the pain Can be taken as a real serious issue then Can be dealt with.

No one Can tell me about pain or what it is to live with. I've had spinal blocks, menangytial spinal draws, wen Cranial injections for miagraine, both ankles broken at the same time, my right arm, etc, etc.

I Know about pain

-know all that in with the Chronic Anxiety, Depression and Panic attacks you end up with a Person Climbing the walls.

My Mom was a patient of yours and she told me you were always good to her. Most of the anxiety and Depression medications ive taken either have effects on my Seizures or they dont work. the ones i Can remember over the years. Wellbutrin, Celexa, Paxil, Prozac, lithuim Efixer zoloft lexapro no success with those what has helped me remron, Xanax, Zyprexa Clonapen Geodon (Trazadine

The best Combination was the Xanax and remron. Over the years Dr. Warr i figured out through trial and error. if i was Kept Calm with the anxiety under Control that i Could Cut my Seizure meds almost in half. Me and Dr. Parker go back to the 90's and he finally started seeing the pattern of anxiety, Depression sleep Depravation led me to one spot a grand mal. some times a petite mal followed with reoccuring my Clonic jerks.

Even through the outpatient Clinic in Columbus Dr. Vivas Put me on tegratol and Xanex for some reason i Couldnt take the phena barb or tegratol in the mid 90's i was on Depa Kote but i was taking 3000 mg. a day. I guess Chemical Changes in my body and what not but now Depakote Does to me what phena barb used to do. My own mom wouldnt even let me visit her when i was on it.

I Know that Xanax got a bad name from abusers. and Kids overdosing on it.

I've never abused my medication or had any drug Charges for that matter. It is one of the medications that help me tremendously. I was on 6 mg. a day at home. Dr. smith put me on 3 mg a day in muscogee County. I get my Phenabarb Xanax and tylenol 3. He Knew it was enough to Keep the situation fair He didn't have to Continuosly see me over and over for the same thing.

Dr. Ware I Know the power that you Wield and telling me you wont treat me With my regular medication because this is "Jail" means your Judging me before i ever stand trial. My medical has nothing to do with that. Your the only Person here With a license to Practice medicene. Not Boswell Holland, Bussey.

The Hippocratic oath Demanded of a physician. When he takes the title as a DR. of his Profession. "I will prescribe regimen for the good of My Patients, according to my Judgment and ability and never do harm to anyone to please me one Will i prescribe a deadly drug nor give advice which may Cause his death. Nor Will i give a pessary to procure abortion But i will preserve the purity of my life and my art.

#4

As many Doctors and institutions that i have dealt with County and state. I never heard any of them say i wont give your normal or regularly Prescribed medication because of it being a Detition facility. The weight of responceability then falls in your hands. After 17 years Dr Waro im no different than any other Patient i Know what works for me.

As with any other Doctor and Patient its up to us to get my problems under Control. Ive done my part. What looks good on Paper doesnt mean it works. In the oath it states ability that means by what ever means possible.

If you get me back on my medication With in a month youll see my weight go up my mood Will Change for the better. It wont solve all the mental issues but it makes life bearable.

I Cant even Work on my Case i dont have the energy and Patients i stay shut off in my room.

Im trying to get along with Mrs Riley but it never ends. Now Ive been accused of selling my medication. I Know who and where it Came from and its sad she went on the word of another inmate

I let it go. I havent done anything its just another stone threw at me. I've gotten used to opions and accusations.

Corrections is a Billion dollar buisness the sad part is a lot of lives get destroyed in Government greed.

No matter how this ends it has put another wall around me and makes me even more paranoid than i already Was. I trust 2 people in this facility thats you and Mr. Goodman. I dont have any personal issues with Mrs Riley but i get paranoid and defenseive around her.

I guess its a lot of things one day you may get a "good morning" the next you may be Cussed out or accused of something. Most of all she acts like what ever Comes through medical, Comes out of her Check book.

The federal Government funds that office annualy.

I Got the Alabama health Code guide lines for Corrections. The Patients Bill of Rights does apply and the medical treatment is discretionary to the Doctor.

Alabama ranks in the top 10% for neglect, Malpractice and Mental Health issues. It has one of the highest 1983 formal Grievance Dockets in the nation over half of those are medical issue's.

Dr Warr the fact that i have so many medical issues Comes from a life that was not the happy little fairly tale life every Child should live

that Put in my mind things that will never go away. I re live them Day after Day.

I was born in 1970, premature but a fighter. My memory goes back to as early as 1973 drowning in a pool, My mom Couldnt swim and i watched the light fade and the terror in my moms eyes.

1974, I was being druged with airplane glue and molested, by a aunt. If i didnt i was beat. This Continued on until 1976.

My father, i had never met, I watched in horror as my step dad beat my mom. I seen her get Knocked out with a leg off a table. If me and my brothers got in the way we got it to.

By 1980. All that stopped, my mom seen what it was doing to us. But the damage was done to my young mind.

By 1982 I was taking Care of my mom, from a back injury Dr. Hazouri put that on me but id do it again for my mom.

By 1987 I wanted out so i got married, By may of 88 I had 2 Collapsed lungs and a majoy surgery on both lungs.

Sept 88 My son was born, oct of 88 he was in emory. He had no valve in his Esophogus and Couldnt eat.

So now I'm feeding my son through a stomach tube, in 8 years old. When the dressing had to be changed every ther day My Wife Changed it. I held him and listend to him cream as Chunks of flesh were pulled away.

By 1989 I was a basket Case, Back to Emory to get the stomach tube out, There was a little girl there her face had been peeled off for surgery, My Mind Couldn't absorb the black eyes. It took me back to my beatings It was my breaking point. Later the next day after I got home I tried to take my own life.

Later realizing that the only one who would pay was my son. and I vowed to never hurt myself again. To this day that is my promise to my Children I have 7 Sons. and 1 daughter.

By 1990 I was in the Car accident that still has me paying today.

I married my best friend, I'm 1993 she died with a miscarrige in Birmingham. But other Complication I was on the phone with her when she told me she would be dead with in 24 Hours. and she was.

Now i have to pull it together to tell our 2 Children. when i seen her in the Casket i dropped on the spot. Standing Graveside trying to tell my son his mother was gone forever was another mental blow that i never recovered from. Keep in mind im on 23

#10

By 1995 the Mental issues, Seizures and health problems was Killing my marrige.

B1995 i ended a 10 year marrige she Could no longer understand me.

In 2000 My father was DX with a rare form of lukemia and i was Chosen to be the Care giver. Dr. Parker was taking Care of me and my dad I watched a Healthy man shrivel up and bleed to death he died in my arms. In Oct 2001

By Nov. 2001 I was in jail nervous Breakdown and then i snapped.

2002 I was in Prison, a mental health prison and in very intense therapy.

2003 I got out and tried to rebuild my life with out help.

I finally started a family and tried to help someone.

Now in Charged with att. murder. Im not prone to violence i have seen enough.

I hope that this helps you some Dr. ware in understanding me and what i go threw on a daily basis jail doesnt bother me. But what i Carry mentally and physically will never go away here or on the street.

I hope to see you soon. Im off the Effexor.

William

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**...IRONE HCL 10MG**
GER1C FOR BUSPAR 10MG T
08/17/07  08/16/08
TAKE 1 TABLET BY MOUTH AT BEDTIME — 2000

**EFFEXOR XR 75MG CAPSULE S**
09/18/07  09/07/08
TAKE (1) CAPSULE BY MOUTH DAILY. — 0800

**NAPROXEN 500 MG TABLET**
07/30/07  07/29/08
TAKE 1 TABLET BY MOUTH TWICE DAILY. — 0800 / 2000

**PHENOBARBITAL 64.8MG TABL**
03/13/07  03/12/08
TAKE 1 TABLET BY MOUTH TWICE DAILY. — 0800 / 2000

**TRAMADOL HCL 50 MG TABLET**
07/03/07  07/02/08
TAKE 1 TABLET BY MOUTH TWICE DAILY. — 0800 / 2000

*Cold combo 1 pack twice daily* — 0800 / 2000

| | Physician | Telephone No. | Medical Record No. |
|---|---|---|---|
| CHARTING FOR 10/01/07  THROUGH 10/31/07 | WARR, STURGEON | 334-298-8621 | 580540 |
| | WARR, STURGEON | Alt. Telephone 334-298-8621 | |

PAGE 1 OF 1

Alt. Physician

Allergies

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G12_

LOCATION

Name _William E. Gix_    Date _10-1-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol_

_and Cresol_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Gives Tylenol and oral Gel_

DOCTOR ☐         DENTIST ☐         OTHER ☐

Date _1 oct 07_    Time Received _1800_

Officer _Sheard_

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

LOCATION

Name _William Elli_ Date _10-2-07_

# M E D I C A L

Nature of complaint or illness:

_I need some Tylenol and Oasol I'm Still Waiting to ge to the Dentist_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _7 Oct 07_    Time Received _1400_

Officer _Shrad_

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number C/O WURST 24 | 1900  OCT 4 |
| Housing Assignment G max | Shift Assignment | |

## PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry With Mrs Riley why was i still rocide ing a medication that was Discontinued. She says it wasnt. In the medication ledger it verifys that it was stopped. The other inquiry was if Dr. Warr was aware

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

1779/07- Referred to Medical Dr. Work, and Nurse Riley – H. Gallard.

10/11/07 Seen by Dr. Warr this date. _____

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____

That i had my first seizure. I was asked if i told any one. Seems every one but her knows about it. Sgt San Nicolas, officer freem, officer Goodman.

She knows she just dont wont to hear it. now im refused treat ment until i see mental health.

I submitted 10 pages of informa times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week ago.

The same information was submitted to Mr. Boswell.

So i assume that the reguard for his patients is little. His intrest seem to be that of pleasing Mrs. Riley

Reguardless of this being a Detentu facility, im still a patient as well as an inmate.

So you just pick up a phone and call the Dator and tell him what you wont him to hear, Some one has cut 2 medications that were giving my Siezures bad problems

then i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a Neurologist and when it comes to my seizures has no way to

Say what is or is not going on in my mind.

I have been under 2 Well respec

Neurologist and i Know the Procedure and fallow

up that is to occour when i have one.

Under Rule 11, FEDERAL RULES OF C;

Procedure this along with prior grievance's will

be attached, as part of the record.

These Complaints are well grounded

on medical History and record. Not that of opion

or theroy But plain, facts.

Grievance attachment, Record 003. Part 1, A

to 1983, attachment.

Mr. E Ellis

# JOSE A. CAÑEDO M.D.
## WEST GEORGIA NEUROLOGY AND NEURODIAGNOSTICS, P.C.
2300 Manchester Expressway
St. Francis Medical Park
Building H, Suite 103
Columbus, GA 31904

Phone (706) 571-0121

Fax (706) 571-0124

### THE FOLLOWING FAX TRANSMISSION IS PERSONAL AND CONFIDENTIAL.

The information contained in this facsimile message is legally privileged and confidential information and is intended only for the use of the individual or entity named below.  If the reader of this message is not the intended recipient, or a duly authorized agent, you are hereby notified that any distribution or copy of this facsimile is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone and return the original message and any copies of it to us at the address provided above via the Unites States Postal Service.  We will reimburse you for cost incurred for postage.  Thank you.

THE RECIPIENT OF THE FOLLOWING DOCUMENT IS REQUIRED TO DELIVER THIS TRANSMISSION UNMOLESTED TO THE PERSON DESIGNATED BELOW:

Please deliver upon receipt to : _Russell County Jail_

Re: _William Ellis,_

Attn: _William War MD_

This page is the first of _7_ pages. If any pages did not transmit, please contact _Tamara_ at the phone number provided in our letterhead. Thank you.

Fax number _334 298-8621_
_334 297-5130_       Date _10, 12, 7_       Time _2.35_

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy*

| Submitted By: | | Received By: | |
|---|---|---|---|
| Inmate's Name (last name first) *William Ellis* | CO's Name & ID Number * *COWURST 24* | *1900* | *OCT 4* |
| Housing Assignment *G max* | Shift Assignment | | |

## PART "A" INMATE REQUEST

ON tuesday oct the 3rd i made a inquiry With Mrs Riley why was i still recieving a medication that was Discontinued. She says it wasnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was aware

Grievant (Inmate) Signature _____

## PART "B" - RESPONSE

17/9/07 - Referred to Medical Dr. Work and Nurse Riley - H. Gallard.
10/11/07 Seen by Dr. Warr this date. _____ *[signature]*

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

RLG-001

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_9/2_
LOCATION

Name _William Ellis_ Date _10-5-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenal_
_and orasol please._

Sign here for consent
to be treated by health staff:_____

## (Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _5 Oct 07_ Time Received _1900_

Officer _____ _Schrock_

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_ Date _10-0-07_

☐ Telephone Call       ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem       ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need some Tylenol and Orasol._

_Thanks_

**(Do Not Write Below This Line** – For Reply Only)

_Given Tylenol_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _6Oct07_   Time Received _____

Jailer

# INMATE REQUEST SLIP

G 12
LOCATION

Name _William Ellis_          Date _10-7-07_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need some Tylenol and erasol please._

---

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

---

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _7oct07_    Time Received _1900_

Jailer

# INMATE REQUEST SLIP _G12_

LOCATION

Name _William Ellis_    Date _10-8-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem        ☐ Other

====================================================

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenal and nasal please_

_____

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Tylenal X2_
_Nasal X2_

Approved _____ Denied _____ Collect Call _____

====================================================

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10-08-07_  Time Received _2001_

# INMATE REQUEST SLIP  G 12

LOCATION

Name _William Ellis_ Date _10 / 10 / 07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need some Tylenol and_
_orasol._

__(Do Not Write Below This Line__ – For Reply Only)

_Given Tylenol and Oral Gel_

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _10 Oct 07_    Time Received _1960_

Jailer

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_ Date _10-11-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some Tylenol and a cold please_

_Mr Ellis_

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Reg Rec 10/12 @ 1930_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

Jailer

# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_   Date _10/12/07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem      ☐ Other

Briefly Outline Your Request.  Give to Jailer

_I need some tylenol and raser_

(Do Not Write Below This Line -- For Reply Only)

_Tylenol x 2_

_Orasol x 2_

_10-12-07_

Approved _____   Denied _____   Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy        ☐ Sheriff

Date _10-12-07_    Time Received _1900_

Jailer

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

*Staff Copy.*

| Submitted By | | Received By: |
|---|---|---|
| Inmate's Name (last name first) William Ellis | CO's Name & ID Number COWURST  24 | 1900  OCT 4 |
| Housing Assignment G max | Shift Assignment | |

### PART "A" INMATE REQUEST

On tuesday oct the 2nd i made a inquiry with Mrs Riley why was i still recieving a medication that was Discontinued. she says it warnt. In the medication ledger it verify's that it was stopped. The other inquiry was if Dr. Warr was aw...

Grievant (Inmate) Signature

### PART "B" - RESPONSE

10/9/07- Referred to Medical Dr. Worr and Nurse Riley - H. Hallard.

10/15/07- Referred to Medical Dr. Warr and Nurse Riley - Pelford - H. Hallard - Leonard —

10/15/07 All medication corrections have been Made

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Receiving By _____ Date _____ Time _____

Submitted By William Ellis    Copy Received By _____

It is also a fact that im suffering from Chronic Anxiety with panic attacks.

It is also a fact that I provided him with pages of very detailed information.

My course of treatment is in my medical records. That is better than 5 years of the same treatment.

I have been to medical numerous times for the same problems. I have submitted numerous complaints written and verbal to medical.

The event of neglect is evident. I want my point of view understood and on record. "I'm in jail, fine. I will have my day in court. Then i am already being punished. I can live with that." It is not for Dr. Warr to decide what my punishment is or how it is administered.

His primary and only role is that of my health and well being. The medical unit here has made me suffer more than any jail or prison i've ever served in. So i can only assume that in his clouded political/medical opinion that its only right that i suffer. The part he is forgetting is when my visit with him is over i go back to my cell and i'm still in jail.

Lt. Holland this is going to cross your desk first. My issues are not with this facility. We get fed well and i have had no issues with any officers here. I have not asked for special privileges. Medical is not a privilege its a right. I may be half crazy from all the things i have had to endure, i assure you im far from stupid. As early as 19 years old i was thrown in to the lions den of Doctors. It took me a lot of learning then i became institutionalized. Every Doctor is different but regaurdless

of his difference he still has a code and guidelines to abide by. Are you aware of the oath he had to swear into as a Doctor? Most people arent it i am.

He is fully aware that if i receive another MRI and it shows more damage to my back while under is Care then he is responsible and accountable for that damage.

Dr Ware is leaving me no Choice but to fight back. I would much rather receive proper medical Care. The medical records are there but he does not acknowledge the because i had to take medication he does not agree with. Agree or not it works for me and it works well.

Look at my Jacket you never hear a peep out of me until it Comes to medical. Even Dr Smith in Muscoger County Jail told me i was in trouble, it was a lost Cause over here with medical. He has been treating me since i was 19.

With that said i want Dr. Ware to sign off on this grievance. That he will not treat me until February when and if i go to mental health. He will not go by my past records. He wont medicate me out of fear of making a mistake. I will also submit a request with this grievance.

Making this part of the record, if i do not recieve that request back in 7 days. I will attach a duplicate to another 1983 form and attach as a refusal to Comply.

Mr. Elles

## INMATE REQUEST SLIP

*G12*

LOCATION

Name _William Ellis_  Date _10-15-07_

☐ Telephone Call       ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  <u>Give to Jailer</u>

_I need some tylenol and orasol Please. I only been waiting 4 months to go to dentist_

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol and oralGel_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _15 Oct 07_  Time Received _1800_

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used.

| Submitted By: | | Received By: |
|---|---|---|

Inmate's Name (last name first) *Ellis William*

CO's Name & ID Number *Timothy Miller* #41

Housing Assignment *G maj*

Shift Assignment *B*

## PART "A" INMATE REQUEST

After the brief talk with Dr. Warr on Thursday the 11th. It is Clews that seeking any Resolve with my medical issues. Nothing Can be done until i go to mental health. Out of fear that "He" Dr. Warr Will make a mistake in my treatment. It a fact that he knows im in severe pain day and night. It a fact that im Clearly Depressed.

Grievant (Inmate) Signature *William L Ellis Sr*

## PART "B" - RESPONSE

10/15/07 - Referred to Medical Dr. Warr and Nurse Riley Polford. H. Holland Leonard —

10/16/07 East Alabama Mental Health has been contacted in reference to obtaining an appointment. —

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

PLG-021

That i had my first seizure. I was asked if i told any one. Seems every one but her know about it. Sgt San Nicolas, officer freem, officer Goodman.

She knows she just dont wont to hear it. Now im refused treatment until i see mental health.

I submitted 10 pages of inform times, places, events, to Dr. Warr to try and help him understand whats going on. That has been well over a week ago. The same information was submitted to Mr. Boswell.

So i assume that the reguard for his patients is little. His intrest seem to be that of pleasing Mrs Riley.

Reguardless of this being a Detention facility, im still a patient as well as an inmate. Do you just pick up a phone and Call the Doctor and tell him what you wont him to hear. Someone has Cut 2 medications that were giving my Seizures bad Problems.

When i have one, and your not even going to follow up. That is the first thing that should be done.

Dr Warr is not a Neurologist and when it comes to my Seizures has no Way to

Say what is or is not going on in my mind.
I have been under I well resp
Neurologist and i know the procedure and fallow
up that is to occour when i have one.
Under Rule 11, FEDERAL RULES OF C
Procedure this along with prior grievance's wu
be attached, as part of the record.
These Complaints are well grounded
on medical History and record. Not that of opion
or theroy But plain, facts.

Grievance attachment. Record 003. Part 1, A
to 1983. attachment.

Mr. Ellis

Appeal Notification, Went to medical 1:00 P.m
to follow up with Dr. warr. So he can tell me
that he made the inquiry with mental health and
i cant be seen until february and until then Im
just to be in jail. Until i go to mental health
Im not going to be treated. Because he dont wont to
make a mistake?
Well there has been so many mistakes
they hardly cant be counted I dont know what

the Connection is with Tina Riley and Dr. Warr. One thing I know she Control Medical. And him.

As far as mistakes, You have a R.N writing Down Doctors orders going over Charts. Making Diagnosis forging medical ledgers for Prescription Drugs.

If she will go in and put my Initial on the medical log for medication. Do you honestly think she wont make her own decision on treatment. Dr warr Puts his signature on what she writes.

What Dr. Warr is doing is a pure Violation of his Practice and he Knows it. As Part of the record im writing this appeal for refusal of treatment and not recieving treatment on this 11th day of October my Vitals were taken.

As part of this Grievance Procedure and report a formal Complaint Will be made with the U.S. Department of Health and Human Services. In Atlanta Ga.

A formal Grievance Will be filed as of 10/10/07. Against Tina Riley, Dr. Warr.

Punishment? that is when you go to Medical and Deal with these two. Jail is light Punisment Compared to medical.

Dr. warr doesn't wont to give me any medication because he will have to go by my previous medical records and what worked so well for me.

So i can only assume all the other doctors i seen were wrong and the medication that he doesnt agree with but reguardless they work well for me. Because they are Narcotic, Narcotics are a practical part of medicine. An everyday part of life.

This is Jail i agree the Criminals are in uniform. I make a dollar the right way and they show thier true side among other things. I have no Complaints to each his own but this is about my health and well being.

Someone needs to ask Dr. Warr to see the 10 pages of information i submitted to him. If i have to start sending my grievances to Mr Boswell i will but this has gone far enough.

I also need my medical records i came in with my own and they are not in my property. I have I property slips for those records and i need them to get Copies. They are also my hard Copy files.

In short this is a out of Control situation

# INMATE REQUEST SLIP  *G-12*

LOCATION

Name _William Ellis_  Date _10-16-07_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I need some tylenol and nasal.

<u>(Do Not Write Below This Line</u> – For Reply Only)

Given Tylenol

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _16 Oct 07_   Time Received _1400_

Jailer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12
LOCATION

Name _William Ellis_     Date _10-19-07_

# MEDICAL

Nature of complaint or illness:

Dr. Warr, Since i cant come to medical to see you. I need my pain medication im putting this request in writing as to make it part of the record. Also my anxiety medication that i was on prior to coming here. I also need an expla nation in writing if it is refused. As to attach to part of the record.

Sign here for consent
to be treated by health staff: _Will_

---

(Do Not Write Below This Line – For Reply Only)

10/22/07  Seen by Dr Warr

---

DOCTOR    ☐      DENTIST    ☐      OTHER    ☐

Date _19 Oct 07_     Time Received _Rec_

Officer _____    Scherer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G12*
LOCATION

Name *William Ellis*        Date *10-19-07*

# MEDICAL

Nature of complaint or illness:

*I need some tylenol and orasel please.*

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

*Given Tylenol and Oral Gel'*

DOCTOR      ☐        DENTIST      ☐        OTHER      ☐

Date *19Oct07*    Time Received _____*1900*_____

Officer _____*Schrod*_____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*GL2*
LOCATION

Name *William Ellis*    Date *10/20/07*

# MEDICAL

Nature of complaint or illness:

*I need some Tylinol and orasal please. I'm suffering bad with a broken tooth.*

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

*Given Tylenol and Oral Gel*

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date *20 Oct 07*    Time Received *1400*

Officer _____ *Schwab*

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

G 12
LOCATION

Name _William Lanier Ellis_    Date _10/21/07_

# MEDICAL

Nature of complaint or illness:

_Dr. Ware my throat is swelling again im brake out in my scalp and my right ear._

Sign here for consent
to be treated by health staff: _William J Ellis Sr_

### (Do Not Write Below This Line – For Reply Only)

_Referred to Dr. Ware_

10/22/07  P √

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _21 Oct 07_  Time Received _1900_

Officer _Schrunk_

# INMATE REQUEST SLIP

LOCATION _G/L_

Name _William Eiler_  Date _10/21/07_

☐ Telephone Call  ☐ Time Sheet

☐ Special Visit  ☑ Personal Problem  ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need some Tylenol and Oragel. My teeth is getting worse_

**(Do Not Write Below This Line –** For Reply Only)

_Given Tylenol and Oral Gel_

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _21 Oct 07_  Time Received _1900_

**Exhibit C – Part 4
Medical File of William Lanier Ellis, Sr.**

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

Case # 3:07-CV-920

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) William James Ellis Sr. | CO's Name & ID Number Brown, C 38 |
| Housing Assignment | Shift Assignment D-Day |

Lt Holland

### PART "A" INMATE REQUEST

Im glad you were in medical, now you see what im dealing with. I have exausted all efforts to go along with Dr Warr. Im suffering and there is no end to it, its day and night, night and day it never ends. Im trying to meet Dr Warr but

Grievant (Inmate) Signature  William Ellis

### PART "B" - RESPONSE

10-22-07- Thanks for all the info, I will forward a copy of this letter to medical to add to their Records.

J.F. Holland
10/20/07

102207  Rec'd copy for medical chart.

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice a statement of the basis for my appeal.

Appeal Received By: _____ Date _____ Time _____

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

*Case # 3:07 - CV - 920*

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first) *William Lamar Ellis Sr.* | CO's Name & ID Number *Brown D 38* | |
| Housing Assignment | Shift Assignment *D-Day* | |

### PART "A" INMATE REQUEST

*Lt Holland*

*Im glad you were in medical. now you see what im dealing with. I have exausted all efforts to go along with Dr Warn. Im suffering and there is no end to it, its day and night, night and day it never ends. Im trying to meet Dr Warn but*

Grievant (Inmate) Signature *William Ellis*

### PART "B" - RESPONSE

*10-22-07 - Thanks for all the info, I will forward a copy of this letter to medical to add to their records.*

*H. Holland*
*10/20/07*

*102207 Rec'd copy for medical chart.*

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

### PART "C" - RECEIPT

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

### PART "D" - RETURN RECEIPT

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

### APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

I refuse to back down. You heard him say he knows im in pain and it'll get worse. It already has got worse and he think i wont drugs to feel good? Give me a break that is just absurd.

I dont appreciate being treated like a drug addict. I never abused my medication. Furthermore i've never had a drug Charge.

Having a Licence to practice medicine does not give you the right to abuse people. This is about the 4, or 5 time i have seen him for my throat and ears. Rather than look a little deeper to find out why. It will be Covered up for a month or so then happen again. The last time was August.

I assure you, if he thinks or Mrs Riley thinks im going to back off, it wont happen. Also if he thinks that he is going to get all my previous Dr.'s go against their own records its slim to none.

If he is knowingly make me suffer then he will have to answer for that. This never should have went this far. As of 11/1/07 it will be made public record. I also Caution the gathering of my medical records with out my hand written Consent, furthermore by phone, Voice fax.

As i made it known in your presence, this is not about me being in Jail. Im suffering Lt Holland as i made it known to you before this is one of the better facility's ie been in.

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first)<br>*William E. Ellis* | CO's Name & ID Number |
| Housing Assignment<br>*Red May* | Shift Assignment |

**PART "A" INMATE REQUEST**

This grievance is to follow with the 2 Recently submitted, 10/9 an 10/15 both refered back to medical and both went un answered by Medical. If this grievance procedure is now a useless appendage please so advise. So i Can advise the Court. (Civil suit # 3:07-CV-920-MHT).

Grievant (Inmate) Signature *William L Ellis*

**PART "B" - RESPONSE**

10-22-07 - Please read in your inmate hand-book that a grievance form should be submitted when you are subjected to certain conductions. It appears that you do not even try to get an answer through inmate request slip.

*A. Hurd* 10/22/07

* Copy refered to Nurse Peaton 10/22/07

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

**PART "C" - RECEIPT**

Return To _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

**PART "D" - RETURN RECEIPT**

Returned To _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

**APPEAL NOTIFICATION**

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal

Appeal Received By _____ Date _____ Time _____

Submitted By _____ Copy Received By _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION

Name _William James Ellis_ Date _10-25-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and some orasol
Please. also e need some antibiotic
Cream for my ear._

Sign here for consent
to be treated by health staff:_____

**(Do Not Write Below This Line** – For Reply Only)

_10/26/07    Oral gel given_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _10-23-07_    Time Received _0115_

Officer _Smith_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_G 12_
LOCATION

Name _William Lane Ell_ Date _10-26-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylenol and nasal please,_

Sign here for consent
to be treated by health staff: _____

## (Do Not Write Below This Line – For Reply Only)

_Reg rec 10/28/07_
_@ 3045_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date _10-27-07_    Time Received _0800_

Officer _Smith_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

_1 12_
LOCATION

Name _William Ellis_   Date _10-29-07_

# MEDICAL

=====================================================

Nature of complaint or illness:

_I need some Tylenol and antibiotic_
_ointment_

_____

_____

_____

_____

_____

Sign here for consent
to be treated by health staff: _____

=====================================================

## (Do Not Write Below This Line – For Reply Only)

_____

_Given Tylenol and antibiotic_

_____

_____

_____

_____

DOCTOR   ☐          DENTIST   ☐          OTHER   ☐

=====================================================

Date _29oct07_    Time Received _____ _1900_

Officer _____ _Schock_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G/2_

LOCATION

Name _William Ellis_ Date _10-30-07_

# MEDICAL

Nature of complaint or illness:

_I need some tyglenol and something for upset stomach_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _30 Oct 07_    Time Received _1900_

Officer _____ _Schrock_

RUSSELL COUNTY JAIL

MEDICATION ADMINISTRATION RECORD

REPORT DATE : 11/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| �archivOXEN 500 MG TABLET 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 64.8MG TABLET TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50 MG TABLET TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mirtazapine 30mg 1 tablet @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chlorpromazine 50mg 1 tablet @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tramadol 100mg 1 tab @ bedtime | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tramadol 50mg 1 tab in AM | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | TM | TM | | | | | | |
| L | | (MLd) | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | SM | SM | SM | DC | FB | SM | SM | FB | FB |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | TM | TM | | | | TM | TM | W | S |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | FB | SM | SM | FB | FB | | SM | SM | | FB |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | TM | | | | S | S | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | SM | | | | | | SM | SM | FB | FB | SM |

CHARTING FOR   11/01/07   THROUGH   11/30/07   PAGE   1 OF 1

| Physician | WARR, STURGEON | Telephone No. | 334-298-8621 | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | WARR, STURGEON | Alt. Telephone | 334-298-8621 | 580540 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| RESIDENT | ELLIS, WILLIAM | D.O.B. 05/09/1970 | Sex M | Room # RJ40 | Patient Code ELWILL | Admission Date 10/10/06 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Diphen Hydramine 50mg    2000

3 Days only
Cold Pack    0800    Void    XXX
             2000                XXX

Acetaminophen 325mg    0800
2 table 2x day         2000

Tramadol 50mg          0800
1 tab twice daily      2000

Lopressor 100mg        0800
1 tab twice daily      2000

Robaxin                0800
1 tab twice daily      2000

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | AM | AM | WT | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | SAM | SAM | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | A | | | | S | A | M | D | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | SAM | MOS | FB | FB | FB | SAM | SAM | FB | FB | | |

CHARTING FOR _____ THROUGH _____

Physician _____ Telephone No. _____ Medical Record No. _____
Alt. Physician _____ Alt. Telephone _____
Allergies _____ Rehabilitative Potential _____

Diagnosis _____

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | |
|---|---|---|---|---|
| | | | Title: | Date: |
| | | D.O.B. | Sex | Room # |
| RESIDENT  Ellis William | | Patient Code | Admission Date | |

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_G 12_
LOCATION

Name _William Elli_    Date _11-2-07_

# M E D I C A L

Nature of complaint or illness:

_I need some Tylenol and antibiotic Cream_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol and Antibiotic_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _3 Nov 07_    Time Received _19:00_

Officer _Schwad_

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

LOCATION _G-12_

Name _William Elli_ Date _11-2-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylenol and Antibiotic ointment_

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

_Given Tylenol and Antibiotic_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _2 Nov 07_   Time Received _1900_

Officer _Schrad_

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

*4/2*

LOCATION

Name _William Elli_    Date _11-4-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylinol and nasol and sonther for cough_

Sign here for consent
to be treated by health staff: _____

___(Do Not Write Below This Line___ -- For Reply Only)

_Give Glaicon_

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _4 Nov 07_    Time Received _1900_

Officer _Schoel_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G-12* LOCATION

Name *William Ellis*          Date *11-6-07*

# MEDICAL

Nature of complaint or illness:

*Mrs Riley on 10-16-07 i submitted a request for a Copy of my medical records, 20 days later im still waiting for a Copy of that request and my records. I Came in with my own records I need all of my records.*

*Mr Ellis*

Sign here for consent
to be treated by health staff: *William Ellis*

(Do Not Write Below This Line – For Reply Only)

*11/7/07   Medical must be supoenaed*

DOCTOR  ☐          DENTIST  ☐          OTHER  ☐

Date *11-7-7*      Time Received *09:05*

Officer

## INMATE REQUEST FORM

Prentiss Griffith Detention Facility     G 12

LOCATION

Name _William E Ellis_     Date _11-6-07_

# MEDICAL

Nature of complaint or illness:

Mrs Riley please put me down to see the doctor i was supposed to see him last thursday, then it was changed to friday. I still havent seen anyone I even asked you to move me up front if thats what it took for me to get some relif once again im asking for help William Ellis

Sign here for consent to be treated by health staff

**(Do Not Write Below This Line – For Reply Only)**

11/07/07 Dr. Warr made discussion to see you @ a different date.

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |

Date _11-7-7_     Time Received _07:05_

Officer _____

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G-12

LOCATION

Name _William E. Ellis_    Date _11-4-07_

# MEDICAL

Nature of complaint or illness:

_Mrs Riley i need something, a tens unit different pain meds something has to give. My right hip and leg are just plainly in terrible shape. My last 3 fingers all the way up My elbow into my shoulder are a never ending assult of pain_

Sign here for consent
to be treated by health staff: _William J. Ellis_

---

(Do Not Write Below This Line – For Reply Only)

11/7/07 Discuss c Dr Wars

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _11-7-07_    Time Received _09:05_

Officer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_LOCATION_

Name _William Lanis El_   Date _11-7-07_

# MEDICAL

Nature of complaint or illness:

_almost some Tylenol and Some Cough syrup_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Guaicon and Tylenol_

DOCTOR ☐      DENTIST ☐      OTHER ☐

Date _7Nov07_   Time Received _1400_

Officer _Schrenk_

# INMATE REQUEST SLIP

**LOCATION** _412_

Name _William Ellis_ Date _11-8-07_

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some Cough Syrup_
_and Tylenol_

**(<u>Do Not Write Below This Line</u> – For Reply Only)**

_Given Tylenol_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date _8 Nov 07_ Time Received _1500_

Jailer _____

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

7 12
LOCATION

Name _William Lanier Ellis_  Date _11-12-07_

# MEDICAL

Nature of complaint or illness:

_I need some Cough Syrup and Tylenol ; ~~~~~~ for a Cold please_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR  ☐        DENTIST  ☐        OTHER  ☐

Date _12 Nov 07_  Time Received _1900_

Officer _____ _Schimel_

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

*G 12*
LOCATION

Name *William E. Ellis*    Date *11-13-07*

# MEDICAL

Nature of complaint or illness:

*I need some Cough Syrup and Tylenol for cold*

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

*Req rec 11/14*

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date *11/13/07*    Time Received *0700*

Officer *C M Ellis*

# INMATE REQUEST SLIP

LOCATION

Name _William Eddie_   Date _11-13-07_

☐ Telephone Call   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

I need some tylenol for my back
and something for a cold.

<u>(Do Not Write Below This Line</u> – For Reply Only)

Given Tylenol

Approved _____   Denied _____   Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _13/06/07_   Time Received _1800_

Jailer _____

**SUMMIT HOSPITAL**
**4401 RIVER CHASE DRIVE**
**PHENIX CITY, AL 36867**

RADIOLOGY CONSULTATION REPORT

PATIENT:                    ELLIS, WILLIAM
DOB:                        05/09/1970
DATE OF SERVICE:            11/14/2007
MRN:                        17640
STUDY ID:                   932232
ACCESSION #:                00302240000100
ORDERING PHYSICIAN:         WARR,
PATIENT LOCATION:           outpatient

**FINAL REPORT**
**PROCEDURE:**                  NONENHANCED LUMBAR SPINE MR
**INDICATION - DIAGNOSIS:**     Low back and bilateral leg pain for five months.  No surgery.  No
                            injury.
**PRIORS:**                     No correlative radiography or CT.
**TECHNIQUE:**                  T1 and T2-weighted axial and sagittal.

**EXAM FINDINGS:**

Overall alignment and vertebral body statures are normal.  Assuming five lumbar disk spaces, the conus
is unremarkable at L1-L2.

At L4-L5, the disk space is very subtly narrowed and desiccated, associated with asymmetric
broad-based disk protrusion, eccentric to the right.  Maximal AP disk protrusion is 6 mm right
paracentrally, 5 mm centrally, and 4 mm left paracentrally.  The thecal sac is diffusely effaced anteriorly.
Disk is contiguous with the right L5 roots bilaterally with the right L5 root displaced laterally and
posteriorly.  There is no lateral recess, neural foraminal or central stenosis.

Other disk space levels are unremarkable.

Minimal degenerative changes are present in mid and lower lumbar facet joints.

Marrow signal is normal.  There is no paraskeletal soft tissue mass.

**IMPRESSION:**
Degenerative disk disease L4-L5, with broad-based central disk protrusion, eccentric to the right,
associated with a transverse annular tear.

Page 1

Optimal Readings Professional Services
Phone: (205) 802-7725
Support: (800) 956-0179

**SUMMIT HOSPITAL**
**4401 RIVER CHASE DRIVE**
**PHENIX CITY, AL 36867**

RADIOLOGY CONSULTATION REPORT

PATIENT:                    ELLIS, WILLIAM
DOB:                        05/09/1970
DATE OF SERVICE:            11/14/2007
MRN:                        17640
STUDY ID:                   932232
ACCESSION #:                00302240000100
ORDERING PHYSICIAN:         WARR,
PATIENT LOCATION:           outpatient

This report has been electronically authenticated

Ken Beil, MD
KB/cs/ 932232
DD: 11/14/2007 @ 10:45 AM DT: 11/14/2007 @ 12:33 PM
  cc:   Summit Hospital - Radiology fax

Page 2

Optimal Readings Professional Services
Phone: (205) 802-7725
Support: (800) 956-0179

*Case # 3:07 - CV-920-MHT*

# INMATE REQUEST SLIP    G-12

LOCATION

Name _William Ellis_    Date _11-14-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give to Jailer</u>

_I need some Tylenol for my
back and legs and something
for a cold_

<u>(Do Not Write Below This Line</u> – For Reply Only)

Approved __X__    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _11/14_    Time Received _1740_

Jailer

Cas # 3:07 CV 720 MHT

meddof

# INMATE REQUEST SLIP

G/2

**LOCATION**

Name _William Ellis_    Date _11-15-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

I would sine tylenol for my
neck and legs. Nurse even
Discontinued the Maproten Rx.
to it upsetting my stomach. She has
allowed me tylenol. I sent a request
in last and it

(**Do Not Write Below This Line** – For Reply Only)

You are getting
Tramadel 100mg
for pain

Approved ✓    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

Jailer

# INMATE REQUEST SLIP     G 12
### LOCATION

Name _William Ellis_     Date _4-16-07_

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request.  __Give to Jailer__

_I need something for a Cold and some Tylenol_

__(Do Not Write Below This Line__ – For Reply Only)

_Given Tylenol and Omnican_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _16 Nov 07_   Time Received _1900_

Jailer

Medical

## INMATE REQUEST SLIP

G 12

**LOCATION**

Name _William Ellis_ Date _11-17-07_

☐ Telephone Call  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☐ Other

Briefly Outline Your Request.  <u>Give to Jailer</u>

I need some tylenol for my back
and legs and something for Cold.
Also im to be getting a
snack, i get one in the A.M.
But not P.M. I take more meds at
P.M.

Mr. Ellis

<u>(Do Not Write Below This Line</u> – For Reply Only)

Given Tylenol and Guaixon
Will check record for snack

Medical

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _17 Nov 07_ Time Received _1500_

Jailer  S.1

*Medical*

## INMATE REQUEST SLIP  G12

LOCATION

Name _William Ellis_    Date _11-18-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

_I need some tylenol for my back and legs something for a cold & Antacid_

**(Do Not Write Below This Line** – For Reply Only)

_gave tylenol & Antacid c/o se_

Approved _____    Denied _____    Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.**

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _11/18/7_    Time Received _2135_

Jailer _c/o Bibb..._

# INMATE REQUEST FORM

### Prentiss Griffith Detention Facility

G-12
LOCATION

Name _William K Ellis_ Date _11-21-07_

# MEDICAL

Nature of complaint or illness:

Dr, w arr as your aware I fell on the 20 TH
and Was Sent to the Er. My Back and legs are
locking toubley in muscle spasms The pain
in my spine has moved up 4 to 6 inches in the
lower part of my spine. Although nothing shows
broken on an X-ray. It wont show the type
Damage i have. As a note to your records My

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

Referred to Dr Warr

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _21 Nov 07_   Time Received _1500_

Officer _____ Schnel

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G/2*

LOCATION

Name *William Ellis*          Date *11-21-07*

# MEDICAL

Nature of complaint or illness:

*B.P. was 153/100 & 148/93, 143/98 at any rate that is extremely high and if i recall the last 4 or 5 times i was checked, with the exception of my visit my B.P. has remained to stay high. However at the present time my B.P. is at the bottom of my list for concerns i'm coming to you as a man Dr. Warr and asking you to*

Sign here for consent
to be treated by health staff: _____

_____

(Do Not Write Below This Line – For Reply Only)

_____

_____

_____

_____

_____

_____

| DOCTOR ☐ | DENTIST ☐ | OTHER ☐ |
|---|---|---|

Date *21 Nov 07*   Time Received *1500*

Officer *Schmd*

#3

# INMATE REQUEST FORM
Prentiss Griffith Detention Facility

G 12

LOCATION

Name _William Ellis_    Date _11-21-07_

# MEDICAL

Nature of complaint or illness:

Please take in Consideration me hitting a Concrete
floor was the last thing i needed. To make it
Clear so their are no misunderstandings I hit
the floor full impact on my Tailbone or S1
I hope that no one else pops a waterbag in the
Dayroom. Now im paying for someone else's
this injury is already affecting me

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_____

_____

_____

_____

_____

DOCTOR    ☐         DENTIST    ☐         OTHER    ☐

Date _21 Nov 07_    Time Received _1900_



**COLUMBUS REGIONAL**
Pharmacy

STADIUM PHARMACY
1 STADIUM DR., STE.100
PHENIX CITY, AL 36867
334-291-4255

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RX # 6143925

ELLIS, WILLIAM
RUSSELL COUNTY JAIL
PHENIX CITY, AL
334-298-8621

DR.J. LIN
11/21/07
TOTAL       13.88
ACETAMINOPHEN 32

ACETAMINOPHEN 325 MG TAB
    100 TAB          J
ORG DT- 11/21/07
24385-0403-78

HIPAA ACK:  N    05/09/70

RX# 6143925
SUBTOTAL             13.88
TOTAL DUE            13.88
NET CHARGE           13.88
                     13.8

11/21/07  16:06  SB   0022047

CHARGE

ELLIS, WILLIAM
****************************
FREE DELIVERY--ASK FOR
****************************

handout.

S:

S PRESCRIBED

SYMPTOMS GET WORSE OR DO NOT GET ANY BETTER

H DR. IN 1 WEEK

Contusion

ULD KNOW:

ı-too-shun) is also called a bruise. A contusion is caused by an injury that
the skin. Bleeding under the skin causes it to look black and blue. You may
or swelling. Many things cause bruises. But some common causes are by
things, falling, or being kicked or hit. As the bruise heals, the skin changes
ourple to green and then yellow. It may take 2 or 3 weeks for the bruising to go
ay.

**INSTRUCTIONS:**

- Your medicines are: _____ .

  o Keep a written list of what medicines you take and when and why you take them.
  Bring the list of your medicines or the pill bottles when you see your caregivers.
  Learn why you take each medicine. Ask your caregiver for information about your
  medicines. Do not take any medicines without first talking to caregivers.

  o Always take your medicine as directed by caregivers. Call your caregiver if you
  think your medicines are not helping or if you feel you are having side effects. Do
  not quit taking it until you discuss it with your caregiver. If you are taking
  antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel
  better.

  o **Over-the-counter pain medicine:** You may use over-the-counter (OTC) pain
  medicines, such as ibuprofen or acetaminophen, for pain or swelling. These
  medicines may be bought without a caregiver's order. These medicines are safe for
  most people to use. However, they can cause serious problems when they are not
  used correctly. People with certain medical conditions, or using certain other
  medicines are at a higher risk for problems. Using too much, or using these
  medicines for longer than the label says can also cause problems. Follow direction

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION

Name _William Ellis_        Date _11-22-07_

# MEDICAL

Nature of complaint or illness:

_Could someone please come and_
_check my blood pressure. It has_
_remained high since Tuesday my_
_head wont stop hurting and im numb_
_on the left side of my scalp_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line -- For Reply Only)

DOCTOR  ☐        DENTIST  ☐        OTHER  ☐

Date _22 Nov 07_   Time Received _1900_

Officer _Edward_

# INMATE REQUEST FORM
### Prentiss Griffith Detention Facility

_G12_

LOCATION

Name _William Ellis_          Date _11-27-07_

# MEDICAL

Nature of complaint or illness:

_I need some tylonol and something for a cold._

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line -- For Reply Only)

_Given Tylenol and Guaicon_

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _22 Nov 07_    Time Received _1900_

Officer _____    _Schrand_

# INMATE REQUEST SLIP

_G12_
LOCATION

Name _William James Gillis_    Date _11-26-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☑ Personal Problem        ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

_I need some tylenol for my back and
legs. Also some Cold tablets and
Cough syrup_

<u>(Do Not Write Below This Line</u> – For Reply Only)

_Civilian Guaison_

Approved _____ Denied _____ Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.**

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _26 Nov 07_    Time Received _1500_

_Schwal_

# INMATE REQUEST SLIP

LOCATION _____

Name _William Ellis_      Date _11-27-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☑ Personal Problem        ☐ Other

**Briefly Outline Your Request.** **Give to Jailer**

_I need some Tylenol and something for a Cold + Cough Syrup_

**(Do Not Write Below This Line** – For **Reply Only)**

_Given Tylenol and Guercon_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _27 Nov 07_      Time Received _1800_

_Shaw l_



# RUSSELL COUNTY SHERIFF OFFICE
## CORRECTIONAL HEALTH
### TINA RILEY-PELFREY, LPN CCHP
TEL: (334) 298-8621          FAX: (334) 297-5130

# FAX

*William Ellis*
HAS AN APPOINTMENT WITH
**DR. TRACY L. HARTFORD**
AUBURN CHIROPRACTIC ASSOCIATES
1735 E. University Drive, Suite 103
Auburn, AL 36830
(334) 826-2225
ON

MON. *12-10* *before* AT *7:30*
TUES. _____ AT _____
WED. *12-12* AT *7:30*
THURS. _____ AT _____
FRI. *12-14* _____ *730*
SAT. _____ AT _____

We reserve the right to charge for appointments cancelled or broken without 24 hours advance notice.

TO: _____ AUB____

FAX #: _____

PHONE #: _____

RE: _____

___ URGEN____          ___ PLEASE COMMENT ___

FROM: _____ RUSSEL____

PAGES: _____ 2

DATE: _____ 11/27/200___

CC: _____

*William*
HAS AN APPOINTMENT WITH
**DR. TRACY L. HARTFORD**
AUBURN CHIROPRACTIC ASSOCIATES
1735 E. University Drive, Suite 103
Auburn, AL 36830
(334) 826-2225
ON

MON. _____ AT _____
TUES. _____ AT _____
WED. _____ AT _____
THURS. _____ AT _____
FRI. *12 - 7* AT *1:00*
SAT. _____ AT _____

We reserve the right to charge for appointments cancelled or broken without 24 hours advance notice.

## NOTES:



## RUSSELL COUNTY SHERIFF'S DEPARTMENT
TOMMY BOSWELL, SHERIFF
POST OFFICE BOX 640
PHENIX CITY, ALABAMA
36868 - 0640
( 334 ) 298-6535
FAX ( 334 ) 291-7667

**Auburn Chiropractic Associates**
**1735 E. University Drive**
**Auburn, Alabama   36830**

   **RE: William Ellis**

**Please send all charges on the above patient to the following:**

   **Russell County Commission**
   **Post Office Box 969**
   **Phenix City, AL   36868**

**You consideration regarding this matter will be greatly appreciated.**

**Sincerely,**

*T.Riley-Pelfrey, LPN-CCHP*

**T.Riley-Pelfrey, LPN-CCHP**
**Medical Division**
**Russell County Jail**



# INMATE REQUEST SLIP

LOCATION

Name _William Ellis_    Date _11-30-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_I need some tylenol for my back and legs and some cough syrup for a cold_

**(Do Not Write Below This Line** – For Reply Only)

_Given Tylenol and Guaicon_

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _30Nov07_    Time Received _1800_

Jailer



# AUBURN CHIROPRACTIC ASSOCIATES
## DR. TRACY L. HARTFORD
1735 East University Drive, Suite 103
Auburn, Alabama 36830

Telephone: (334) 826-2225
Fax: (334) 826-2254

*December 3, 2007*

| Post-it® Fax Note | 7671 | Date | | # of pages ▶ |
|---|---|---|---|---|
| To Dr Warr / Riley | | From Sissy | | |
| Co./Dept. | | Co. | | |
| Phone # | | Phone # 334 4262225 | | |
| Fax # | | Fax # 334 826-2254 | | |

*RE: Mr. William Ellis*

*To Whom It May Concern:*

*We are presently treating Mr. William Ellis for lower back pain with associated right leg pain. The treatment regimen that we have recommended is three times per week for two weeks with re-evaluation following the last treatment. We have scheduled his next treatment for December 5, 2007 at 8:00 a.m.*

*Please call if you have any questions.*

*Sincerely,*

*Dr. Tracy L. Hartford*

# INMATE REQUEST SLIP

**LOCATION**

Name _William Ellis_          Date _12-11-07_

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem      ☐ Other

Briefly Outline Your Request. **Give to Jailer**

on doing about the injury in the upper part
of my back that is affecting my shoulders
arms and fingers. The same way my hips
and legs are being affected. After next week
i will turn over my Case to Southern Poverty
Law Center to resolve my issues.

Mr. Ellis

**(Do Not Write Below This Line** – For Reply Only)

Approved _____ Denied _____ Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.**

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _12-4-7_    Time Received _10:25_

Jailer

# INMATE REQUEST SLIP

_G12_
**LOCATION**

Name _William Stein_          Date _12·4·07_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit       ☒ Personal Problem      ☐ Other

**Briefly Outline Your Request.  Give to Jailer**

_in the hands of a person that is the
equivalent to an unlicensed podiatrist. I'm
under the assumption you thought one time would
fix my back. 3 times Per week for 6 weeks
if i Could stand it that's pure torture It
was. then you Cut my pain medication after
7 days. My question is what do you plan_

**(Do Not Write Below This Line** – For Reply Only)

Approved _____   Denied _____   Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.**
☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _12-4-7_   Time Received _1095_

# INMATE REQUEST SLIP

_G12_
**LOCATION**

Name _William L Ellis_          Date _12-4-07_

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

Dr. Ware I'm not sure what the motive's was to
put me in traction. My injuries are way to sever
for traction. Even the Chiropractor thought i needed
to see a ortopedic Dr. Traction is rarely used
anymore for back injuries. I would never let any-
one that is not a Medical Doctor do traction on
me. It's scary that you would put my health

<u>(Do Not Write Below This Line</u> – For Reply Only)

_____

_____

_____

_____

Approved _____    Denied _____    Collect Call_____

**All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.**

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _12-4-_    Time Received _845_

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility      *G 12*

LOCATION

Name *William Ellis*      Date *12-4-07*

# MEDICAL

Nature of complaint or illness:

*Dr. Warr, I'm not getting the muscle relaxer at night. The medication log has me down for 1 tablet twice a day. Also (2) tramadol at night I'm only getting one. I will make it known to you I'm already paranoid of any and all officers around me. The amount of pain I'm in with no sleep makes it worse.*

Sign here for consent
to be treated by health staff: _____

(<u>Do Not Write Below This Line</u> – For Reply Only)

*12/6/07 Rec'd*

DOCTOR  ☐      DENTIST  ☐      OTHER  ☐

Date *5 Dec 07*    Time Received *1900*

Officer  *Edward*

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility    _G 12_
LOCATION

Name _William E Ell_        Date _12-5-07_

# MEDICAL

Nature of complaint or illness:

_I need some Tylanof for my back
and Something for cold,_

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

_Given Tylenol_

DOCTOR ☐        DENTIST ☐        OTHER ☐

Date _5 Dec 07_    Time Received _1500_

Officer _Schrad_

# INMATE REQUEST SLIP

LOCATION _612_

Name _William Ellis_   Date _12-9-07_

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

**Briefly Outline Your Request. Give to Jailer**

asked me to try it and i did i cant take it
your subjecting me to more punishment. No
mo again either i refuse it here or there
But i wont be subjected to anymore treatment
from someone who isnt a docter. If she
makes a mistake el pay for it.

_Mr Ellis_

**(Do Not Write Below This Line** – For Reply Only)

_____

_____

_____

_____

_____

Approved _____ Denied _____ Collect Call _____

**All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.**

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date _12-09-07_   Time Received _2041_

Jailer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

_____ LOCATION

Name _William Ellis_    Date _12-9-07_

# MEDICAL

Nature of complaint or illness:

On Friday the 7th i went back to th Chiropractor and was given a back adjustment. Im still paying for that. tommrow morning im going back. i refuse to be poked or pulled anymore. If you send me i'll refuse it up there your making a bad problem worse and im the one suffering for it. Dr. Warr

Sign here for consent
to be treated by health staff: _____

(Do Not Write Below This Line – For Reply Only)

12/10/07 Transparted to Aubun
Clinic and refused tx.

DOCTOR ☐    DENTIST ☐    OTHER ☐

Date _12-09-07_ Time Received _2041_

Officer _____

**Exhibit C – Part 5**
**Medical File of William Lanier Ellis, Sr.**

Ellis, William

| Date/Time | | Nurse Signature |
|---|---|---|
| | V/S: 129/85 - 86 - 18 - 97.2  97% | |
| 102306 1040 | C/o cold symptoms / C/o ear and throat discomfort @ abscessed tonsil. | |
| | Doxy 100mg bid x 7 days Claritin-D qd x 3 days | |
| | Flu in 10 days. | |
| | (* Admits has never been seen by an orthopedic physician for back) | |
| | cont on Rx in pocket | |
| noted 102306 ✓ | | |
| | V/S: 148/86 - 105 - 16 - 975     98% | |
| 110606 1235 | FU: ? cotton / toilet paper @ ear | |
| | tonsils looked much better this date. | |
| | — flush both ears | |
| | wax in ® ear | |
| | cotton in Ⓛ ear | |
| | Large amt of cotton / tissue removed from Ⓛ ear. | |
| 03/09/07 | Readm via Muscogee Co Jail Brought ℔ 60mg for 3x/day (45 total) | |
| 03/10/07 | Started back on ℔ 60mg 3x/day Ultram 50mg po   MK Ennis RN | |
| | V/S: 123/79 - 88 - 16 - 98°     99% | |
| 031207 1045 BS: 110 | Rebooked into facility. 36 y/o wm denies suffering c any additional medical conditions other than prior mention. Family hx DM. | |
| | HEENT: ∅ LUNGS: clear HEART: NSR s(o) AB: NT/BS x4 EXT: good ROM / ∅ edema NEURO: WNL SKIN: normal | — Contact Lee Co for medical information. Phenobarb 60mg bid Naproxen 500mg qHS |
| | V/S: 159/99.93-16 - 975     98% | |
| 04607 1250 | C/o problems c sinus: Cold combo bid x 5 days | |
| noted 04607 | | |

Ellis William

| Date/ Time | | Nurse Signature |
|---|---|---|
| | V/S : 155/99 -100-18- 96⁷ 100⁹/₄ | |
| 061107 12³⁰ | C/o continue back pain (Given blue mattress Friday 6/8/07 to assist on care. Ultram 50mg bid Obtain copy of MRI i CT Scan in 2005. ——— | |
| 062607 0930 | Moved to cell & bunk for C/o discomfort from Sleeping on boat. | Pelfrey Lane AP |
| 1630 | Med-Care unable to locate consent form. Re-faxed. ——— | Pelfrey Lane AP |
| 062807 0750 | Med-Care 322-2223  —  No answer | Pelfrey Lane AP |
| 0840 | Dr. Wan spoke c. office manager and was informed information will be faxed within the next few hours ——— | Pelfrey Lane AP |
| 1115 | Seen by Dr. Wan. Muscle rub to be given ↑ Naproxen 500mg bid  call Dr. Lucko - 706-320-6959 | |
| 1355 | Clasity @ St. Francis Medical Records state 0 MRI done @ that Hospital since 2000. Will fax radiology results on file. ——— | Pelfrey Lane AP |
| 072407 | Transported to appt c̄ Dr. Canedo. ——— | Pelfrey Lane AP |
| 8/16/07 | call Drs Imprs about Nursing treated High cost to count order. He ordered Busnar Clarhin D → qd x 3 Buspar 10mg ↓ HS | |

| Date/Time | | Nurse Signature |
|---|---|---|
| 071307 | Dr. Canedo | |
| 1000 | 7/24/07   1³⁰ pm. | Jeffrey Rowe CRNP |
| | | |
| 8/16/07 | call Wm Langes about court order | |
| | to get Mental Health Eval. | |

Ellis, William

| Date/<br>Time | | Nurse<br>Signature |
|---|---|---|
| | 147/91 - 94 - 18 - 97 100% | |
| 090607<br>1120 | C/o sore throat — Allergy —<br>lymph nodes swollen both sides neck<br>Sudafed ÷ qHS x 14 days<br>DC Buspar<br>Effexor XR 75mg ÷ qAm | |
| 092107<br>0830 | Refused Effexor XR 75mg stating too many side<br>effects. Did not offer to explain symptoms<br>or effects. | O Rufrey Lopez RN |
| 100907 | Contacted EAMH — ref. to intake. Appts<br>being scheduled for 2/08, requested to have<br>one ASAP. To call back.<br>V/S: 145/99 - 81 - 16 - 96.5 100% | O Rufrey Lopez RN |
| 101107<br>1255 | Discuss status of EAMH appt.<br>not able to get one at<br>this time - will get<br>one as soon as possible | |
| 102207<br>1135 | C/o swelling of throat   V/S: 96 - 106 - 18 - 97° 100%<br>- broke out in ears<br>Cold combo bid x 5 days<br>Throat red, Tripta - Rx for<br>5 days<br>Noted 102207 3RP | |
| 111207<br>0935 | Continues to c/o back pain, states feels as though<br>injury occurred when arrested when L/E placed<br>knee in back during arrest.<br>DC Naproxen ↑ Tramadol HS 100mg   111407  8³⁰  Summit.<br>MRI - Lumbar / sacral<br>Chest exam. Knot 3° V Surgery<br>psoa wise left B/L Surgery<br>his Rx needed at this time | |

*Ellis William*

| Date/Time | V/s: 153/95 - 133-18-97' 100% | Nurse Signature |
|---|---|---|
| 112607 1150 | Flu: MRI results | |
| | *Cont Rx c Progression* | |
| | *Advance Pain in back worse* | |
| | *will try Flexeril + Am. Pm* | |
| | *changes transfer to c Am, pm* | |
| | Lorcisen 100mg. bid. | |
| 112707 1425 | Auburn Chiropractic Associates | |
| | (334) 826-2254 fax) | |
| | 9³⁰ CST Wednesday. | |
| | Letter faxed — responsible for charges. — | *Steffrey Lovece* |
| 112807 0930 | Rec'd call from Dr. Hartford's office (Auburn Chiro.) to reschedule appt until Thurs. 11/29/07 @ 3⁰⁰p. Called dispatch to have deputy return c ✓-3. | *Steffrey Lovece* |
| 112907 1400 | Transported to appt @ Auburn Chiropractic. — | *Steffrey Lovece* |
| 120507 | Appt c Dr. Tracy Hartford. Flu on 12/07/07. — | *Steffrey Lovece* |
| 12/07/07 1:00 | Appt Auburn Chiropractic - Dr. Tracy Hartford. | *Steffrey Lovece* |
| 12/10/07 | Transported to Auburn Chiropractic — refused treatment. | *Steffrey Lovece* |
| | | |
| | | |
| | | |

#1

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

*G12*

LOCATION

Name *William Ellis*          Date *12-30-07*

# MEDICAL

Nature of complaint or illness:

*Dr. Warr on 12/27/07 you made a mediation Change the Docdocet hasnt made any difference Maybe this will help even when i have a Bowel Movement im in severe Pain. This has hit a point of no return as of now its between you and me, I really want to thank you for making a*

Sign here for consent
to be treated by health staff:_____

---

(<u>Do Not Write Below This Line</u> – For Reply Only)

*1/2/08 Forwarded to Atty.*

---

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date *12-31-7*    Time Received *W_____*

Officer

# INMATE REQUEST SLIP

_____
LOCATION

Name_____   Date _____

☐ Telephone Call       ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem      ☐ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

Change in the meds. I'm Coming to you with this i do not approve of mrs riley dealing with my medication or medical records i ask that Goodman take Care of it as a _mutral party_ or if i need to file a _Complaint_ with the nursing board under Conflict of intrest i will

**(Do Not Write Below This Line** – For Reply Only)

1/2/08 Forwarded to Atty

Approved _____ Denied _____ Collect Call_____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy          ☐ Sheriff

Date 12-31-7      Time Received 10:00

Jailer

# INMATE REQUEST SLIP

LOCATION _____

Name_____ Date _____

☐ Telephone Call        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request. **Give to Jailer**

I do believe that she will try to do someth-
ing to me or my records. If i have to
keep suffering everyone involved is going
to suffer with me. Now im faced with
having surgery and i know when its over
i will never be the same. I will end up
in pain management but id got to have

_____

**(Do Not Write Below This Line – For Reply Only)**

some relief. My nerves are shot im trying
everything you recomend but Dr Warr please
stop treating it like a mild injury because
its not. Im struggleing every day
1/2/08 Forwarded to Atty

Approved _____ Denied _____ Collect Call_____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _12-31-07_    Time Received _10:00_

Jailer _____

# INMATE REQUEST SLIP

*G 12*

LOCATION

Name _William Elli_    Date _12-30-07_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give to Jailer

If i have to plea my Case to the board of Medical examiners for relif i will please dont force me to file against you Dr wack, Im asking you, do the right thing in your medical opinion i fully understand you dont agree with pain management but it is part of my life i have

**(Do Not Write Below This Line – For Reply Only)**

to live with everyday and will for the rest of my life. Now im much worse. Pain management is an everyday part of life for millions of People  Atty.

1/2/08  Forwarded to Atty.

Approved _____    Denied _____    Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _12-31-07_    Time Received _12:00_

Jailer _____

# INMATE REQUEST SLIP

*G 12*

*LOCATION*

Name _____  Date _____

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

*My question is how do you expect me to do a full recovery after surgery in here. these floors alone are enough to damage any repair done. to many mistake have been made already im trying to resolve the medical with you but the rest of it the Court will decide.*

---

(Do Not Write Below This Line – For Reply Only)

*1/2/08  Forwarded to Atty*

---

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date *12-31-7*    Time Received *05:00*

Jailer _____

**Exhibit D**
**Affidavit of Dr. Spud Warr**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LANIER ELLIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-cv-920-MHT-SRW |
| | ) | |
| RUSSELL COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SPUD WARR

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RUSSELL | ) |

1.      My name is Spud Warr.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      I am a licenced doctor (M.D.) contracted to the Russell County Jail, Russell County, Alabama, and was serving in that position at all times relevant to Plaintiff's Complaint. I graduated from the University of Alabama, Birmingham, medical school in 1959, and was Alabama State Board Certified that same year.  My field of practice is general (family) practice. I have practiced in Phenix City ever since I finished my residency.  I am a fellow of the American Academy of Family Practice.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

4.      It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates.  Forms on which medical requests may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time

they request one.  An exception exists for requests of an emergency nature, which may be made orally.  Members of the Jail staff are charged with responding to such requests.  Copies of all medical request forms are placed in an inmate's medical file.  In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

5.      It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

6.      I am not bound by another doctor's prescription or course of treatment.

7.      Upon the Plaintiff's incarceration in the Russell County Jail, I substituted Tremidol, a non-narcotic, Class 4 controlled substance, for the Plaintiff's current pain medication, which was potentially narcotic.  It is the policy of the medical staff of the Russell County Jail that patients are not given any medication that contains a narcotic ingredient.

8.      Although the Plaintiff informed me upon his intake that he has ruptured disks in his back, I could not verify that information.  Therefore, I scheduled an MRI for the Plaintiff. After the MRI, I verified that the Plaitniff has a bulging disc in his back.  I consulted with Dr. Byeth, a neural radiologist, who informed me that the Plaintiff's situation might respond to chiropractic decompression as an alternative to surgery.  Therefore, I arranged to send the Plaintiff to a chiropractor in Auburn, Alabama.  The Plaintiff attended three such appointments, and declined to go anymore, stating that it was not helping.  After the Plaintiff quit going to the chiropractor, I called her and was informed that at least 6 treatments were needed to determine if that course of treatment was going to help.

9.      I prescribed Busbar for the Plaintiff's anxiety, but he indicated that he did not like taking it, and it did not seem to be helping him.  Therefore, I discontinued that medication.  I scheduled an appointment at the East Alabama Mental Health Clinic for the Plaintiff, at which

time they prescribed him a non-narcotic medication. The Plaintiff is currently receiving that medication.

10.    The Plaintiff repeatedly complained of the pain in his back and that the medication was not helping. I arranged for the Plaintiff to see a neurologist, Dr. Candeno, who saw him once. After that examination, Dr. Candeno informed me on the telephone that he did not want to change the Plaintiff's current course of treatment. Dr. Candeno also informed me that he did not want to see the Plaintiff again because the Plaintiff was hostile with him.

11.    I first became aware of the Plaintiff's slip and fall when Nurse Riley informed me of it shortly after it happened. I instructed her to send the Plaintiff to the hospital for an x-ray. The next day I was in the Jail, I read the hospital report, and discovered that the x-rays were negative, showing no injury to the back. Later, when visiting the hospital pursuant to the MRI mentioned above, I personally examined the x-rays along with the radiologist. I currently have scheduled an appointment with a neurosurgeon for the Plaintiff.

12.    I do not recall seeing any medical referral from a Dr. Mecca recommending high level pain management, and I have no knowledge of said doctor.

13.    About once a month, I accompany jail personnel while they dispense medications, to determine that the medications are being dispensed properly. In the six years that I have been working at the Russell County Jail, I have participated in this activity, and I have never seen any medications improperly dispensed, or failed to be dispensed. Medications are pre-packaged and must be taken at the moment they are dispensed, in the presence of and watched by the dispensing officer.

14.    In my personal experience, Nurse Riley has never overstepped her bounds as a nurse. She always consults with me on diagnosis and treatment, and has never diagnosed or

treated an inmate without first consulting with me. Though she physically writes the orders, she has never written orders that I did not tell her to write. I always read the orders before I sign them.

15.    I certify and state that the medical documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's health records, kept at the Russell County Jail in the regular course of business.

16.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Spud Warr, M.D.

**SWORN TO** and **SUBSCRIBED** before me this ___ day of January, 2008.

NOTARY PUBLIC
My Commission Expires: _____

4

**Exhibit E**
**Affidavit of Michael J. San Nicholas**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-920-MHT-SRW** |
| | ) | |
| **RUSSELL COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF MICHAEL J. SAN NICHOLAS

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.      My name is Michael J. San Nicholas.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      I am a Sergeant and a correctional officer with the Russell County Sheriff's Department, and was employed in that position at all times relevant to the Plaintiff's Complaint.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

4.      On November 20, 2007, I was doing a head count with another officer and found a water bag in the Plaintiff's cell block.  A water bag is an improvised weight-lifting device constructed from a trash bag filled with water.  Inmates are not supposed to have or make water bags. Usually, a water bag consists of two plastic bags placed in a shirt.  The Plaintiff's water bag consisted of one plastic bag without a shirt.  The water bag was too heavy for me to lift so I poked a hole in it.  Water came out faster than I expected so I left to get mops and buckets to

clean it up. While I was gone, I received a call on the radio that an inmate fell. I responded back to the cell block and found the Plaintiff laying on the floor. The Plaintiff appeared to be in good spirits, making jokes and laughing with the other inmates. He had some wet spots on his clothes, but he was not soaked or dripping. He informed me that he hurt his back. I called another officer to get a wheelchair, and helped the Plaintiff sit up on the floor. The Plaintiff stood and got into the wheelchair by himself. I wheeled the Plaintiff to the Jail infirmary and called the on-call nurse. I was instructed that the Plaintiff was to be taken to the hospital for x-rays. Therefore, I placed the Plaintiff in a holding cell until a deputy could take custody of him and transport him. Prior to the Plaintiff being transported, I provided him with a fresh, clean uniform. I observed the Plaintiff stand up and change clothes without any assistance. Upon observation, he did not appear to experience any pain, and had no trouble changing clothes.

7.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Michael J. San Nicholas

**SWORN TO** and **SUBSCRIBED** before me this ____ day of January, 2008.

NOTARY PUBLIC
My Commission Expires: 6/25/08

2

**Exhibit F**
**Affidavit of John A. Still**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIAM LANIER ELLIS, SR.,        )
                                  )
        Plaintiff,                )
                                  )
v.                                )        Civil Action No. 3:07-cv-920-MHT-SRW
                                  )
RUSSELL COUNTY JAIL, et al.,      )
                                  )
        Defendants.               )

<u>AFFIDAVIT OF JOHN A. STILL</u>

STATE OF ALABAMA          )
                          )
COUNTY OF RUSSELL         )

     1.      My name is John A. Still.  I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

     2.      I am a Deputy Sheriff with the Russell County Sheriff's Department, and was employed in that position at all times relevant to the Plaintiff's Complaint.

     3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

     4.      At the time and date made the subject of the Plaintiff's Complaint (November 20, 2007), I was on the Sheriff's Department transportation team, which meant that I was on call for jail transports.  On that date, I was called to the Russell County Jail to transport the Plaintiff to Summit Hospital for a possible back injury.  When I arrived at the Russell County Jail, the Plaintiff was sitting in a wheelchair in a holding cell, wearing sweat pants and a t-shirt.  Jail policy dictates that an inmate may not be transported in a jail unless he or she is in a white Russell County jail uniform.  Therefore, the Plaintiff was required to change into such a uniform,

which was clean and dry. When we began to put a waist belt restraint on him, the Plaintiff informed us that he did not want any restraints on him when he went to the hospital. However, the Plaintiff is charged with attempted murder and therefore, Jail policy dictates that he cannot go out of the jail without restraints. Therefore, the waist belt restraint was applied to the Plaintiff. I personally checked the tightness of the restraint and found that it moved up and down with ease; in fact, it could move all the way up to the Plaintiff's ribs. At that time, the Plaintiff did not complain about the tightness of the restraints.

5.   The Plaintiff walked out of the jail under his own power and was transported in my patrol unit to Summit Hospital. He walked into the hospital under his own power. I observed hospital personnel attempt to perform an MRI on the Plaintiff, but he kept moving and therefore, the MRI was unsuccessful. While we were at the hospital, the Plaintiff began complaining about the tightness of the restraining belt.

6.   While we were en route to and at the hospital, I did not ask the Plaintiff any questions; however, the Plaintiff was voluntarily telling me about his case. I have not spoken to any investigators or other law enforcement or judicial personnel about the Plaintiff's case or concerning what the Plaintiff told me.

7.   I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
John A. Still

**SWORN TO** and **SUBSCRIBED** before me this 4th day of January, 2008.

_____
NOTARY PUBLIC
My Commission Expires: 6/25/08

2

# Exhibit G
# Affidavit of Loetta Holland

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **Civil Action No. 3:07-cv-920-MHT-SRW** |
| | ) |
| RUSSELL COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

## AFFIDAVIT OF LOETTA HOLLAND

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RUSSELL | ) |

1.    My name is Loetta Holland. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a Lieutenant and the Jail Administrator of the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made

orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

5.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's Jail file and medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

6.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

7.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records kept at the Russell County Jail in the regular course of business.

8.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Loetta Holland

**SWORN TO** and **SUBSCRIBED** before me this 4 day of January, 2008.

NOTARY PUBLIC
My Commission Expires: 6/25/08

2

**Exhibit H**
**Affidavit of Danny Bussey**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM LANIER ELLIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-920-MHT-SRW** |
| | ) | |
| **RUSSELL COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**AFFIDAVIT OF DANNY BUSSEY**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.    My name is Danny Bussey.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a sergeant and the assistant jail administrator with the Russell County Jail, Russell County, Alabama and was a employed in that position at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter.  I have no personal knowledge of the facts stated in the Complaint.  I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances.  Forms on which grievances may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made

orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's Jail file.

5.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's Jail file and medical file. In an emergency situation the Jail personnel have the authority to send inmates to the jail infirmary immediately.

6.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

7.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Russell County Jail in the regular course of business.

8.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Danny Bussey

**SWORN TO** and **SUBSCRIBED** before me this ____ day of January, 2008.

_____

2

NOTARY PUBLIC

My Commission Expires: _6/25/08_



3