IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-920-MHT |
| | ) |
| TINA RILEY-PELFREY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on December 27, 2007 (Court Doc. No. 37), in which the plaintiff seeks to add claims for relief challenging the dental treatment provided to him at the Russell County Jail, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on the claims referenced in his motion to amend he may do so by filing a separate 42 U.S.C. § 1983 action in this court.

Done this 7th day of January, 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE