[received stamp, partly illegible] A 9:31 MIDDLE DISTRICT ALA

In The United States District Court for The
Middle District of Alabama
Eastern Division

William Lanier Ellis Sr.
VS.
Russell County Jail, et al.,

Case No. 3:07-CV-920-MHT-SRW

# RESPONSE

Comes now the plaintiff, William L Ellis In response to the answer as ordered by this Court.

1. Comes under a 42 U.S.C. § 1983 and under the 8TH amendment. The plaintiff Does not base his Claim on "Denial of treatment". But in the manner, which the access and Care was given.

2. The Plaintiff raises a Claim in which proper relif Can be granted. The biggest issue is to accept the true fact of his prior and present Pain and suffering.

3. To Knowingly let me suffer at any time is a Violation of the Eighth amendment and The oath of a physician.

4. The Plaintiff moves this Court to dismiss all partys except Dr Warr. or any subsidary or insurance therein Covering Dr Warr. Namely Gina Riley Pelfrey, Danney Bussey, Loetta Holland and John Still.

5. Dr Warr is a private Contractor to a government agency in no way is he a "Government offical furthermore no bar by the Eleventh amendment Can Cover him. as he is a person

6. The plaintiff reserves the Right to Defend any remaining Counter Claim or defense. The plaintiff prays this Honorable Court rule in his favor take in Consideration all missing medical documents and records. The plaintiff is entitled to Monetary damages and proper relif of pain and suffering.

Executed this 12TH day of January
William Lanier Ellis Sr.

Certificate of Service I hereby Certify that I have mailed a True and exact Copy to the Honorable scott Gosnell Counsel for the defendants

This 13TH day of January.

In The District Court Of The United States
For The Middle District of Alabama
Eastern Division

2008 JAN 15 A 9:34

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RESPONSE

I. FACTS, In Exb A the defendants "state that the plaintiff has been incarcerated several times". That is an untrue statement, several means more than two. upon being booked in the second time, which was friday March 9TH. I seen noone but a booking officer. Which would be Mrs Russell.

That friday night nurse McGinnis did not come in to work and i DID NOT recieve my medication nor was physical screening done. A Booking officer is not a Nurse, PA or Doctor. (i) Apparent mental Status, normal. I was unaware a Booking officer was able to interpret someones mental state(ii) the Plaintiff Did infact indicate that he was having medical problems. (1) Currently on prescribed medications (2) Eye problems (3) ongoing Cough (4) Heavy night sweats for no reason (5) Severe weight loss (iii) Mr. Gosnell states I was taking two medications, the intake sheet proves three and one of those is incorrect

The defendants state that the plaintiff only brought phenabarbital with him, that would be correct. Dr David Smith said it would be a waste of time to send any medication or recomendation.

However the next paragraph on page 3 state the plaintiff did not bring any medications with him. The intake sheet shows otherwise.

I recieved NO medications on march 9TH I was left in the holding tank for observation and medication was skipped until the next day. Furthermore never left the holding tank until the next day.

Upon entering the facility on march 9TH, 07 Mrs Riley was on duty and had prior knowledge of the medical issues.

Moreover the plaintiff came with his own medical records and at least one MRI that showed a buldging disc at L4-L5, S1 to say they had no knowledge is a blatant lie. If Dr warr had no prior knowledge he had me on Tramadol in 2006 for no reason

II. It took from march until June (thats 4 months) until the problem started being addressed. On april 25TH the plaintiff had his legs slammed in the Van door at the Courthouse. On May the 2ND the inmate or plaintiff fell going up the stairs.

The defendants claim to have increased my siezure medication. that is untrue. I was on 180 mg a day now im on 120mg a day. Furthermore Dr warr acts as if he is doing me a favor by treating my pain issue. Moreover he is doing what he is paid and trained to do

as a private paid Contractor to a government agency Dr warr is not immune from negligance or malpractice. Malpractice is medical misconduct by a doctor. Dr warr Cant stipulate why it has had to go to these extremes, Fact is he Cares little for inmates and the plaintiff will stipulate that Southern poverty had this same lawsuit in 2002 and won.

The defendants did not submit a TENTH of the medical records that are relavent. If Dr Warr recieved those records from medCare and Dr Lucks then Dr warr is in Contempt of this Court. There were two documents from medcare and no MRI from 2005, to use a Comparison MRI to show this Court.

This is 2008 not 1959 people live long extended lives in pain management. Dr. warr does not agree with it. Fact is it works. This is no longer the day where a BC powder and Coke will "fix you right up". I suffer from Chronic pain. By medical standards that is pain that does not go away for extended periods of time. If Dr warr would take the time to listen to his patients maybe he Could fully understand.

Dr. Warr has fell into the political arena of Jail Politics. His belief is merely that inmates should suffer. No one has the authority to overrule any decision made by Dr. Warr.

There is no question about the inadequacy you would think after 109 request and Countless Grievances Dr warr would conclude there is a real problem with his patient

Furthermore affirmative exaustion of the grievance procedure was followed. On 10/28/07 Lt. Holland advised

Plaintiff to resolve his issues with the Courts. This is the

actual thickness of my extra thick Mattress. which is less than half that when it is laid on. There is no Comfort and half the inmates in this facility have them. It does not reduce "PAIN."

As stated by Mr. Gosnell on (Page 3 paragraph two) Mr Ellis had no Evidence of a spinal fracture or dislocation. now he has a total of 10 mm hanging out of his spine.

On July 24TH, 07 the plaintiff did see (~~Dr. Warr~~ STRIKE)(Correction Dr Canedo) The plaintiff did get very upset with the Dr. when I was being examined he left the upper restraints in place. In fact he had no Knowledge until half the exam was over. The actual report Shows that Mr Ellis Should undergo pain management. My visit with Dr Canedo Was not terminated, We got into a heated discussion about treatment and the actual problem.

III. In september Dr warr Ventured off to treat the plaintiff With buspar an anxiety Medication that the plaintiff had never taken (please keep in mind the plaintiff has Grand mal Siezures) after a Week or so the plaintiff orally Spoke With the nurse about the medication affecting his siezures. Some week or so later Dr Warr Discontinued. However the medication was still administered, resulting in a Siezure on Sept 20TH.

I gave a full explanation To Mrs Riley that the effexor also was having bad side affects and i stopped taking it also, later I told Dr warr im epileptic I cant Just take anything.

I've heard a great deal of excuses and reasons not to treat me However I submitted a request to Dr warr asking him to sign off on a request stating why I couldnt receive my regular medication, Dr warr refused to sign off.

I have exausted the grievance procedure as required by this Court. Furthermore Dr warr has had plain and prior Knowledge of the plaintiffs suffering. As a medical Doctor he has an oath to live by and Honor. To Knowingly let me suffer because im in Jail is Cruel. Its no excuse to let anyone suffer The plaintiff further ask that the Southern Poverty lawsuit be brought to light.

So you Can only Conclude that Dr Warr is under the assumption that, if the plaintiff be spared his suffering by the neccesary use of narcotic pain relivers. that he may enjoy himself while in Jail?

Let me assure this Court no medication in the free world Can take the place of what i deal with every day. What looks good on paper doesnt mean it works. So now I either do it his way or i Continue to suffer.

I ask that this Court Grant proper relif to the plaintiff and bring a full evidentiary hearing soon as possible. The plaintiff will move to Dismiss, Danny Bussey, Loetta Holland

officer John still and, Tina Riley pelfrey, However the plaintiff ask that Dr Warr remain part of these proceedings and any insurance Carrier he may be Covered by, along with the

Insurance Carrier that Covers this facility; that the plaintiffs injuries will be Covered. Due to the sworn events on November 20TH 2007.

This facility has liability Insurance to Cover such injuries and the plaintiff has every right to be Covered.

The wieght or waterbag was not the plaintiffs nor was it in the plaintiff room. It was in the dormatory by the phone. Sgt San nicholas made some Very untrue statements (i) The plaintiff was laughing and joking @ the time of his fall. "I never laughed joked or anything of the sort. With my fellow inmates": (ii) This was not the plaintiffs waterbag nor was it in his domain, surronding or his person." THIS WAS NOT THE PLAITIFFS WATERBAG": (iii) The water was left on purpose to punish the dorm. Any inmate will tell you its Common practice to Bust a water bag where ever it is found and left for the inmate to Clean up. (iiii) The plaintiff was never taken to the infirmary there was no one here. The infirmary was locked and i was put in a holding Cell. once again the unsafe medical practices are put into effect, with no medical staff on Duty.

This Court should know of peter Holloway, James Battle Damascus Session, those who have suffered and paid for the unsafe medical practices.

Once again I was given a Choice if I wanted treatment And officer still told me "he didnt give a damn if my spleen was ruptured, I was going to Change Clothes before I went"

I made no protest to the Clothes or the restraints. I already knew I had to be in a belt before I left the facility

Fact was he was in a bad mood because he had the duty of escorting me

I did infact inform Staff that they were putting presure on my lower spine Causing my legs to buckle. I never made any mention of no restraints.

No MRI was offered to me at the Summit Hospital I took X-rays and that was all that was offered, Infact the Examing Dr LI never even raised my shirt to look at my back, He still Diagnosed me with a Contusion

Furthermore Injury has occured in my upper back and lower back. I have never really had any upper back problems now im suffering severely. Im still waiting to see a Neurosurgeon

The only reason my Case ever Comes up is im always asked if I have been indicted or when is my trial.

There a 3 types of pain, Mild, Moderate and severe. I suffer from Severe Chronic pain. yet im treated with a Moderate pain medication THE 8TH amendment guarntees that all are guarnteed a Certain quality of life. Right now I have no quality of life. Im suffering day and night and doctor Warr Knows it. Ive asked, begged, pleaded for proper relif. If that means the use of a narcotic pain medication then so be it.

I fully understand the relif that Comes With that. after 11 long months of pure suffering im entitled some relif.

Ive seen far to many back surgerys gone bad and the Very thing he is trying to get me away from which is medication ill be right back on in less than 2 years.

I really dont wont to be Cut on anymore but im being forced into it I have no lawyer to fight and everyday that goes by I get worse. So I either do it Dr Warrs way or suffer.

So I plead with this Court to leave me a grace period after my surgery to fight for my self. Ive got a mother brother, 2 uncles and my father all had back surgerys and all were disasters ending up worse off than when they started Ive seen the work of Dr Nazouri which was the elite of back surgeons in the 80's. Dr Burr, and no matter what decade the results are the same.

I further ask Consideration of the Court to Consider the Pain of the plaintiff and rule in the plaintiffs behalf

Executed this 11TH day of January

William L Ellis Sr.

In The United States District Court for The Middle District of alabama Eastern Division

Affidavit Of William Ellis

William Lanier Ellis Sr.
v.
Russell County Jail, et al

Case No. 3:07-CV-920-MHT-SRW

1. My name is William Ellis I am over the age of nineteen and am Competent in every way to execute this Affidavit and I have a great deal of personal knowledge on and about this Case.

2. I am an inmate pre-trial detainee and have been so since March 9TH 2007. to Current date 1-12-2008 With no indictment. Furthermore have suffered a great deal of injury while in Custody of the defendants. Im in the worst shape of my life from mental and physical stress. I have been severely punished and yet im guilty of nothing.

I have been Convicted of NO Crime. Needless to say I havent even been indicted. Moreover the burden of Case is upon those who have Custody of me.

On April 25TH 2007, the plaintiff was taken to his preliminary hearing. upon leaving the Courthouse and loading into the Van my legs were slammed into the door. I think highly of officer thigpen and made no issue of it. It was an accident. less than a week later i Can feel the injury. By may the second my leg goes out on me walking up the stairs.

I still havent put the incident with the injury but by June there is no question something is terribly Wrong and different (see personal Journal). My pain was always in my left leg and foot. Now severe muscle spasms are hitting my right hip and has moved up and down several inches in my back. (To Correct the record i Came in from muscogee County Jail. I was examined by Dr. David Smith on Wednesday march 7TH *See mcj medical.* upon his assesment he wanted to put me back on methadone and I refused and ask for Tylenol 3. I Knew soon as I got here whatever I was on It would be taken.) as each week and month passes im getting worse.

Needless to say im walking on Concrete floors no support on my back and legs. I never asked for special treatment i only asked that my pain and medical issues be addressed as a serious problem. Furthermore the records from: Dr Anthony Ditaranto, Dr. Greg Parker, Dr. Steven J lucks, and Dr. David smith were not admitted to any part of the record.

3. Any timely fashioned Medical Care by staff is when its Convenant.

4. I had an emergency situation here on November 20TH 2007 I went to use the telephone after the Cell Block Came off lock-down. I was reading some notes in my hand to pass on to my daughter. When I reached an area of approx. 3 to 5 feet I felt my right leg Come strait out from under me and I hit the floor. Soon as I hit I felt a sharp pain shoot directly up my Spine like a row of Dominos being Knocked over.

I was never taken to the Infirmary and after only a few X-rays no further treatment is given to my new Injury in my upper back.

5 upon Intake I informed Dr. Warr of the back issues, It took from March 9 until November 14TH To get an MRI on the Patient. upon recieving the results a serious injury is found. on November 20TH the new injury occured and no follow up is done.

6. Dr Warr states that they do not prescribe Narcotics here Phenoabarbital is a Barbituate and Classed a Narcotic.

7. Dr. Warr is fully aware that after the slip and fall the only thing that Can pick up any real damage is

a MRI. a X-RAY will Show breaks and Cracks only. It wont show any real damage. Its merely to say that something was done.

8. The medical Referal Was from Med-Care under Dr. Anthony Ditaronto, Dr. Mecca would be the head physician over medcare. I Can assure this Court those records exist and that Pain managment is Crucial to my Care.

9. Although Dr. Warr is not bound by another doctors orders or Course of treatment it is highly unprofessional, unethical and unmoralistic, to disreguard another Doctors treatment, recomendations and Prescriptions. Furthermore he is bound to the Patient's bill of rights which was not submitted in the special report.

10. This Affidavit is to my best Knowledge, true and Correct to the best of my ability. Due to the Circumstances of no Known available Notary this affidavit along with the rest were signed by the underlined and Witnessed by four persons in each one for authenticity

Executed this 14 TH Day of January

William Lanier Ellis Jr.

Witness Michael Moody Witness [illegible]

Witness Jeremy Deese Witness

In The United States District Court For The
Middle District of Alabama
Eastern Division

Affidavit OF Timothy Hopkins

William Lanier Ellis Sr.
v.
Russell County Jail, et al.,

Case No 3:07-CV-920-MHT-SRW

1. My name is Timothy Hopkins, I am over the age of nineteen furthermore Competent in every way to execute this affidavit, Which is based on my personal knowledge of the events of November 20,TH 2007

2. I am a inmate at the Russell County Jail. I was present when the incident happened and did witness the accident of Mr Ellis

3. on November 20TH I was Waiting for the doors in our Cell block to open. I Came out first and Mr Ellis Came out shortly after.

Mr Ellis had his back to me walking toward the phone. I seen Mr Ellis slip and fall in a puddle of water hitting the floor.

Shortly after Sgt San Nicholas and officer Brown Came to Check on Mr Ellis who was unable to get up.

Officer Brown then left to get a wheelchair to assist in helping Mr Ellis up. Mr Brown returned shortly after. The two officers then proceeded to help Mr Ellis up in the Chair and left with him.

That is what i seen happen and I swear before this Court it is true and exact to the best of my Knowledge

Executed this 12TH Day of January.
X Timothy Hopkins

Witness Michael Hardy
Witness Jeremy Dyer
Witness [illegible]
Witness William L Ellis

Sworn before this Court this 12TH Day of January.
William Lanier Ellis Sr.

Certificate of Service, I hereby Certify a true and exact Copy of this document has been mailed to the Honorable Scott Gosnell Counsel for the defendants this 13TH day of January
William Lanier Ellis Sr

In The United States District Court for
The Middle District of Alabama
Eastern Division

## Affidavit Of Michael Gordy

William Lanier Ellis Jr.
V.
Russell County Jail, et al.

Case No. 3:07-CV-920-MHT-SRW

1. My name is Michael Gordy, I am over the age of nineteen and am Competent in everyway to execute this affadavit. That is based on my personal Knowledge of the events of November 20TH 2007, and prior to that Knowledge of his pain and suffering.

2. I am an inmate at the Russell County Jail and I was present and did witness the November 20TH 2007 incident.

3. On November 20TH 2007 I was standing in my door which is approximitely 12 to 15 feet away from the phone. I saw Mr Ellis walking to the phone. when Mr Ellis got Close to the phone I seen his feet Come out from under him. when he hit the floor instantly you Could see he was in a

great deal of pain. It was approfamatelly 7:05 P.m. shortly after Sgt San Nicholas Came. Mr Ellis was asked if he Could get up. He replied no. Then officer Brown left to get a wheelChair. Mr. Ellis had to pull himself up on Sgt san nicholas to get in the wheelChair. Finally he was placed in the wheelchair and they left.

4. I have Known Mr. Ellis since March of last year. When I met Mr Ellis he Could walk on his own with no limp a few months after that he progressed into a severe limp and I often ordered tylenol for him. You Could tell he was in a great deal of pain all the time. Sometime in June we Were seperated. In august We were put back in the same Cell block. When I first saw him I Couldnt believe it was the same person. He looked, efausted all the time you Could plainly see the pain in his face. I still order tylenal to try and help him With his pain.

5. Im also Very aware of the situation with medical and i read the Complaint and answer filed and Can say with out a doubt that its not as easy to get help as they make it sound. If you get sick after hours or on the weekend Chances are, yours own yours own.

I swear before this Court that all information is true and Correct to the Very best of my Knowledge.

Executed this 12TH Day of January

X Michael Mordy

Witness Timothy Hopkins

Witness Jeremy Dexon

Witness [illegible]

Witness William James Ellis Sr.

Sworn before this Court this 12TH Day of January.

William James Ellis Sr.

Certificate of Service, I hereby Certify that a true and exact Copy has been Mailed to the Honorable Scott Gosnell Counsel for the defendants this 13TH day of January

William J Ellis Sr

In The United States District Court
For the Middle District of Alabama
Eastern Division

Affidavit of Damascus Session

William Lanier Ellis Sr.
Vs
Russell County Jail, et al.,

Case No 3:07 CV-920-MHT-SRW

1. My name is Damascus Session. Im over the age of nineteen and am Competent in every way to execute this affidavit, Which I have personal Knowledge of the events on November 20TH 2007 and prior events.

2. Im an inmate at the Russell County Jail. I have Known Mr Ellis since August of last year. On November 20tH last year I Came out of my room at approximately 7:05 and Went to turn on the television Which is at the end of our Cell block. I hit the power button and nothing happened so I turned to get the Pod officers attention. I seen Mr Ellis walking toward the phone and he slipped and fell.

that once again was approximately 7:05. shortly after Sgt San.micholas Came to the dorm. Mr Ellis told the Sergant he was unable to get up. officer Brown left to go get a wheel Chair. Mr Ellis was assisted into the wheelchair by both officers.

3. I have personal knowledge of Mr Ellis's back problems I also try to help him with tylenol when he needs it. I personally suffered a slip and fall in the Cell block and waited some two hours before I was taken to the infirmary. I did not recieve no Hospital treatment only muscle rub. No follow up was done on this injury.

4. If you get sick after hours or the weekend your on your own the nighttime nurse Comes in for a Couple of hours and leaves. I read the answer to the Complaint and it is not as easy as they make it sound to get help.

Executed this 12TH day of January 2007

Nanser [signature]

Witness Jerry Dexon

Witness Timothy Hopkins

Witness Michael Moody

Witness William L Ellis

Sworn Before this Court this 12TH day of January 2007

C/o William Ellis
P.O. Box 640
Russell County Jail
Phenix City Al.
36868

USA 41

Office Of the Clerk
P.O. Box 711 Montgomery al 36101

Legal mail

Legal mail

Dr. Warr. Medical #1 09-92 Medical #2

**INMATE REQUEST SLIP** G12 LOCATION

Name William Ellis Date 11-21-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other Copy

Briefly Outline Your Request. Give to Jailer

Dr. Warr, as your aware I fell on the 20th and was sent to the E.R. My Back and leg are locking terribly in muscle spasams. the pain in my spine has moved up 4 to 6 inches in the lower part of my spine. although nothing shows broken on an X-ray. It won't show the type Damage i have. also note to your record my B.P. was 153/100, 148/93, 143/98, at any

(Do Not Write Below This Line – For Reply Only)

rate that is extremely high and if i recall the last 4 or 5 times i was checked with the exception of my last visit my B.P. has been extremely high.

Approved ______ Denied ______ Collect Call ______

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date ______ Time Received ______

Jailer

**INMATE REQUEST SLIP** G-12 LOCATION

Name William Ellis Date 11-21-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. Give to Jailer

However at the present time my B.P. is at the Bottom of the list for Concerns. Im coming to you as a man Dr Warr and asking you to please take in Consideration me hitting a Concrete floor was the last thing i needed. To make it Clear so their are no misunderstandings i landed on my tail bone (or) SI. I hope that no one else pops a

(Do Not Write Below This Line – For Reply Only)

water bag in the dorm. Now I'm paying for someone else's mistake, this makes my 4th injury to my back, thank you and i hope to see you soon. Mr. Ellis

Approved ______ Denied ______ Collect Call ______

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date ______ Time Received ______

Jailer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: G12

Name: [illegible] Date: 1-3-08

# MEDICAL

Nature of complaint or illness:

[illegible handwriting]

Sign here for consent to be treated by health staff: ____

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: [illegible] Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: G12

Name: William Ellis Date: 1-1-08

# MEDICAL

Nature of complaint or illness:

I was on 12-11-07 I [illegible] with [illegible] about my walking shoes or [illegible] as good as [illegible] I [illegible] while that they need to forward [illegible] could have them.

Sign here for consent to be treated by health staff: ____

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: [illegible] Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G12
LOCATION

Name William Ellis Date 12-27-07

# MEDICAL

Nature of complaint or illness:

Dr. wars, the Lidoderm patches are helping some however 1 patch last about 2 hours and is only intended for my lower back. Im telling you something is seriously wrong in the upper part of my back. Something is crushed or broken. All of the medication is focused at night time. I have a minimum of 20 hr days and

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

no relief. Iff I take 2 Tylenol 2 tramadol 1 naproxen I sleep 3 hrs at the most. Dr. wars thats a lot of medication for so little relief. I dont care if you change it or whatever but as i discussed with you last week

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 12-27-7 Time Received 10:45

Officer [signature]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G12
LOCATION

Name William Ellis Date 12-27-07

# MEDICAL

Nature of complaint or illness:

I fully understand no matter how you look at it, its costing me my liver but when you suffer the way i do you really dont care. It feels like 3 or 4 disc are blown or something in the upper part of my back. Dr. wars can you please change the medication to whatever but its no longer working. and please understand

Sign here for consent
to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

that i am suffering from hypertension and i am not suffering hypertension from being here this is something i have suffered from for years please even out the medication for days and nights im the one who has to deal with it

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 12-27-7 Time Received 10:00

Officer [signature]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: GP

Name: William Ellis  Date: 12-27-07

# MEDICAL

Nature of complaint or illness:

Im the one who has to lay the majority of the day because of my hips. here is a list of Some medication i have taken. My pain level has peaked so i leave the decision up to you but please change it and even out the days and nights thank you. Be warm.

Happy Holidays

Sign here for consent to be treated by health staff: William Ellis

(Do Not Write Below This Line – For Reply Only)

12/27/07 Will DC Tramadol and add Darvocet-N 100mg twice daily. You are already scheduled to be evaluated by a neurosurgeon for Neck & back

DOCTOR ☐  DENTIST ☐  OTHER ☐

[signature]

Date 12-27-7  Time Received 10:00

Officer [signature]

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: G 13

Name: William Ellis Date: 12-17-07

# MEDICAL

Nature of complaint or illness:

[illegible handwritten text]

Sign here for consent to be treated by health staff: ________

(Do Not Write Below This Line – For Reply Only)

[illegible handwritten text]

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 12 17 07 Time Received: [illegible]

Officer: [illegible]

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: G 12

Name: William Ellis Date: 12-19-07

# MEDICAL

Nature of complaint or illness:

[illegible handwritten text]

Sign here for consent to be treated by health staff: ________

(Do Not Write Below This Line – For Reply Only)

[illegible handwritten text]

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 12-19-07 Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

[illegible] LOCATION

Name [illegible] Date [illegible]

# MEDICAL

Nature of complaint or illness:

[illegible handwritten text]

Sign here for consent
to be treated by health staff: ____________________

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date ____________ Time Received [illegible]

Officer [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

[illegible] LOCATION

Name [illegible] Date [illegible]

# MEDICAL

Nature of complaint or illness:

[illegible handwritten text]

Sign here for consent
to be treated by health staff: ____________________

(Do Not Write Below This Line – For Reply Only)

[illegible handwritten text]

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date ____________ Time Received ____________

Officer ____________

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: 1/2

Name: William Ellis Date: 12-9-07

# MEDICAL

Nature of complaint or illness:

On Tuesday the 7th I went back to the chiropractor and was given a back adjustment. I'm still paying for that. Tomorrow morning I'm going back. I refuse to be poked or pulled anymore. If you send me I'll refuse it up there. You're making a bad problem worse and I'm the one suffering for it. Dr. Warr

Sign here for consent to be treated by health staff: ____________

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 12-9-07 Time Received: 2040

Officer: [illegible]

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

LOCATION: 1/2

Name: William Ellis Date: 12-9-07

# MEDICAL

Nature of complaint or illness:

[illegible]

Sign here for consent to be treated by health staff: William Ellis

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 12-9-07 Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G12
LOCATION

Name William Ellis Date 12-9-07

# MEDICAL

Nature of complaint or illness:

On friday the 7th i went back to the Chiropractor and was given a back adjustment. Im still paying for that. tommorow morning im going back. "I refuse to be poked or pulled anymore. If you send me i'll refuse it up there. your making a bad problem worse and im the one suffering for it. Dr. Ware

Sign here for consent to be treated by health staff: ______

(Do Not Write Below This Line – For Reply Only)

12/10/07 Transported to Dr. ___ Clinic and refused tx.

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 12-09-07 Time Received 2041

Officer [signature]

#2

# INMATE REQUEST SLIP

G12
LOCATION

Name William Ellis Date 12-9-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. Give to Jailer

asked me to try it, and i did. i cant take your subjecting me to more punishment. So once again either i refuse it here or there but i won't be subjected to anymore treatment from someone who isnt a doctor. If she makes a mistake i pay for it.

Mr. Ellis

(Do Not Write Below This Line – For Reply Only)

Approved ______ Denied ______ Collect Call ______

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☒ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date 12-09-07 Time Received 2041

Jailer [signature]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

[illegible]
LOCATION

Name [illegible] Date [illegible]

# M E D I C A L

Nature of complaint or illness: [illegible]

Sign here for consent to be treated by health staff: ____________

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date [illegible] Time Received [illegible]

Officer [illegible]

Medical

# INMATE REQUEST SLIP

[illegible]
LOCATION

Name William [illegible] Date [illegible]

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. Give to Jailer

The reason I'm not sure what the nurse was to put me in traction. My injuries are way to severe for traction. Even the Chiropractor thought I needed to see a orthopedic Dr. Traction is rarely used anymore for back injuries. I would never let anyone that is not a Medical Doctor do traction on me. It's scary that you would put my health

(Do Not Write Below This Line – For Reply Only)

Approved ____________ Denied ____________ Collect Call ____________

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date [illegible] Time Received [illegible]

Jailer [illegible]

#43

# INMATE REQUEST SLIP

[illegible] LOCATION

Name William Ellis Date 12-4-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. Give to Jailer

m doing about the injury in the upper part of my back that is affecting my shoulder arm and fingers. The same way my hips and leg are being affected. After next week I will turn over my case to [illegible] Center to resolve my issue.

Mr. Ellis

(Do Not Write Below This Line – For Reply Only)

Approved ________ Denied ________ Collect Call ________

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☒ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date 12-4-7 Time Received 10:25

Jailer [illegible]

---

# INMATE REQUEST SLIP

[illegible] LOCATION

Name William Ellis Date 12-4-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. Give to Jailer

in the hands of a person that is the equivalent to an untrained podiatrist. For under the assumption you thought my time would fix my back. 3 time per week for 6 weeks if I could stand it that [illegible] years. Then you cut my pain medication after 7 days. My question is what do you plan

(Do Not Write Below This Line – For Reply Only)

Approved ________ Denied ________ Collect Call ________

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date 12-4-7 Time Received 10:45

Jailer [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: [illegible]

Name: [illegible] Date: [illegible]

# MEDICAL

Nature of complaint or illness:

Please take in Consideration my [illegible] floor was the last thing I need to make it Clear so there are no misunderstandings. That the floor [illegible] impact on my [illegible] I hope that no one [illegible] a waterbag on the Dayroom. Now im paying for someone else this injury is already affecting me

Sign here for consent to be treated by health staff: ____________

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: [illegible] Time Received: [illegible]

Officer: [illegible]

H2

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: [illegible]

Name: William [illegible] Date: 11-21-07

# MEDICAL

Nature of complaint or illness:

B.P. was 182/100, 174/93, 143/98 at any rate that is extremely high and if I recall the last 4 or 5 times I was checked with the [illegible] of my visit my B.P. has remained to stay high. However at the present time my B.P. is at the Bottom of my list for Concerns. I'm Coming to you as a man On warrant asking you to

Sign here for consent to be treated by health staff: ____________

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: [illegible] Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: [illegible]

Name: William Ellis Date: 11-6-07

## MEDICAL

Nature of complaint or illness:

[illegible] day on 10-16-07 I submitted a request for a Copy of my medical records [illegible] days later im still waiting for a Copy of that request and my records. I Came in with my own records. I need a copy of my records.

Wm Ellis

Sign here for consent to be treated by health staff: [illegible]

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 11-7-[illegible] Time Received: 0705

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION: [illegible]

Name: William Ellis Date: 11-21-07

## MEDICAL

Nature of complaint or illness:

[illegible] you aware I fell on the [illegible] and [illegible] to the ER. My back and legs are locking terribly in muscle spasms. The pain in my spine has moved up 4 to 6 inches [illegible] lower part of my spine although nothing [illegible] broken on an X-ray. It won't show the type Damage I had. As a note to your records my [illegible]

Sign here for consent to be treated by health staff:

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date: 21 Nov 07 Time Received: [illegible]

Officer: [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G-12

LOCATION

Name William Ellis Date 11-6-07

# MEDICAL

Nature of complaint or illness:

Mrs. Riley I need something in [illegible] different pain meds something has to give. My right hip and leg are just [illegible] in [illegible] my last 3 [illegible] way up my elbow in my shoulder are a mess [illegible] result of [illegible]

Sign here for consent to be treated by health staff: William Ellis

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 11-7 Time Received 0925

Officer [signature]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G-12

LOCATION

Name William Ellis Date 11-6-07

# MEDICAL

Nature of complaint or illness:

Mrs. Riley please put me down to see the doctor I was supposed to see him last Thursday then it was change to Friday. I still haven't seen anyone. I've asked you to move me up front of [illegible] for me to get some relief [illegible] for [illegible]

Sign here for consent to be treated by health staff: William Ellis

(Do Not Write Below This Line - For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 11-7-7 Time Received 0925

Officer [signature]

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

G12
LOCATION

Name William James Giles Date 10-24-07

# MEDICAL

Nature of complaint or illness:

I think after all I have been through, a change or something is warranted. The method I have tried for a number of months [illegible] no better. After the [illegible] of all my needs, you then have to conclude that the [illegible] from contributing to the other problems I am experiencing

Sign here for consent
to be treated by health staff: ______

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 10/24/[illegible] Time Received [illegible]

Officer [illegible]

---

**INMATE REQUEST FORM**

Prentiss Griffith Detention Facility

G12
LOCATION

Name William James Giles Date 10-16-07

# MEDICAL

Nature of complaint or illness:

My medical record is [illegible] for planning care and treatment. Communicating with those who [illegible] health care professionals providing care for me. [illegible] are planning accurate and [illegible] I did not [illegible] to sign off on the [illegible] on your medical [illegible] medical treatment

Sign here for consent
to be treated by health staff: William [illegible]

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date [illegible] Time Received [illegible]

Officer [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

[illegible] LOCATION

Name [illegible] Date [illegible]

# MEDICAL

Nature of complaint or illness:

[illegible]

Sign here for consent to be treated by health staff: [illegible]

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date [illegible] Time Received [illegible]

Officer [illegible]

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

[illegible] LOCATION

Name [illegible] Date 10-16-07

# MEDICAL

Nature of complaint or illness:

[illegible]

Sign here for consent to be treated by health staff: [illegible]

(Do Not Write Below This Line – For Reply Only)

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date [illegible] Time Received [illegible]

Officer

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

G 12
LOCATION

Name William G. Allen Date 10-19-07

# M E D I C A L

Nature of complaint or illness:

Dr. Warr, Since i can't come to medical to see you. I need my pain medication i'm putting this request in writing as to make it part of the record. Also my Anxiety medication that i was on prior to coming here. I also need an explanation in writing if it is refused. As to attach to part of the record.

Sign here for consent to be treated by health staff: Will

(Do Not Write Below This Line – For Reply Only)

10/22/07 Seen by Dr. Warr

DOCTOR ☐ DENTIST ☐ OTHER ☐

Date 19 Oct 07 Time Received [illegible]

Officer S. [illegible]