## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-920-MHT-SRW |
| ) | |
| RUSSELL COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

COMES NOW Joseph Lister Hubbard, Jr. of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as counsel of record for Loetta Holland, Danny Bussey, John Still, Dr. Spud Warr and Tina Riley, Defendants in the above-styled cause.

Respectfully submitted this the 13th day of February, 2008.


                                          s/Joseph L. Hubbard, Jr.
                                          JOSEPH L. HUBBARD, JR. (HUB015)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                        **s/Joseph L. Hubbard, Jr.**
                                        OF COUNSEL