IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:07-cv-920-MHT-SRW |
| | ) |
| RUSSELL COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Loetta Holland, Danny Bussey, John Still, Dr. Spud Warr and Tina Riley, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for said Defendants contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendants.

Respectfully submitted this the 30th day of May, 2008.

                                            s/Joseph L. Hubbard, Jr.
                                            JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                                            WEBB & ELEY, P.C.
                                            Post Office Box 240909
                                            Montgomery, Alabama 36124
                                            Telephone: (334) 262-1850
                                            Fax: (334) 262-1889
                                            E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2008, 2008, I have electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                        **s/Joseph L. Hubbard, Jr.**
                                        OF COUNSEL