IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., #259380, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv920-MHT ) (WO) |
| TINA RILEY-PELFREY, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On July 14, 2010, the magistrate judge filed a recommendation (Doc. # 58) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 58) is adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of August, 2010.

　　　　　　　　　　　　　　　　/s/   MYRON H. THOMPSON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE