IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., )<br>#259380, )<br>     )<br>     Plaintiff, )<br>     )<br>v.     )<br>     )<br>TINA RILEY-PELFREY, et al., )<br>     )<br>     Defendants. ) | CIVIL ACTION NO. 3:07cv920-MHT<br>(WO) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is ORDERED and ADJUDGED that:

(1) Plaintiff William Lanier Ellis, Sr.'s motion to dismiss (Doc. # 42) is granted and defendants Tina Riley-Pelfrey (a nurse), Danny Bussey and John Stihl (correctional officers), and Loetta Holland (identified as a "Jail Administrator" in the complaint) and the claims against them are dismissed.

(2) Defendant Spud Warr's motion for summary judgment (Doc. # 39) is granted and summary judgment is entered in favor of defendant Warr and against plaintiff Ellis, with plaintiff Ellis taking nothing by his complaint as to said defendant.

(3) Costs are taxed against plaintiff Ellis, for which execution may issue.

This case is now closed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of August, 2010.

　　　　　　　　　　　　　　　　　　　/s/   MYRON H. THOMPSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE